UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
K.S., *et al.*,                                               :

                                                          :
    Plaintiffs,       ~~PROPOSED~~ SCHEDULING ORDER
                                                          :
  v.           21-CV-4649 (PAC)
                                                          :
CITY OF NEW YORK, *et al.*,
                                                          :

    Defendants.     :
-------------------------------------------------------------x

1. The deadline for the parties to complete rolling discovery concerning the Jane and John DOE Defendants and D.S.'s individual records is extended until May 6, 2022.

2. Plaintiffs' deadline to amend their complaint is extended to May 23, 2022.

            SO ORDERED

            */s/ Paul A. Crotty*    3/17/2022
            _____
            PAUL A. CROTTY
            United States District Judge