UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
K.S. on Behalf of Herself and Her Minor Child, D.S.　　　　Docket No.: 1:21-CV-04649
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(PAC)

　　　　　　　　　　　　　　　Plaintiffs,

　　　　　　　　　　　　　　　-against-

THE CITY OF NEW YORK, ST. VINCENT'S SERVICES,
INC., HEARTSHARE HUMAN SERVICES OF NEW
YORK, HEARTSHARE ST. VINCENT'S SERVICES, THE
ADMINISTRATION FOR CHILDREN'S SERVICES,
COMMISSIONER DAVID HANSELL, In His Official
Capacity, ACS J. DOE 1, ACS J. DOE 2, JOHN OLUFEMI,
ST. VINCENT'S J DOE 1, ROSALYN CHERNOFSKY,
LYDIA KING, DAWN SAFFAYEH, NEW YORK CITY
DEPARTMENT OF EDUCATION; NEW YORK CITY
BOARD OF EDUCATION; CHANCELLOR MEISHA
PORTER, In Her Official Capacity,

　　　　　　　　　　　　　　　Defendants,
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Gianna C. Signorille sworn to on the 9th day of February, 2023, and the exhibits attached thereto, the Defendants ST. VINCENT'S SERVICES, INC, HEARTSHARE HUMAN SERVICES OF NEW YORK, HEARTSHARE ST. VINCENT'S SERVICES, JOHN OLUFEMI, ROSALYN CHERNOFSKY, LYDIA KING and DAWN SAFFAYEH will move this Honorable Court on a date and time to be decided by this Honorable Court:

　　1)　　For an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Plaintiffs' Second Amended Complaint in its entirety, as a matter of

law against the defendants ST. VINCENT'S SERVICES, INC, HEARTSHARE HUMAN SERVICES OF NEW YORK, HEARTSHARE ST. VINCENT'S SERVICES, JOHN OLUFEMI, ROSALYN CHERNOFSKY, LYDIA KING and DAWN SAFFAYEH; and

2) For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the Plaintiffs' Opposition, if any, is to be served by **March 9, 2023**. The Defendants' reply papers are to be served by **March 23, 2023.** Oral argument will be held at a date and time to be determined by this Honorable Court.

Dated: New York, New York
February 9, 2023

Respectfully submitted,

**RUTHERFORD & CHRISTIE, LLP**

BY: _____
Gianna C. Signorille
Attorney for Defendants
ST. VINCENT'S SERVICES, INC,
HEARTSHARE HUMAN SERVICES OF NEW YORK, HEARTSHARE ST. VINCENT'S SERVICES, JOHN OLUFEMI, ROSALYN CHERNOFSKY, LYDIA KING and DAWN SAFFAYEH
800 Third Avenue, 9th Floor
New York, New York 10022
(212) 599-5799 (T)
(212) 599-5162 (F)
dsr@rutherfordchristie.com
File No.: 503.033

To:   **Via ECF**
      The Law Office of Elisa Hyman, P.C.

Attn: Elisa F. Hyman, Esq.
Attorneys for Plaintiffs
16 Madison Square Park West
a/k/a 1115 Broadway
Suite - 12th Floor
New York, New York 10010
(646) 572-9064 T
(646) 572-9065 F
elisahyman@gmail.com


New York City Law Department
General Litigation Division
Attorneys for Co-Defendants
100 Church Street
New York, New York 10007
(212) 356-1000 T
(212) 356-2649 T