

| | | |
|---|---|---|
| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Jacquelyn Dainow<br>(212) 356-0896<br>jdainow@law.nyc.gov<br><br>Jay Cullen<br>(212) 356-2079<br>jecullen@law.nyc.gov |

May 5, 2023

*[Handwritten: 5/8/23  The proposed extension is granted but court holds that there will be no further extensions. So ordered. Paul Crotty USDJ]*

**BY ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *K.S., et al. v. City of New York, et al.* Docket No. 21-CV-4649 (PAC)

Dear Judge Crotty:

        We are Assistants Corporation Counsel in the Office of the Corporation Counsel, attorneys for Defendants City of New York, the New York City Administration for Children's Services (ACS), ACS Commissioner David Hansell, the New York City Department of Education (DOE), the New York City Board of Education (BOE), and DOE Chancellor Meisha Porter (together, "City Defendants") in the above-captioned action. Plaintiffs bring this action pursuant to, *inter alia*, 42 U.S.C. § 1983, the Individuals with Disabilities Education Act, and Section 504 of the Rehabilitation Act.  In brief, Plaintiffs' claims relate to the conduct of City Defendants in the process leading up to and after Plaintiff K.S.'s adoption of Plaintiff D.S., including claims that City Defendants induced D.S.'s adoption through misrepresentation and that they failed to develop an adequate educational plan for D.S.

        City Defendants request a 45-day extension of time, from May 8, 2023 to June 22, 2023, to file their partial motion to dismiss. Due to various other conflicting filing deadlines and other time-sensitive work across several other cases, we have been, and will continue to be, delayed in preparing our motion.  Additionally, and significantly, a recent and unexpected medical procedure for one of the undersigned's family members required temporary leave from the office.  Accordingly, this requested extension will allow for sufficient time to continue researching the various complex issues in this case and to complete the motion.

        This is the City Defendants first request for an extension to file the motion to dismiss. Defendants requested Plaintiffs' counsel consent yesterday evening, but as of this writing

- 2 -

have not received a response from Plaintiffs' counsel. As this extension will affect the deadline for Plaintiffs to file opposition, City Defendants propose the following amended briefing schedule:

- By June 22, 2023, City Defendants will file a motion to dismiss all claims against named Defendants Frankel and Edwards and some claims as against the remaining City Defendants.

- Plaintiff will file their opposition on July 24, 2023.

- Defendants will file their reply by August 14, 2023.

Thank you for your consideration of this request.

Respectfully submitted,

s/ _____
Jacquelyn Dainow
Jay Cullen
Assistants Corporation Counsel

cc.   All counsel of record
      By ECF