UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.S. on Behalf of Herself and Her Minor Child, D.S.,<br><br>      Plaintiffs,<br><br>  -v-<br><br>THE CITY OF NEW YORK et al.<br><br>      Defendants.<br><br>--------<br><br>K.S. on Behalf of Herself and Her Minor Child, D.S.,<br><br>      Plaintiffs,<br><br>  -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID C. BANKS in His Official Capacity, and THE CITY OF NEW YORK<br><br>      Defendants. | Case No. 21-cv-4649 (JSR)<br><br>ORDER<br><br><br><br><br><br><br><br><br><br><br>Case No. 24-cv-3390 (JSR) |

JED S. RAKOFF, U.S.D.J.:

    Pursuant to Federal Rule of Civil Procedure 42, the Court hereby consolidates the above-captioned cases for all pre-trial purposes.

    SO ORDERED.

New York, NY
May 30, 2024

                                      _/s/ Jed S. Rakoff_
                                      JED S. RAKOFF, U.S.D.J.