UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.S., et al.,

                Plaintiffs,

  -v-

City of New York, et al.,

                Defendants.

CIVIL ACTION NOS. 21 Civ. 4649 (JSR) (SLC)
24 Civ. 3390 (JSR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 17, 2024, the Honorable Jed S. Rakoff referred these matters to the undersigned to oversee and resolve ongoing discovery disputes between the parties (the "Discovery Disputes"). (ECF No. 154). To that end, a telephone conference to discuss the Discovery Disputes is scheduled for **Tuesday, October 29, 2024 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           October 18, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**