

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**COURTNEY M. SOLIDAY**
*Special Assistant Corporation Counsel*
Tel: (212) 356-8761
email:csoliday@law.nyc.gov

November 6, 2024

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Cave_NYSChambers@nysd.uscourts.gov

Re: *K.S., et al., v. City of New York, et al.*, 21-cv-4649 (JSR)/24-cv-3390(JSR)(SLC)

Dear Judge Cave:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants City of New York, The Administration for Children's Services ("ACS"), David Hansell, New York City Department of Education ("DOE"), The Board of Education of the City School District of the City of New York ("BOE"), David C. Banks (collectively "City Defendants") in the above-referenced matter.

    Pursuant to Your Honor's November 1, 2024 Order (ECF 52), we submit several recent evaluations/reports of D.S. drafted by staff at the ███████████████████████████████. We note that we have yet to ascertain the extent of mental health records ███ may have for D.S. but will continue pursuing them.

    Thank you for considering this submission.

Respectfully submitted,
/s/
Courtney M. Soliday
Assistant Corporation Counsel

Cc:    All parties *via* ECF