CONFIDENTIAL ████████████████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

**Student:** D████ S███

**Teacher(s)** ████████████████

**Clinician:** ██████████, LMHC, CAGS, LABA.

**Case Manager:** ████████████

**Date of Birth:** ██████

**Date of Admission:** 7/17/2023

**IEP Dates:** 7/17/2023 - 7/10/2024

**Statewide Assessment Type:** Regents Examinations

**Report Sent To:** K██ S████-S████    Adoptive Parent

C███ C████████    IEP Contact

## General Classroom-Introduction

D████ participated in the general curriculum this past term which included general subjects of ELA, social studies, science, & mathematics along with other individualized instruction. Daily, D████ was tasked with completing multiple assignments which included current events, group, computer and paperwork lessons provided by the teacher and subject area tutors. He was provided with a daily checklist of activities that were to be completed and was tasked with completing the assignments and providing proof of completion to the teacher and or assistants. D████ was very diligent in completing his daily assignments but required reminders and prompting to add more detail to his answers and answer the question asked completely.

## English Language Arts

D████ participated in several different types of instruction for ELA. Weekly he participated in Boardwork sessions which introduce new vocabulary words meant to challenge his decoding skills and enhance his vocabulary building. He also participated in daily fluency timings in both writing and reading. D████ made some progress in the writing portion; although his writing is very neat his accuracy and fluency are areas of concern. He worked on the following competencies; choosing correct verb tense and converting present tense to past tense, proper use of commas, capitalization of proper nouns, correct use of quotation marks, and plural vs. singular verb tense agreement. In the I Can Teach My Children to Read series D████ was reading from the Level 4 book, (7th - 8th grade). He was tasked with reading short stories fluently and reaching a goal of 180 words in a 1-minute timing. He also made minimal progress in this area and has difficulty with "new and unfamiliar" readings. He also began working on Basic English Composition in order to enhance his writing skills and proper use of punctuation in paragraph writing. D████ tested out of the i-Ready reading lessons on the computer and completed 9th grade lessons on Khan Academy website. He also completed an Explorer project that required him to write a 3-5 paragraph essay. This proved very challenging for D████.

CONFIDENTIAL

████████████████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

## Mathematics

D████ participated in the Morningside Math Fluency program this term. He is currently in the addition/subtraction fluency timings in which he was tasked with completing a minimum of 60 problems in a 1-minute timing of his basic addition & subtraction facts. He again made minimal progress with this task this term. He also completed i-Ready math lessons on the computer. He completed 9 lessons with an overall average of 95%, starting at the Early 2nd grade level and progressed to the Early 4th grade level in the Measurement and Data domain.

## Social Studies

D████ worked on the Global Studies packets for social studies this term dealing with the Developing World from 1945 - 2016 and the World Today from 1990 - 2016. D████ completed the grade level reading and answered multiple choice questions, short answer questions, fill-in the blank and short essay questions. D████ worked well independently and sought assistance when he was challenged. his answers were written word for word verbatim from the text 90% of the time. He required prompting and reminders to add more details and answer the questions entirely. Many of the questions required multiple aspects to be dealt with and D████ routinely answered the first part of the question and disregarded the rest of the question.

## Science

D████ worked on the Living Environment packets for science this term dealing with the "The Human Body" and "Animals". D████ completed the grade level reading and answered multiple choice questions, short answer questions, fill-in the blank and short essay questions. D████ worked well independently and sought assistance when he was challenged. his answers were written word for word verbatim from the text 90% of the time. He required prompting and reminders to add more details and answer the questions entirely. Many of the questions required multiple aspects to be dealt with and D████ routinely answered the first part of the question and disregarded the rest of the question.

## Health

D████ completed multiple lessons from the "Live Well Comprehensive High School Health" textbook. He studied subjects such as "Understanding My Health", "Personal and Consumer Health", and "Health Equity and Public Health". D████ completed his assignments independently and rarely asked for assistance. His answers require more detail and thoroughness so that he answers the entire question rather than just the first portion of the question.

## Spanish

D████ continued the Spanish I program using the textbook A by Amsco "Spanish is Fun" by Heywood Wald. He made nice progress. Mainly, he followed up with homework, either with the instructor or independently. Moreover, D████ worked cooperatively and he finished all his work on time. His program offered the numbers up to thirty using varied vocabulary and basic math problems; asking how many, how much an item costs, or reading stories or poems with

CONFIDENTIAL

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

numbers. In chapter eight, he studied -AR and ER ending verbs and the preposition "a" also. It compared the conjugation of -ar and –er verbs. Other grammar constructions studied were: "a" plus "el", "ir + a + infinitive" to go to various places, negative and questions constructions. Chapter nine included: phonics, pronunciation, short readings, reading comprehension exercises, adjectives' gender and number agreement in sentences using descriptive adjectives and varied vocabulary used in dialogs or conversations. The chapter also offered vocabulary drills which included colors, and review of the topics studied such as questions and some translations also. Overall, D███ worked diligently with support or independently during this term. He completed all three required units meeting the requirement for this course and he will continue Spanish I.

## Work Based Learning

D███ worked on a computer program dealing with Professionalism in the work place. He completed the minimum requirements for this course and required prompting and reminders to complete these assignments.

## CTE: Business Technology

D███ completed a Restaurant Project this term. He was tasked with developing a menu, business card, T-shirt, restaurant name & logo, and revenue projection based off of his project. He was very involved and dedicated to creating his material. At the end of the project students prepared a dish from their menu and presented it to a panel of judges. While D███ did not win for his food, he was chosen as having the best design for his business card.

## General Classroom-Conclusion

D███ completed all of his classwork required to successfully pass this term. He demonstrated the ability to complete his assignments but needs to add more details to his answers. He tends to write his answers verbatim from the text and struggles to put answers into his own words. D███ is diligent in completing his assignments on a daily basis and asks for assistance when needed. He is pleasant in class and follows the classroom rules. He works well independently and participates in group lessons when called upon.

## Residential Status

D███ resided at the ███████████████ of ███ during the quarter. D███ assisted with the chores at the residence and was generally compliant with all residential procedures. Rewards within his program were taken at the residence as well. He went on several field trips during the quarter which included going to the movies, to the mall , bowling and to the trampoline park. D███ was visited by his parents during this quarter at the ███ campus.

## Behavioral Progress

D███ continued to do well behaviorally and maintained a very low frequency across all behaviors. He remained completely free from the emission of aggressive and health dangerous behaviors for the quarter. He earned and kept the level 8 status which allowed him the first level

CONFIDENTIAL
████████████
**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

of independence within the ███ level system. D████ would like to continue doing well move up the level system. D████ continued to have one to one staffing per his IEP, however given the improvement in behavior the extra staffing is not clinically recommended. The staffing levels will be discussed during his next IP meeting. D████'s program consisted of behavioral counseling sessions, self-management tactics and differential reinforcement procedures. He was able to practice coping mechanisms, learn frustration tolerance techniques and replacement behaviors which he could utilize during challenging situations. D████ had access to his rewards for meeting the behavioral contingencies and by abstaining from problematic behaviors

**Medical Issues**

No major medical issues during the quarter. Routine medical check-ups.

**Replacement Behaviors**

Replacement behaviors consisted of appropriate interaction with staff and treatment team members. These included raising his hand or writing a business letter instead of nagging or talking out. Additionally, he was taught to identify the triggers that were causing his frustration and learning to walk away instead of confronting others or getting into an altercation. Self-management practices were also available to D███ through his behavioral program.

**Topography Changes**

Programmatic changes with done with respect to his behavioral contracts.

**Transition/Discharge Plan**

D███ worked on the goals outlined in his IEP. He also worked on transitional material within the classroom setting. Towards the end of the quarter he got a part-time job at JRC's cafeteria. Currently, there are no discharge plans and his guardian would like for him to remain at ██ to continue working on his goals. In an event D███ departs from ███ he will require appropriate supports to assist him with having a smooth transition. He will require counseling services to target his behavioral disorder and to regulate his mood fluctuation. He may also benefit from case management which will be able to assist him with obtaining a job in the community. Additionally, he will also benefit from a vocational program that will teach him skills that he can utilize towards his preparation for the job market.

**Summary**

D████ continued to maintain a low frequency across all behaviors and maintained his level 8 status. He continued to engage in programming rewards on a consistent basis and had two visits by his parents during the quarter. It remains highly recommended that D████ remains at ██ in order to continue working on his behavioral, academic and vocational goals.

**ANNUAL GOAL: English Language Arts**
D████ will increase his English language arts skills.

CONFIDENTIAL     ████████████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

## MEASURABLE OBJECTIVE:

D███ will answer comprehension questions based on non-fiction texts that make connections as evidenced by: reading to confirm initial predictions, explaining the sequence of events, and answering text-based questions using complex sentences that contain new vocabulary words with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | At this time, given guidance and support, as needed, D███ is able to answer comprehension questions based on non-fiction texts that make connections as evidenced by: reading to confirm initial predictions, explaining the sequence of events, and answering text-based questions using complex sentences that contain new vocabulary words with about 65% accuracy for most opportunities. He will continue to work on this in the upcoming quarter. |
| **09/23-12/23** | At this time, given guidance and support as needed, D███ is able to answer comprehension questions based on non-fiction texts that make connections as evidenced by, reading to confirm initial predictions, explaining the sequence of events, and answering text-based questions using complex sentences that contain new vocabulary words with about 65-70% accuracy for most opportunities. He will continue to work on this in the upcoming term. |
| **12/23-03/24** | D███ answers comprehension and text-based questions using simple sentences with 75% accuracy in 4 out of 5 trials. He will continue to work on this goal in the upcoming quarter to improve his use of complex sentences and correct punctuation. |
| **03/24-06/24** | D███ practiced this objective routinely in his ELA, social studies and science lessons. While reading the material he was tasked with answering multiple choice, true and false, and short response questions. He regularly answers these questions by quoting directly from the text and/or using simple sentences. He struggles to put answers into his own words and use complex sentences. He achieves 80% accuracy in 1 out of 5 trials. |

## MEASURABLE OBJECTIVE:

When given a topic, graphic organizer, and rubric, D███ will increase his use of detailed language when developing essays by organizing his thoughts and ideas, demonstrating organization in multi-paragraph essays, developing an introduction/body of text/conclusion with clear sequencing of ideas and use of transitional words and phrases, and proofreading/revising his writing for development and details with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | At this time, when given a topic, graphic organizer, and rubric, D███ will increase his use of detailed language when developing essays by organizing his thoughts and ideas, demonstrating organization in multi-paragraph essays, developing an introduction/body of text/conclusion with clear sequencing of ideas and use of transitional words and phrases, and proofreading/revising his writing for development and details with about 60% accuracy for most opportunities. He will continue to work on this in the upcoming term. |

CONFIDENTIAL ███████████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

| | |
|---|---|
| 09/23-12/23 | At this time, when given a topic, graphic organizer and rubric, D██ is able to increase his use of detailed language when developing essays by organizing his thoughts and ideas, demonstrating organization in multi-paragraph essays, developing an introduction/body/conclusion with clear sequencing of ideas and use of transitional words and phrases, and utilizes ratiocination techniques to proofread, and edit his work with about60% accuracy for most opportunities. He will continue to work on this in the upcoming term. |
| 12/23-03/24 | D██ has been working on the prerequisite skills necessary to successfully compete assignments of this nature. He will be addressing this goal in the upcoming quarter. |
| 03/24-06/24 | D██ struggles with completing assignments of any significant length. He continues to provide information directly from the text and has difficulty rephrasing text that he has read in his own words when answering short response and essay questions. He has difficulty writing multi-paragraph responses and adding details above and beyond what he can copy directly from the text. He continues to achieve less than 80% in 5 out of 5 opportunities. |

**ANNUAL GOAL:  Mathematics**

D██ will increase his math skills.

**MEASURABLE OBJECTIVE:**

D██ will improve his math and algebraic skills by accurately solving arithmetic questions that involve fractions, decimals, and percents, interpreting multi-step word problems, and using the correct method to accurately isolate variables with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | At this time, D██ is able to accurately solve arithmetic questions that involve fractions, decimals, and percent's, interpreting multi-step word problems, and using the correct method to isolate variables with about 60% accuracy for most opportunities. He will continue to work on this in the upcoming quarter. |
| 09/23-12/23 | At this time, given guidance and support, via the i-Ready math lessons, teacher made worksheets and activities, and small group instruction, D██ is able to accurately solve math questions that involve fractions, decimals, and percent's, interpreting multi-step word problems and using the correct method to accurately isolate variables with about 65-70% accuracy for most opportunities. He will continue to work on this in the upcoming term. |
| 12/23-03/24 | D██ can solve simple mathematical problems involving decimals with 100% accuracy. He still needs to work on the other skills listed in this objective. He achieves less than 50% accuracy when attempting fraction, percentage and questions dealing with the isolation of variables. |
| 03/24-06/24 | D██ continues to struggle with complex math concepts. During lessons he is often quickly frustrated and expresses the desire to just "quit this, I will never use this in real life". Multi step word problem continue to be a struggling point as well. He achieves 50% accuracy in 4 out of 5 trials. |

CONFIDENTIAL ████████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

## ANNUAL GOAL:   Executive Functioning

D████  will improve his executive functioning skills.

## MEASURABLE OBJECTIVE:

D████  will improve his organizational skills by organizing his materials prior to beginning work, beginning working on his assignments with no more than 2 prompts, and completing his assignments with 80% accuracy in 4 out of 5 trials  over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | At this time, given guidance and support, as needed, D████  is able to begin his work assignments with no more than two prompts, and completing his assignments with 80% accuracy for most opportunities. This goal has been mastered as written. |
| **09/23-12/23** | At this time, given guidance and support, when provided with an assignment tracker and binder to organize his assignments, D████  is able to organize his materials to start working on his assignments with no more than 2 prompts and completing his assignments with about 75-80% accuracy for most opportunities. He will continue to work on this in the upcoming term. |
| **12/23-03/24** | D████  has been provided with a daily/weekly checklist which has increased his ability to organize his work, increase his time management skills, and successful completion of assigned work. He still requires reminders and prompts to begin his work in a timely manner. |
| **03/24-06/24** | D████  has been supplied with a daily/weekly academic grid that he is required to fill out to keep track of his progress throughout the day. He has a binder with each subject sectioned off and his work is provided to him. D████  continues to need reminders and prompts to return to work after breaks and to keep his conversing with his classmates to break times instead of during instruction time. He completes his assignment with 65-80% accuracy in 4 out of 5 trials. |

## ANNUAL GOAL:   Counseling

## MEASURABLE OBJECTIVE:

D████  will control impulsive behavior as evidenced by verbalizing the difference between impulsive and self-controlled behavior, identifying impulsive behaviors and potential consequences in real and simulated situations, and practicing self-controlled behaviors in real situations with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | In counseling, through discussions of past behavioral episodes, D████  is verbalizing the difference between impulsive and self-controlled behaviors, identifying impulsive behaviors, and potential consequences for his actions. Being that D████  is new to the program, more observation and participation is need to accurately measure this goal. |
| **09/23-12/23** | D████  has no met this goal. In counseling, through discussion of past behavioral challenges and episodes, D████  shows understanding of the difference between |

CONFIDENTIAL  ██████████████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

impulsive and self-controlled behaviors. There has been some minor situation in which D███ has had difficulty applying learned skills in challenging situations. However, D███ is actively working towards completion of this goal.

| | |
|---|---|
| 12/23-03/24 | D███ has not met this goal but he is actively working on it. Through the use of prior situations and learned behaviors, he can express a basic understanding of the difference between impulsive and self-controlled behaviors. However, in real life situations, D███'s practice of self-controlled behaviors in most situations depending on the severity. More work is needed this upcoming quarter to meet this goal. |
| 03/24-06/24 | D███ continues to actively work on this goal. How he responds in real life situations various depending on the severity of the situation. However, in counseling he expresses a good understanding of the difference between impulsive and self-controlled behaviors. D███ can give clear examples of the difference as well. More work is needed this upcoming quarter to meet this goal. |

**MEASURABLE OBJECTIVE:**

D███ will cope with his emotions as evidenced by identifying and expressing his feelings, identifying and expressing his thoughts associated with his feelings, identifying and expressing his triggers, identifying coping skills he can use during the day, utilizing effective emotional regulation skills when feeling dysregulated, and persisting through challenges with 80% accuracy in 4 out of 5 consecutive trials.

| | |
|---|---|
| 06/23-09/23 | D███ is at the beginning of treatment and session are more focused on engagement and assessment. However, D███ is building and developing a better understanding of appropriate use of coping skills and how to utilize those skills to self-regulate. More observation and participation are needed to accurately measure this goal. |
| 09/23-12/23 | D███ has not met this goal. D███ is capable of identifying his feelings, thoughts, triggers, and use of coping skills in counseling when challenging situations are not present. He is working on applying learned skills in real life situations outside of the session. |
| 12/23-03/24 | D███ has not met this goal. In counseling, D███ fluently identifies his feelings, thoughts, triggers and use of coping skills in most sessions. However, when challenges are present he is more than likely to utilize these skills independently depending on the severity of the situation. |
| 03/24-06/24 | D███ has not met this goal yet. D███ utilizes counseling to his full benefit. In counseling, he fluently identifies and address feelings, thought, concerns, triggers, and use of coping strategies. When challenges arise severe or minor, immediate use of coping skills may lag.<br><br>More recently, D███ have gained access to more privilege's such as an in-school job, least restricted residence, and frequent off campus outings. More work is needed to complete this goal but he is applying great efforts. |

**MEASURABLE OBJECTIVE:**

CONFIDENTIAL ████████████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

D████ will increase his self-esteem and self-confidence as evidenced by his ability to understand patterns of self-destructive/self-defeating feelings, thoughts, and behaviors and explore personal strengths. He will identify 5 positive characteristics about himself, implement 5 changes to enhance self-perception and identify 5 attributes that can influence others in a positive way with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | D████ is at the beginning of treatment and sessions has focused more on engagement and assessment. However, he has not displayed any self-destructive behaviors or expressed self-defeating thoughts or feelings. A strength-based approach will be utilized   More observation and participation is needed to accurately measure this goal. |
| **09/23-12/23** | D████ has not displayed any self-destructive behaviors or expressed self-defeating thoughts or feelings in counseling. A strength-based approach will be utilized in treatment to access his needs and build on his strengths. More observation and participation is needed to complete this goal. |
| **12/23-03/24** | D████ has not displayed any self-destructive behaviors or self-defeating thoughts or feelings in session. D████ identifies 5 positive characteristics about himself, implements 5 changes to enhance self-perception and identifies 5 attributes that can influence others in a positive way with 80% accuracy in 3 out of 5 trials. More work is needed in this area to meet this goal. |
| **03/24-06/24** | D████ has displayed some self-defeating thoughts when he had challenges processing his feeling and concerns pertaining to particular situations. However, due to self-esteem discussions and activities we worked on in counseling he was able to identify and address his feeling and concerns appropriately. More work is needed to meet this goal. |
| | D████ meets this goal 3 out of 5 trials with an 80 percent accuracy. |

**MEASURABLE OBJECTIVE:**

D████ will establish and maintain positive relationships as evidenced by recognizing what a true friendship entails, interpreting social cues, understanding the intention behind what others are saying or doing, recognizing his part in success and difficulties, taking accountability for his actions, and resolving conflicts in an effective manner with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | D████ is at the beginning of treatment and sessions has focused more on engagement and assessment. However, he is working on identifying healthy friendships, social cues pertaining to the actions others, peer issues, conflict, and resolution. More observation and participation is needed to accurately measure this goal. |
| **09/23-12/23** | D████ has not met this goal. D████ has poor insight into building and sustaining healthy peer relationships. When D████ is made aware of the role he plays in situations, he is more likely to acknowledge and take accountability for his actions. More participation and work is needed to make progress on this goal. |
| **12/23-03/24** | D████ has not met this goal. D████ continues to need improvement in building |

CONFIDENTIAL                          ███████

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

and sustaining healthy peer relationships. However, his insight into the behavioral choices and actions that contribute to the actions of others has improved. D███ has met this goal with an accuracy of 2 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 03/24-06/24 | D███ has not met this goal and his progress with building and sustaining healthy peer relationships remains the same as last quarter. D███ has met this goal with an accuracy of 2 out of 5 trials over 4 consecutive weeks. |

**MEASURABLE OBJECTIVE:**

D███ will improve his behavior by identifying his thinking errors, accepting responsibility for his part in conflict, and listening/accepting another's point of view, even when he does not agree with it with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | D███ is at the beginning of treatment and sessions has focused more on engagement and assessment. D███ has been involved in some minor situations in which he accepted feedback and took some accountability for his behavioral choices. More observation in session as well as outside of session is needed to accurately measure this goal. |
| 09/23-12/23 | D███ has not met this goal. However, he is capable of identifying thinking errors and accepting responsibility for his part in conflict, and listening/ accepting another point of view that differs from his own half of the time. More work is needed this upcoming quarter to master this goal. |
| 12/23-03/24 | D███ has not met this goal. However, he is more than capable of identifying thinking errors and accepting responsibility for the part he plays in conflict, listening, and accepting another's point of view that differs from his own half of the time. More work is needed this upcoming quarter to meet this goal. |
| 03/24-06/24 | D███ has not had a series of major behaviors and his behavioral progress has increased slowly but steadily. D███ has displayed the ability to identify thinking errors and acceptance of responsibility for the part he plays in conflict, and acceptance of others point of view that differs from his own. |

**MEASURABLE OBJECTIVE:**

With the support of his behavioral paraprofessional, D███ will demonstrate greater compliance with routines, rules, and expectations, increased ability to cope and persist through challenges and dysregulation, and improved motivation, engagement, and work completion with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | D███ is at the beginning of treatment and sessions has focused more on engagement and assessment. D███ consistently attends and participates in individual counseling as well as group and this will be beneficial to his progress. D███ is actively working on this goal. |
| 09/23-12/23 | D███ has not met this goal. However, he demonstrates the ability follow day to day routines and expectations, and cope through challenges with support from counselor, treatment team, and staff. More work is needed this upcoming quarter |

CONFIDENTIAL ▬▬▬▬

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

|  |  |
|---|---|
| | to make progress in this goal. |
| 12/23-03/24 | D▬ has not met this goal but he is actively working on this goal. D▬ demonstrates the ability to follow day to day routines, expectations, and cope through challenges with support from his counselor, treatment team, and staff. D▬ has made significant progress behaviorally and continues to apply great effort in as well as outside of session. More work is needed this upcoming quarter to meet this goal. |
| 03/24-06/24 | D▬ is actively working on this goal with his treatment team through behavioral counseling as well as with myself in individual counseling. The progress he has made these past quarters is a reflection of his ability to follow day to day routines, expectations, and coping abilities through challenging situations. |

**ANNUAL GOAL: Behavioral**

**MEASURABLE OBJECTIVE:**

D▬ will increase his socially appropriate behaviors while decreasing his socially inappropriate behaviors.

| Behavioral Category | Current Behavioral Data Weekly Mean (Frequency) | Data Period | PASS/FAIL |
|---|---|---|---|
| Will reduce the frequency of **Total Aggression** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
|  | 0.69 (9) | 09/03/23 - 12/02/23 | FAIL |
|  | 0.36 (5) | 12/02/23 - 03/02/24 | PASS |
|  | 0.15 (2) | 03/03/24 - 06/01/24 | PASS |
| Will reduce the frequency of **Total Destroy** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
|  | 0.31 (4) | 09/03/23 - 12/02/23 | FAIL |
|  | 0 (0) | 12/02/23 - 03/02/24 | PASS |
|  | 0 (0) | 03/03/24 - 06/01/24 | PASS |
| Will reduce the frequency of **Total Health Dangerous Behavior** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
|  | 0.15 (2) | 09/03/23 - 12/02/23 | FAIL |
|  | 0.07 (1) | 12/02/23 - 03/02/24 | PASS |
|  | 0.08 (1) | 03/03/24 - 06/01/24 | FAIL |
| Will reduce the frequency of **Total Major Disruptive Behavior** | 1 (7) | 06/04/23 - 09/02/23 | n/a |
|  | 2.08 (27) | 09/03/23 - 12/02/23 | FAIL |
|  | 1.5 (21) | 12/02/23 - 03/02/24 | PASS |
|  | 0.23 (3) | 03/03/24 - 06/01/24 | PASS |
| Will reduce the frequency of | 0 (0) | 06/04/23 - 09/02/23 | n/a |

CONFIDENTIAL

**QUARTERLY PROGRESS REPORT**
**March 03, 2024 - June 01, 2024**

| | | | |
|---|---|---|---|
| **Total Non-Compliant Behavior** | 0.85 (11) | 09/03/23 - 12/02/23 | FAIL |
| | 0.29 (4) | 12/02/23 - 03/02/24 | PASS |
| | 0.31 (4) | 03/03/24 - 06/01/24 | FAIL |
| Will reduce the frequency of **Total Ed/Soc Interfering** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.08 (1) | 09/03/23 - 12/02/23 | FAIL |
| | 0.07 (1) | 12/02/23 - 03/02/24 | PASS |
| | 0.15 (2) | 03/03/24 - 06/01/24 | FAIL |
| Will reduce the frequency of **Total Inappropriate Verbal** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.38 (5) | 09/03/23 - 12/02/23 | FAIL |
| | 0.79 (11) | 12/02/23 - 03/02/24 | FAIL |
| | 2.31 (30) | 03/03/24 - 06/01/24 | FAIL |

CONFIDENTIAL

**The Judge Rotenberg Center**
**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

**Student:** D███ S██
**Teacher(s)** ████████████
**Clinician:** ████████, LMHC, CAGS, LABA.
**Case Manager:** ████████

**Date of Birth:** ██████
**Date of Admission:** 7/17/2023
**IEP Dates:** 7/1/2024 - 6/30/2025
**Statewide Assessment Type:** Regents Examinations
**Report Sent To:** Kate S███ -S██         Adoptive Parent
C███ C████         IEP Contact

## General Classroom-Introduction

D███ participated in the general curriculum this past term which included general subjects of ELA, social studies, science, & mathematics, Spanish, work-based learning and business technology along with other individualized instruction. Daily, D███ was tasked with completing multiple assignments which included current events, group lessons, computer and paperwork lessons provided by the teacher and subject area tutors. He was provided with a daily checklist of activities that were to be completed and was tasked with completing the assignments and providing proof of completion to the teacher and or assistants. D███ also began working and had a 3 day a week schedule; (Monday, Wednesday and Friday) and towards the end of the term began working all 5 school days. D███ attempted to complete his daily assignments but required reminders and prompting to work on all the requirements, not just the courses he liked. He tended to avoid the challenging coursework and completed all of the "easy" work.

## English Language Arts

This term D███ participated in the "Themes in Literature" unit. He read several short excerpts from different types of texts and answered multiple choice, true/false, and short response questions dealing with comprehension, vocabulary, setting, and the theme of the material read. He was tasked with generating questions to analyze cultural context as well as learning about the similarities and differences of Myths, Epics, Folk Tales, Fairy Tales and Parodies. D███ also completed lessons from the Morningside Expressive writing program which focused on proper punctuation of sentences including; multiple uses of "and" vs. commas, use of quotation marks, capitalization of proper nouns, and ending punctuation marks. D███ continued progressing in the "Teach Your Children to Read Well" series where he is introduced to new vocabulary words and short stories to increase his reading fluency and accuracy.

## Mathematics

D███ completed lessons from the Algebra II curriculum this term. He studied Data analysis and probability, which focused on organizing data in a matrix and performing algebraic

CONFIDENTIAL ███████████

**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

functions involving matrices, frequency tables and histograms, finding the mean, median, mode and range, box and whisker plots, percentiles and samples and surveys. He also completed lessons focusing on Functions, equations and graphs. He studied input and output data and their relationships, use of tables and graphs, the relationship between the table and the graph using domain and range, dependent variable vs independent variable, slope, y-intercept, slope intercept form, and solving linear equations.

## Social Studies

D███ completed history lessons from the Global II curriculum this term. The units covered "Enlightenment & French revolution; 1600's – 1815", "Industrial Age & Latin American Independence Movements; 1750 – 1830" and "Nationalism and Imperialism; 1800's". He learned about the contributions of opposing philosophies of those in power at the time and science led to the enlightenment age and how economic thinking changed during this time. He also covered the Revolution of citizens against the government which led to the changes that took place. D███ also studied the German Unity of the early 1800's and the German empire. D███ completed several worksheets after reading material presented by the teacher and the History Tutor. He worked independently and participated in group lessons and completed lessons that involved multiple choice questions, short answers, and short essay questions.

## Science

D███ completed chemistry lessons this term which covered the introduction of chemistry, the five areas of chemistry, how chemistry affects your everyday life, scientific methodology, the periodic table, states of matter, physical changes and properties, different types of mixtures, chemical reactions, and elements and compounds. He worked independently and participated in group lessons and completed lessons that involved multiple choice questions, short answers, and short essay questions.

## Spanish

D███ earned his Spanish I requirement this past quarter. He used "Spanish is Fun" Textbook by Amsco and Heywood Wald.  He made progress working in two and half units out his three required.  He displayed a pleasant and positive attitude and he required some prompting to complete academics.  Besides, he could work independently and cooperated with the instructor. However, his academics work did suffer some delays, when he attended his school job. D███ received instruction of vocabulary related to professions and trades using the verb "ser" uses or "to be".  Other writing topics included, answering questions, giving affirmative and negative statements, making singular statements plural and vice versa.  Besides, unit eleven offered additional work on regular –AR -ER–IR ending verbs and irregular –IR verbs such as "decir"; to say, "salir"; to leave, "ir;" or to go, and "tener" to have.  He participated in conversations or dialogs, and in learning practices and he worked cooperatively during instruction when in class. Additionally, he continued instruction on "ser and estar"- to be- comparisons and uses. The material practiced irregular verbs topics, question formation and varied vocabulary applied in varied practices including translations to finish material. That last unit was not completed on time therefore, D████' average was affected.  Overall, he could work independently or he welcomed

CONFIDENTIAL                     ████████████
**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

help when needed. He displayed a kind attitude, and he was an active participant during instruction to reach his Spanish I objective this past term. Congratulations D████!

## Work Based Learning

In the Work-Based Learning curriculum this term D████ completed the Unit on Thinking Critically. D████ completed lessons in the "My i-CEV" computer program that dealt with making decisions, the importance of thinking critically vs emotionally, introduction to ways people make decisions and how decisions affect their lives. evaluating text and evidence, and learning about parts of an argument such as claim and premise.

## CTE: Business Technology

In the Business Technology course this term D████ learned about Microsoft Word using the "My i-CEV" computer program. He also participated in group lessons and individual assignments to cover the proper use of Word when designing; lists (numbered and bulleted), creating quizzes and answer guides, creating an invitation, creating tables, organizing tables, planning and creating tables, using specific fonts and styles for different types of writing, proper formatting of in-text citations, creating a works cited page and editing a previously created document to ensure proper line spacing, paragraph indentation, font size, etc.

## General Classroom-Conclusion

D████ had difficulty focusing on his academics this term due to the classroom change and the new dynamic of students and peers in his classroom. He was easily distracted by others during his time in the classroom. He also increased his work hours from 3 days to 5 days and had difficulty with time management. As the term grew to a close D████ had made progress towards better managing his time and completing a larger portion of the daily academics. He is very diligent in completing the assignments he completes and participates in group lessons, providing answers and volunteering to read.

## Residential Status

D████ resided at the ████ residence of ████ during the quarter. D████ assisted with the chores at the residence and was generally compliant with all residential procedures. Rewards within his program were taken at the residence as well. He went on several field trips during the quarter which included going to the trampoline park, to the water park, bowling and to the mall. He did not go on a home visit, but D████ was visited by his parents during this quarter at the ████ campus.

## Behavioral Progress

Overall, D████ maintained a low frequency across all categories. He remained completely free from the emission of destructive and health dangerous behaviors. He did exhibit few noncompliant and major disruptive behaviors and aggressive behaviors. However, the intensity and form of aggression was mostly verbal which is still categorized under the "AGGRESS"

CONFIDENTIAL

**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

category. Due to the overall low frequency of behavior, D███ was still able to maintain his level 8 independence, maintain his job at the cafeteria and engage in programming rewards. D████'s program continued to consist- of behavioral counseling sessions, self-management tactics and differential reinforcement procedures. He was able to practice coping mechanisms, learn frustration tolerance techniques and replacement behaviors which he could utilize during challenging situations. D███ had access to his rewards for meeting the behavioral contingencies and by abstaining from problematic behaviors.

**Medical Issues**

No major medical issues during the quarter. Routine medical check-ups.

**Replacement Behaviors**

Replacement behaviors consisted of appropriate interaction with staff and treatment team members. These included raising his hand or writing a business letter instead of nagging or talking out. Additionally, he was taught to identify the triggers that were causing his frustration and learning to walk away instead of confronting others or getting into an altercation. Self-management practices were also available to D███ through his behavioral program.

**Topography Changes**

Programmatic changes were done with respect to his behavioral contracts.

**Transition/Discharge Plan**

D███ worked on the goals outlined in his IEP. He also worked on transitional material within the classroom setting. He continued to work at the ███ cafeteria as a student worker. He worked on a part-time basis. Currently, there are no discharge plans and his guardian would like for him to remain at ███ to continue working on his goals. In an event D███ departs from ███ he will require appropriate supports to assist him with having a smooth transition. He will require counseling services to target his behavioral disorder and to regulate his mood fluctuation. He may also benefit from case management which will be able to assist him with obtaining a job in the community. Additionally, he will also benefit from a vocational program that will teach him skills that he can utilize towards his preparation for the job market.

**Summary**

D███ continued to maintain a low frequency across all behaviors and maintained the level 8 status. He continued to engage in programming rewards on a consistent basis and had a visit by his parents during the quarter. It remains highly recommended that D███ remains at ███ in order to continue working on his behavioral, academic and vocational goals.

CONFIDENTIAL

**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

**ANNUAL GOAL:  Behavioral**

**MEASURABLE OBJECTIVE:**

Within one year, D███ will increase his socially appropriate behaviors while decreasing his socially inappropriate behaviors.

| Behavioral Category | Current Behavioral Data Weekly Mean (Frequency) | Data Period | PASS/FAIL |
|---|---|---|---|
| Will reduce the frequency of **Total Aggression** behaviors to a mean of **0** per week | 0.54 (7) | 06/02/24 - 08/31/24 | FAIL |
| Will reduce the frequency of **Total Destroy** behaviors to a mean of **0** per week | 0 (0) | 06/02/24 - 08/31/24 | PASS |
| Will reduce the frequency of **Total Health Dangerous Behavior** behaviors to a mean of **0** per week | 0 (0) | 06/02/24 - 08/31/24 | PASS |
| Will reduce the frequency of **Total Major Disruptive Behavior** behaviors to a mean of **1** per week | 0.15 (2) | 06/02/24 - 08/31/24 | PASS |
| Will reduce the frequency of **Total Non-Compliant Behavior** behaviors to a mean of **1** per week | 0.23 (3) | 06/02/24 - 08/31/24 | PASS |
| Will reduce the frequency of **Total Ed/Soc Interfering** behaviors to a mean of **1** per week | 0.62 (8) | 06/02/24 - 08/31/24 | PASS |
| Will reduce the frequency of **Total Inappropriate Verbal** behaviors to a mean of **1** per week | 3.08 (40) | 06/02/24 - 08/31/24 | FAIL |

**ANNUAL GOAL:  English Language Arts**

Within one year, D███ will increase his language arts skills as outlined in the following objectives.

CONFIDENTIAL

**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

## MEASURABLE OBJECTIVE:

Within one year, D████ will be able to determine two or more themes or central ideas in a text and analyze their development, including how they emerge and are shaped and refined by specific details; objectively and accurately summarize a complex 11th grade text with 80% accuracy and within 5 consecutive trials.

06/24-08/24    D████ can identify the central idea of texts, He continues to progress with the determination of the theme of a given text. D████ is adept at finding answers to common comprehension questions and interprets text well but has some difficulty with forming his understanding of the theme using inferences to draw his conclusions and understanding of the text. He achieves 75% accuracy in 3 out of 5 trials.

## MEASURABLE OBJECTIVE:

Within one year, D████ will be able to evaluate an argument in an applicable text (e.g. study of government, legal reasoning, scientific theories) to assess the validity of key arguments, determining whether the supporting evidence, data, and conclusions are relevant and sufficient with 80% accuracy and within 5 consecutive trials.

06/24-08/24    D████ was presented with lessons of this type and the opportunity to express and argue his stance on the material. D████ is an adept "debater" and is able to identify facts from article to "back-up" his stance. He demonstrated the ability to master this objective during current events lessons as well as history lessons.

## MEASURABLE OBJECTIVE:

Within one year, D████ will be able to draw evidence from grade-appropriate literary or informational texts to support analysis, reflection, and research in a published piece of writing (e.g. formal essay, research project) with 80% accuracy and within 5 consecutive trials.

06/24-08/24    D████ has demonstrated the ability to gather information from grade level text to answer short essay questions in the history and science curriculum. He regularly scores 70 - 80% on these short essay assignments and will continue to strive for 80 - 90% accuracy prior to completing an essay assignment in the coming term.

## ANNUAL GOAL:  Mathematics

Within one year, D████ will show improved skills in algebra as outlined by the following objective.

## MEASURABLE OBJECTIVE:

For successful completion of his algebra course, D████ will demonstrate his ability to analyze and explain precisely the process of solving an equation and reason abstractly and quantitatively by choosing and interpreting units in the context of creating equations in two variables to represent

CONFIDENTIAL ███████

**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

relationships between quantities with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D███ has been presented with this material but has yet to demonstrate the ability to solve these types of equations with 80% accuracy within 5 consecutive trials.

## ANNUAL GOAL:  Mathematics

In one year, D███ will be able to demonstrate mastery of the Next Generation Mathematical Practices.

### MEASURABLE OBJECTIVE:

Make sense of problems and persevere in solving with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D███ has been presented with mathematical problems from the Algebra II curriculum and has completed exercises involving some of the Next Generation Mathematical Practices. He has achieved 70 - 80% accuracy in 3 out of 5 trials.

### MEASURABLE OBJECTIVE:

Reason abstractly and quantitatively with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D███ is able to abstract a given situation and represent it symbolically and manipulate the representing symbols and pause as needed during the manipulation process in order to probe into the referents for the symbols involved with 30% accuracy.

### MEASURABLE OBJECTIVE:

Construct viable arguments and critique the reasoning of others with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D███ can understand and use stated assumptions, definitions, and previously established results in constructing arguments, make conjectures and build a logical progression of statements, analyze situations,  recognize and use counterexamples, and justify his conclusions and communicate them to others with 65% accuracy.

### MEASURABLE OBJECTIVE:

Model with mathematics with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D███ can apply the mathematics he knows to solve problems arising in everyday life, society, and the workplace with 45% accuracy.

### MEASURABLE OBJECTIVE:

Use appropriate tools strategically with 80% accuracy and within 5 consecutive trials.

CONFIDENTIAL    ▉▉▉▉▉▉▉▉

**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

**06/24-08/24**    D▉▉ struggles with considering the tools available to him when solving a mathematical problem. At times he will ask for a calculator, ruler, or protractor, but many times he will ask the teacher for help in determining the appropriate tools to use and where to find these resources, such as online sites or computer programs. He is able to identify relevant external mathematical resources and use available use technological tools with 35% accuracy.

**MEASURABLE OBJECTIVE:**
Attend to precision with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D▉▉ uses clear definitions in discussion with others, can state the meaning of the symbols he chooses, and uses signs consistently and appropriately with 30% accuracy.

**MEASURABLE OBJECTIVE:**
Look for and make use of structure with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D▉▉ can discern a pattern or structure, recognize the significance of an existing line in a geometric figure, and can see complicated things as single objects or as being composed of several objects with 40% accuracy.

**MEASURABLE OBJECTIVE:**
Look for and express regularity in repeated reasoning with 80% accuracy and within 5 consecutive trials.

**06/24-08/24**    D▉▉ can notice if calculations are repeated, and look both for general methods and for shortcuts, notice regularity in the way terms cancel, maintain oversight of the process while attending to the details, and   continually evaluates the reasonableness of his intermediate results with 35% accuracy.

**ANNUAL GOAL:  Vocational**
Within one year, D▉▉ will develop work habits and attitudes necessary for school/vocational success.

**MEASURABLE OBJECTIVE:**
D▉▉ will learn how to read a pay stub, including withholding tax, gross pay, net pay, FICA, health insurance with 100% independence, and 90% accuracy.

**06/24-08/24**    D▉▉ completed several lessons regarding this objective using the Money 101 workbook and teacher created material on "How to Read a Paycheck". D▉▉ achieved 80% accuracy independently and sought assistance with the terms he had difficulty with.

CONFIDENTIAL

**QUARTERLY PROGRESS REPORT**
**June 02, 2024 - August 31, 2024**

**MEASURABLE OBJECTIVE:**

D█████ will develop work habits and attitudes necessary for adult life by successfully completing assignments and activities without incident and have the opportunity to earn an in-school job.

| | |
|---|---|
| **06/24-08/24** | D█████ secured a part time in-school job working in the cafeteria. He has decreased his maladaptive behaviors that have interfered with his progress towards mastering this objective in the past. He currently has mastered this objective. |

**MEASURABLE OBJECTIVE:**

Given a personal data sheet, D█████ will compose a professional resume with 100% accuracy.

| | |
|---|---|
| **06/24-08/24** | D█████ completed a professional resume that accompanied his application for the in-school job he secured. He required moderate assistance with the completion of the application and the resume. He successfully completed the resume at 100% accuracy with the assistance of the job coach, not independently. |

CONFIDENTIAL

CONFIDENTIAL 

## QUARTERLY PROGRESS REPORT

### June 02, 2024 - August 31, 2024

D█████ S█████

## <u>Program Change Details</u>

**Date:** 07/08/24        **Type:**  Staff/Class/Residence

**Change:** Classroom Change from 211 to L

**Rationale:**  Best Fit Classroom

---

**Date:** 07/20/24        **Type:**  Staff/Class/Residence

**Change:** B. S█████ (from K. B█████)

**Rationale:**  D█████' case is being transferred to B█████

---

**Date:** 08/11/24        **Type:**  Contract Change

**Change:** Create SPC-K5: targeting majors for 7 days earns NBA cards

**Rationale:**  NBA Cards have been identified as a reinforcer. NBA cards will be utilized to further decrease major behaviors.

---

CONFIDENTIAL

<u>Social History Update</u>

Student's Name: D████ S███
Date of Birth: ██████
Age: 17
NYC ID: ██████████
School: ████████████████████████
Grade: 10th
Parent's name: Ms. K███ S███
Date of Interview: October 17, 2024 and October 21, 2024
Language of Interview: English

This social history update is part of the reevaluation process in order to assess D████' present levels of performance. Further, parent reports having academic concerns. This interview was conducted with D████' mother, Ms. S████, via telephone on October 17, 2024 and record review. Both testing and electronic consents are on file. This writer followed up with parent on October 21, 2024 regarding the Level 1 Parent/Guardian Vocational Interview, which parent will complete and email to the assigned Case Manager.

As per the current IEP, D████ S███ is a ██ year-old, male who is enrolled in a NYS Approved, Non-Public School Residential Program. He has an educational classification of emotional disability and is to receive special education services in the form of small group instruction within a special education setting along with counseling as a related service. D████ has the supports of a 24-hour behavioral support paraprofessional along with a behavior intervention plan that addresses the following behaviors: aggression, health injurious behavior, destruction, major disruption, non-compliance, educationally/socially interfering behaviors and inappropriate verbal behaviors. Although his current program is considered ungraded, he is deemed to be a 10th grade student who is on a Regents High School Track and is anticipated to graduate in the end of the 2026 school year.

<u>Medical Update:</u>
According to the current IEP, D████' overall health is reported to be satisfactory. D████' hearing is within normal limits. D████ wear glasses. His fine and gross motor skills seem to be within normal limits.

A Psychiatric Assessment was conducted on 3/1/2024, which stated, "D████ is a young man who has a long history of extensive trauma, including sexual abuse, witnessing prostitution, and multiple transfers while in foster care, resulting in emotional loss, and frequent change, beginning in his formative years. His frequent sexualized acting out, aggression and unsafe behaviors resulted in numerous psychiatric hospitalizations and residential treatment centers throughout the years. He appears motivated and invested in coping with and processing his trauma, which is a struggle for him. D████ needs time and extensive trauma-informed treatment, which would support and develop his coping skills, while allowing him to grow and mature. Additionally, his ability to form secure, stable, trusting, lasting attachments was likely hindered by his early experiences, and would need ongoing assistance."

CONFIDENTIAL

According to the psychiatric assessment, "He carries a diagnosis of ADHD, which is likely, due to exposure of illicit substances in utero. His prior diagnoses of mood dysregularity is most likely affected by his trauma history. There is no documentation at present to support his prior diagnosis of Autism. Of note, his cognitive testing ranged from Mild Intellectual Disability, to average, which may be a reflection of his mental state, or investment in achievement, during the time of testing."

*Diagnoses*
The following diagnoses have been reviewed with parent (10/17/2024) to confirm accuracy.
As per the Psychiatric Assessment (3/1/2024)
Post-Traumatic Stress Disorder
Attention Deficit Hyperactivity Disorder (by history)
Unspecified Mood Disorder
As per parent, D█████ also has a diagnosis of Strabismus for which he wears glasses, otherwise he presents as relatively healthy.

According to parent, D█████ has a history of childhood asthma and seizure disorder. Parent reports that she has incomplete records from the foster agency, department of education and the city, which are all responsible for oversight, and as such, she is unable to report when he outgrew these diagnoses. Per parent, he is not currently on medication for asthma and seizure disorder and no present symptoms or concerns have been reported.

*Medications and Medical Providers*
Per the parent report, a physician at ████ is monitoring D█████ and the program has not shared much information with her. As a result, she is unable to report additional information regarding his current physical health needs. Parent reports D█████ is not taking any medications, prescribed or over the counter. Further, he does not have any private physicians as per parent. All medical professionals involved in D█████' care are reportedly affiliated with his current program at ████
An annual medical form is requested from ████

An annual medical form was received from ████ dated 7/31/2024 by Dr. ███████████ which indicates he was seen for a dental visit on 4/12/2024 and vision on 3/28/2024.

According to the physical examination form, Dr. C█████ indicates that he is prescribed desmopressin 0.2mg q PM, metformin 500mg PO BID and Vit D2 2000 IU at the time of the visit on 7/31/2024. No known allergies reported. Medical concerns were also not noted on the report.

*Health Insurance*
As per parent, D█████ has private health insurance. Parent reports that someone has opened a Medicaid Account in his name and has his social security number. Parent reports that she is working on sorting this out legally as this is suspected fraudulent activity.

Relevant Family Psychiatric/Medical History:
As per the psychiatric assessment (3/1/2024), there is mental illness in D█████' family and his older brother has a diagnosis of ADHD. His parents experienced substance abuse. Part of D█████'

medical history includes the following diagnoses: Pre-diabetic, developmental delays and encephalopathy. At 9 months of age, he underwent surgery for NEC (Necrotizing Enterocolitis, a serious gastrointestinal problem that mostly affects premature babies. The condition inflames intestinal tissue, causing it to die, and can also cause a hole in the intestine, whereby bacteria can leak through this hole, causing serious infections. Surgery can be required to remove the damaged portions of the intestine.)

<u>Present Levels of Performance at Home:</u>

As per Ms. S████ during the social history update today, she confirms that D████ was placed with her as his foster parent in June 2017 and he was adopted in May 2018. D████' family consists of his adoptive mother, Ms. S████, her husband Mr. S████ and their adoptive son ████████████████. D████' family lives in a private home in the Flatbush section of Brooklyn, NY. Ms. S████ is starting a new job next week as the Senior Director of Teaching and Learning at ████████████████, which is a K-12 network of Schools located in ████████████. Mr. S████ continues to work as a manager for the sales team at a moving and logistics company. M████ still resides in California and manages a Career Program at a ████████████ in ████████████. Per Ms. S████, she and Mr. S████ do not have additional children, adoptive or biological. Per parent, previous failed attempts were made to maintain relationships with D████' biological siblings, and he has not had contact with them since living with Ms. S████ and Mr. S████.

Per Ms. S████, D████ maintains a positive relationship with both she and Mr. S████ as well as his brother who currently resides in California, though he has not visited D████ in person since he relocated to California. Additional supportive relationships have been identified in the parents of Ms. S████ and Mr. S████ as D████ maintains a positive relationship with them, they speak with him frequently on the phone and send him cards and gifts.

As per parent, though D████ has not been home in several years, he speaks with his parents every week via phone, and they visit him every three months as part of the five visits provided per year through the Department of Education. Ms. S████ states they have not had overnight visits with D████, however, the last visit they had was off campus where they engaged in several enjoyable activities; they went Top Golf (golf game shooting into a huge field), played basketball, purchased D████ a new pair of glasses and they went to eat.

Per parent, during a previous visit, he was reportedly not cleared for an off campus visit because of apparent behavioral issues. The parents and a family friend visited D████ at the school to celebrate his birthday, which included many activities such as basketball, playing board games and having a meal together.

Regarding transitioning to and from their visits, he does relatively well, though the previous time it was unclear to parents if his outburst was a reflection of their visit. His behaviors tend to be unpredictable and episodic in nature according to Ms. S████. Per parent, given things are relatively calm during visits both on and off campus, she does not have any safety concerns. However, safety concerns remain for home visits because when he was home in the past, all visits resulted in 911 calls as D████ has a hard time managing his emotions and is 6ft. 5in. Ms. S████ reports that those safety concerns still remain for she and Mr. S████

CONFIDENTIAL

<u>Present Levels of Performance at School:</u>
As per parent, D█████ began attending █████████████████████████ a NYSED
Approved NPS Residential Program during July of 2023; approximately one year and three
months. Ms. S███ has concerns regarding academic performance, which reportedly is far below
grade level as per his previous iReady exams; below kindergarten level in math and early
elementary level in reading. Ms. S███ reports the current iReady assessments she received
during this phone call and indicate his reading scores at 8th grade and math at 2nd grade, though
she has not yet reviewed the assessments. As per parent, when he was last living with Ms. S███
(Spring 2020), he was reading just below grade level. As per parent, a recent copy of his IQ test
indicates an IQ of 86, a 20-point drop from 2018 as per Ms. S███. Per parent, the report cards
indicate that he is getting top grades, which differ from his performances on assessments. As per
parent, when she spoke with Mr. █████ the Educational Director, regarding her concerns, he
admitted that his teachers inflate the grades, with a focus more on behaviors than they do on
academic performance. Regarding regents, parent shared that D████ failed both the Algebra 1
and Living Environment regents in June of 2024. He refused to take them again in August 2024.
Per parent, formal evaluations of other subject areas such as writing haven't been conducted or
provided to her and the progress reports that she does have are reportedly inflated, therefore, she
cannot provide accurate information regarding his performance in the other subject areas.

Socially, per Ms. S███, D████ claims not to have any friends in the program and he moves
houses frequently. Per parent, the way the program is designed there seems to be between 4 to 7
kids in a house and he frequently requests house changes because the kids bother him. Most
recently, he requested to transition to a house with kids who are developmentally delayed,
representative of many kids in the wilderness program per parent. He said he prefers to be there
because he's more comfortable and they don't bother him. D████ seems to get along better with
the staff members, though sometimes he calls Ms. S███ because they frustrate him too.

As per parent, regarding behavioral development, D████ is doing better than he did when he was
incarcerated or in the hospital last year. He hasn't had any major outbursts, hasn't disrobed or
broken things. The primary behavioral reports parent has received from ████ are for verbal
aggression towards others, both staff and peers (curses, use of inappropriate language) and a
couple of instances of aggression towards staff, but overall, he's been doing better since starting
in this program as per parent. Ms. S███ reports D████ continues to have a 1:1 for 24-hour
support, which he finds helpful. She has not been provided with updates as to his performance at
the residence regarding activities of daily living (chores, responsibilities, vocational needs),
however, per parent, she has not received negative reports either, and the school continues to
inform her that he's doing positively in comparison to his developmentally delayed peers in the
house.

<u>Developmental History and Educational History:</u>
According to a record review, the psychiatric evaluation notes that D████ was born at 34 weeks
following a pregnancy that was complicated by maternal alcohol and substance use; his
biological mother was also diagnosed with diabetes. D████ experienced respiratory distress at
birth in addition to neonatal hypoglycemia, necrotizing enterocolitis (NEC), and periventricular
leukomalacia. It is unclear how much time D████ spent in the hospital after birth. Early

information about attainment of developmental milestones is limited although D██████ is reported to have had motor and communication difficulties in addition to temper tantrums and behavioral outbursts. A neurological evaluation conducted when D█████ was 40 months old that noted he received services through Early Intervention (EI). At the time of that evaluation, he presented with ongoing communication, socialization, and behavioral difficulties, and consideration was given to a diagnosis of Pervasive Developmental Disorder (PDD). D██████'s behavior had been problematic in elementary school. He was reported to have performed sex acts on another child and been aggressive with school staff, leading to his expulsion from kindergarten. At 4 years of age, he moved to PA and returned at 6.5 years of age. At that time, he participated in an evaluation at St. Vincent's. He had reportedly been suspended from school 10 times that year, and he was noted to have performed sex acts on peers, urinated in cups and smeared feces on the walls of his home, and stolen food. Factors noted to have influenced his presentation include his history of sexual abuse by a family member, placement in foster care, and maternal history of prostitution and substance abuse. At the time had been placed in 12:1:1 2nd grade class at PS 42 with Occupational Therapy (OT), Physical Therapy (PT), and Counseling; no mental health supports aside from school-based counseling had been provided throughout his childhood.



Further, per the psychiatric evaluation, after █████ D█████ began attending ██████, a District 75 based program. After █████ D█████ completed the 5th grade at ███████████████████, and the 6th grade at the ████████████████ in Brooklyn. He next attended ████████████ Residential Program in PA. There his behaviors included aggression, urinating, defecating, exposing himself, and speaking inappropriately about his sexual experiences. He then transferred to ████████████████ at the end of March 2021, a residential therapeutic program that provides specialized treatment for youth with sexual trauma and sexual behavior issues for the 8th grade. He later attended the ████████ residential program, a program in Texas and one in Florida.

According to the record review, a previous social history update was conducted on April 18, 2023. As per parent, D█████ began attending ████████ Residential Program (MA) in December 2021. During that school year, D█████ was incarcerated twice between the dates of 9/28/22-2/2/23. As per parent, one of D██████' teachers at ████████ pressed charges against him, which resulted in his incarceration. As per parent, D█████ had an emotional outburst in the classroom and threw feces at his teacher, which the parent expressed is linked to his trauma.

Additionally, per the social history update, as per parent, ultimately, the charges against D██████ were dropped. As per parent, the judge indicated that D█████ shouldn't be incarcerated for that length of time, however, D█████ could not be released without a program to go to. He was unable to return to █████████ and there was no school placement for him to transition to. As per parent, D██████' family applied to 125 programs and no program accepted D██████. As per parent, D█████ was devastated and scared by the incarceration. His family visited him. They were unable to send him much, however, they did send him a few books to read.

Further, per the social history update, as per parent, D██████' last day of incarceration in MA was February 2, 2023. He was accepted to ████████████ (TX) and transferred to their program on 2/2/2023. As per parent, ████████████ is an integrated medical and mental health institute that has a schooling component. As per parent, there was no alternative program option. At the start of the

program, parent expressed she was very hopeful. However, two incidents resulted in D█
being hospitalized. █████████ indicated D███ requires a higher level of care. He was enrolled in
the program for two months before he was told he could not return.

The social history update also indicates, as per parent, following the incidents at ████████
D███ was asked to exit ██████████ on 4/6/23. As per parent, the final incident at ████████
included D████' physical damage to the home he was in, lighting books on the stovetop, and
threatening to kill himself. D████ has been in ██████████████████████ Hospital since. As
per parent, D████' parent talks to him every day in the hospital. He is more stable in the hospital
setting. He still has terrible nightmares that influence the rest of his day. The staff at the hospital
are working diligently to determine the best combination of medication for him to improve
stability. As per parent, D████ is in need of a residential program following his discharge from
the hospital.

Additionally, the social history update states, as per parent, when D████ was stable at ████████
he was starting to make progress and open up in therapy. He was regularly volunteering at an
animal shelter after going through the application process. He was going to the YMCA. Every
day after his program, he would go to a local school to play basketball with a group of students.
Two 1:1 coaches were assigned to him 24 hours a day. They were trained in adolescent trauma
behaviors. They participated in everything with him. They reinforced everything D████ learned.
When he had struggles, his therapist would come to his house and work with him in the moment.
He was engaged in his academics. He had two special education teachers. He seemed to be
making progress. As per parent, ██████████ institute facilitated brain mapping, which is an
alternative way to conduct a neurological cognitive assessment. The results of the assessment
indicated that D████ has a very limited working memory, likely resulting in difficulties learning
new things. Parent expressed this explains why he continues to struggle following all the
interventions he received. As per parent, when D████ was stable at ██████ he spoke about
being friends with kids at the park that he played basketball with. He also established a
relationship with the adult coaches who lived with him. However, as per parent, D████ continues
to struggle with peer relationships, which has been a primary trigger for him at ██████ He
struggles to choose appropriate friends, gets coerced into doing things he shouldn't be doing, and
struggles to resolve conflicts effectively.

Lastly, as per the previous social history update, as per parent, prior to ██████████ D████
attended ████████ D████ did well at ██████ from December 2021-February 2022. He struggled
after that. Towards the end of D████' time at ██████ he was exhibiting many difficulties. He
was in the hospital numerous times. He said he ate tide pods, drank bug spray, and rubbed poison
ivy on himself (from the woods). He was undressing, throwing feces, and breaking items. He
was triggered by peer relationships and the responsibility around relationships. As per parent,
D████ engages in these behaviors as an attempt to avoid the program he was in and as a means
to indicate to others that he requires support. As per parent, when D████ was taken to the
hospital in MA, there was no inpatient bed available for him. He was therefore discharged a few
days later without being fully stabilized, resulting in numerous hospital visits while attending
██████

CONFIDENTIAL

Interests/Hobbies:
D█████ has shown interest in sports. He enjoys playing basketball, which the family often plays with him during visits. He also likes music and theater. He enjoys playing video games. He likes to read. He enjoys watching TV. As per the current IEP, he enjoys singing with the Glee Club.

Vocational History:
As per parent during the previous social history update, after graduation from high school, D█████ may attend vocational school or training. D█████ may not be able to live independently, so he may be in an extended residential program. As per parent, D█████' strengths include that he's outgoing, curious, a good conversationalist, creative, loves his family, and is loved by family. He seems interested in a job related to animal care or a child advocacy lawyer. He needs to develop his skills related to emotional regulation and persistence for him to reach his goals.

According to the current IEP, as per the Psychoeducational Evaluation dated 1/11/24, D█████ reported that his favorite subject is history. His least favorite subject is art because he "is not very artistic." He reported that he can work either by himself or in a group but prefers to work in a group so he can add his ideas to those of others and "get a bigger idea." He participates on the basketball team. In his free time, he enjoys playing video games and reading. D█████ was interested in becoming a lawyer and reported that he will have to study a lot in order to do so. D█████ reported that he does best with arguing. He finds listening to be difficult. At school, he helps with a variety of household chores, including sweeping and mopping.

Per the current IEP, D█████ was given an informal vocational assessment on 12/12/23, The Career Assessment Inventory - Enhanced Version. D█████ scored highest on the Artistic theme indicates he has interests somewhat similar to people who have an artistic bent and prefer jobs that allow them to express themselves by creating works of art. They usually like to work alone and tend to wrap themselves up in what they are doing. Occupations such as artist, author, cartoonist, singer, poet, interior designer, baker, art appraiser, caterer, dance teacher, floral designer, graphic designer, photo journalist, and technical writer reflect this theme.

Current Vocational Needs:
*Financial Management*
As per parent, D█████ spends money on video games, and he often misquotes the cost of things in dramatic ways. For example, he wanted to go to a concert and informed parents the tickets were $900 a piece, but they were $90. Ms. S█████ reports that he also inflates how much money he makes (he makes $15 an hour and works for short periods of time, ie: 1hr and half).

*Employment/Vocational Training:*
At the current program, D█████ is employed and his job responsibilities include varying washing dishes and packing food boxes for the houses.

Parent reports she is unsure as to what his future career aspirations are because he appears to have lost any motivation he previously had. As per parent, D█████ wants to leave the program when he graduates or ages out, but he's not trying in school to successfully graduate. As per parent, he will say "What's the point?" or "I don't know what I want to be when I grow up because I'll probably be stuck at █████ Further, per parent, he didn't retake the previously failed

regents, which is another red flag that he's lost motivation. Per parent, his ███ case manager seems to believe that his apparent depressive symptoms are rooted in his self-esteem issues, as he reportedly has very low self-esteem. Per parent, his primary counselor is on maternity leave, and it is unclear to Ms. S███ whether he has established positive rapport with the current counselor.

*Transition Planning*
According to Ms. S███, she has information from OPWDD regarding transitional services. As per her report, both she and Mr. S███ are anticipating D███' needs for full-time care post high school. The Legal Guardianship process has been reviewed. As per parent, she is in process of obtaining Legal Guardianship in MA. She has contacted a private attorney for assistance regarding what that means for Legal Guardianship in NY for the agencies involved in oversight of his care.

The Level 1 Parent/Guardian Vocational Interview has not yet been received and when finalized, parent will send it to the CSE 6 Case Manager, Ms. C███ C███.

Due Process:
Due process rights and responsibilities were reviewed. Parent received copies via email of The Procedural Safeguards Notice Part B, The Family Guide to Special Education and The Family Guide to Transition Planning along with the Transition Planning Parent Letter. Parent was given the opportunity to discuss all questions and concerns regarding the reevaluation process and reported she did not have any questions regarding her due process rights.

Eligibility for special education services, along with program and service recommendations will be made based on information available at the time of the Committee on Special Education review meeting.

███████████

███████████, LMSW, MS Ed
School Social Worker
Committee on Special Education- Region 6

Date of report finalization: 10/22/2024