## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

| **STUDENT NAME:** | **DISABILITY CLASSIFICATION:** Emotional Disability |
|---|---|
| **DATE OF BIRTH** Redacted for PII    **LOCAL ID #:** 222729022 | |
| **PROJECTED DATE IEP IS TO BE IMPLEMENTED:** 07/01/2024 | **PROJECTED DATE OF ANNUAL REVIEW:** 03/05/2025 |

**STUDENT NAME:**

**NYC ID:** 222729022

---

### PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

**EVALUATION RESULTS (INCLUDING FOR SCHOOL-AGE STUDENTS, PERFORMANCE ON STATE AND DISTRICT-WIDE ASSESSMENTS)**

Psychiatric Assessment: 3/1/2024
Diagnoses of:
Post-Traumatic Stress Disorder
Attention Deficit Hyperactivity Disorder (by history)
Unspecified Mood Disorder

Social History Update with          2/20/2024

Psycho Educational Evaluation: 1/11/2024
Wechsler Intelligence Scale for Children – Fifth Edition
Index/Subtest Descriptive Category
Verbal Comprehension Index: Very Low Range
Similarities Subtest: Very Low Range
Vocabulary Subtest: Low Average Range

Visual-Spatial Index:
Visual Puzzles Subtest: Low Average Range

Fluid Reasoning Index: Very Low Range
Matrix Reasoning Subtest: Low Average Range
Figure Weights Subtest: Very Low Range

Confidential

NYC_018660

---

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

---

Working Memory Index:
Digit Span Subtest: Low Average Range

Processing Speed Index:
Coding Subtest: Extremely Low Range

Full Scale IQ: Very Low Range

Kaufman Test of Educational Achievement, Third Edition (KTEA-III)
Reading Composite: Below Average Range
Letter & Word Recognition Subtest: Below Average Range
Reading Comprehension Subtest: Below Average Range
Math Composite: Lower Extreme Range
Math Concepts & Applications Subtest: Lower Extreme Range
Math Computation Subtest: Lower Extreme Range
Written Language Composite: Lower Extreme Range
Written Expression Subtest: Lower Extreme Range
Spelling Subtest: Below Average Range
Academic Skills Battery Composite: Below Average Range

Behavior Assessment System for Children, Third Edition (BASC-3) (Teacher)
Hyperactivity Scale: At-Risk
Aggression Scale: At-Risk
Conduct Problems Scale: At-Risk
Anxiety Scale: At-Risk
Depression Scale: Average
Somatization Scale: Average
Attention Problems Scale: At-Risk
Atypicality Scale: Average
Withdrawal Scale: Average
Adaptability Scale: Average
Social Skills Scale: Average

Confidential NYC_018661

---

### PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

Leadership Scale: Average
Study Skills Scale: Average
Functional Communication Scale: Average

Composite Scores:
Externalizing Problems Composite: At-Risk
Internalizing Problems Composite: Average
School Problems Composite: Average
Behavioral Symptoms Index: Average
Adaptive Skills Index: Average

Quarterly Progress Report: 12/22/2023

Career Assessment Inventory: 12/12/2023

i-Ready Diagnostic Results Reading: 11/7/2024
Overall Reading: Grade 8
Vocabulary: Grade 7
Comprehension: Literature: Grade 8
Comprehension: Informational: Grade 9

i-Ready Diagnostic Results Math: 11/8/2024
Overall Math: Grade 2
Number and Operations: Grade 2
Algebra & Algebraic Thinking: Grade 4
Measurement & Data: Grade 2
Geometry: Grade 1

Functional Behavior Assessment: 10/12/2023

### ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS

LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING, ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:
     is a 17 year old, male who is enrolled in a NYS Approved, Non-Public School Residential Program. He has an educational

---

Confidential       NYC_018662

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

classification of emotional disability and is to receive special education services in the form of small group instruction within a special education setting along with counseling as a related service. ▮ has the supports of a 24 hour behavioral support para professional along with a behavior intervention plan that addresses the following behaviors: aggression, health injurious behavior, destruction, major disruption, non-compliance, educationally/socially interfering behaviors and inappropriate verbal behaviors. Although his current program is considered ungraded, he is deemed to be a 10th grade student who is on a Regents High School Track and is anticipated to graduate in the end of the 2026 school year.

According a psychoeducational evaluation conducted on 1/11/24, the WISC-V was used to assess ▮ performance across five areas of cognitive ability. As measured by the WISC-V, his overall FSIQ score fell in the Very Low range when compared to other children his age. The Verbal Comprehension Index (VCI) measured ▮ ability to access and apply acquired word knowledge. Specifically, this score reflects his ability to verbalize meaningful concepts, think about verbal information, and express himself using words. Overall, ▮ performance on the VCI was lower than most children his age. Low scores in this area may occur for a number of reasons including poorly developed word knowledge, difficulty retrieving acquired information, problems with verbal expression, or general difficulties with reasoning and problem solving. With regard to individual subtests within the VCI, Similarities (SI) required ▮ to describe a similarity between two words that represent a common object or concept and Vocabulary (VC) required him to name depicted objects and/or define words that were read aloud. He performed comparably across both subtests, suggesting that his abstract reasoning skills and word knowledge are similarly developed at this time. The Fluid Reasoning Index (FRI) measured ▮ ability to detect the underlying conceptual relationship among visual objects and use reasoning to identify and apply rules. Identification and application of conceptual relationships in the FRI requires inductive and quantitative reasoning, broad visual intelligence, simultaneous processing, and abstract thinking. ▮ performance on the FRI was diverse, but overall was very weak for his age (FRI = Very Low range). Low FRI scores may occur for a number of reasons including poor reasoning ability and difficulties with identifying important visual stimuli, linking visual information to abstract concepts, and understanding conceptual or quantitative concepts. ▮ relatively weak performance on the FRI suggests that he may currently experience some difficulty solving complex problems that require him to identify and apply rules. The FRI is derived from two subtests: Matrix Reasoning (MR) and Figure Weights (FW). Matrix Reasoning required ▮ to view an incomplete matrix or series and select the response option that completed the matrix or series. On Figure Weights, he viewed a scale with a missing weight(s) and identified the response option that would keep the scale balanced. ▮ demonstrated diverse performance on these two tasks. While he showed low-average performance when identifying the missing piece in patterns on Matrix Reasoning, he showed greater difficulty balancing scales under a time constraint during Figure Weights. This pattern of scores implies a relative strength in inductive reasoning compared to quantitative reasoning. It is possible that his understanding of part-whole relationships may currently be better developed than his mathematical reasoning skills. When ▮ solves novel problems, he may have difficulty applying quantitative concepts. In addition to the index scores described the FSIQ includes subtests that measure other areas of cognitive ability. When compared to other children his age, ▮ exhibited very weak to slightly low performance across other subtests contributing to the FSIQ. On Visual Puzzles (VP), he viewed a completed puzzle and appeared to have some difficulty choosing three pieces that would go together to make the puzzle. Visual Puzzles measures non-motor construction ability, which requires visual and spatial reasoning,

Confidential

NYC_018663

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

mental rotation, visual working memory, understanding part-whole relationships, and the ability to analyze and synthesize abstract visual stimuli. His score on this Visual Spatial subtest was within the low average range. During Digit Span (DS), ▮ listened to sequences of numbers and then recalled the numbers in forward, backward, or ascending order. Digit Span measures mental manipulation, cognitive flexibility, and mental alertness. On this Working Memory task, his performance was slightly below other children his age (DS = low average). On Coding (CD), a Processing Speed subtest, ▮ worked very slowly when copying symbols that were paired with numbers (CD = Extremely Low). Coding measures short-term visual memory, psychomotor speed, visual perception, visual-motor coordination, visual scanning ability, cognitive flexibility, and procedural and incidental learning ability. This subtest also reflects his attention, concentration, and motivation.

▮ was also administered several subtest from the Kaufman Test of Educational Achievement, 3rd Edition, in order ascertain his current academic functioning. ▮ overall performance on achievement measures was within the below average range. He demonstrated a relative strength in reading. Spelling ability was below average while significant weaknesses were noted in math and written expression. In the area of reading, ▮ performed just within the below average range. His ability to read sight words fell just within the below average range. He was able to read the words demerit, quarantine, alibi and archaeologist. ▮ reading comprehension or his ability to understand what he has read was also just within the below average range. He was noted to have more difficulty with inferential type questions. ▮ performed within the lower extreme range in math. When given straight computation problems, ▮ performed within the lower extreme range. He was able to complete single-digit and multi-digit addition and subtraction, without regrouping. He struggled with multi-digit additional and subtraction when regrouping was involved as well as simple multiplication and division. ▮ was not able to complete items involving fractions. His performance was within the lower extreme range when these skills were applied to various situations and word problems that were read to him. ▮ was able to answer simple single-step word problems. He was not able to count money, understand fractions or estimate. In the area of writing ▮ performed within the lower extreme range. His spelling fell within the below average range. On a measure testing his ability to construct sentences/paragraphs, punctuate items, and fill in the blanks, ▮ performed within the lower extreme range. ▮ was able to write sentences with good structure and grammar. His ideas were inconsistently related to the task presented to him. His written work was most impacted by poor mechanics (e.g., punctuation and capitalization). ▮ also had difficulty editing given passages for mechanical errors. ▮ was able to write a short article with a good introduction sentence. While he wrote a complete paragraph, his ideas were vague and did not contain any details from the story just created.

According to a quarterly progress report dated 12/22/23, in the area of English Language Arts, ▮ continues to build and improve strong close reading skills, and began learning to create evidence-based claims this term via the i-Ready curriculum and teacher made materials. The i-Ready Reading Lesson Program focuses on vocabulary, reading comprehension, both literary and informational, and phonics. As part of the curriculum requirements, ▮ completed assignments from the student toolbox tailored to his individual learning needs, based on his most current i-Ready Reading Diagnostic scores. In addition, the class began a unit on primary sources which began with reading The Diary of Anne Frank. In addition to reading the diary, students also worked with timelines, personal letters, newspaper articles and historical artifacts to provide them with perspective and information about the time the diary was written. These tasks were accompanied by vocabulary

Confidential

NYC_018664



## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

reinforcement activities, text dependent discussion questions, and writing prompts. ▇ has performed these tasks at 75 -80 percent proficiency, requiring moderate teacher assistance and reinforcement. Students also continued their unit on Literary Devices with a focus on literal and figurative language. The class classified passages from text, poems, and even popular memes, into their correct form of figurative language; personification, idiom, metaphor, simile, hyperbole, and understatement. In addition, ▇ also utilized tiered vocabulary activities and Board–work, choral responding activities, to build his academic vocabulary and decoding skills. ▇ also continued to participate in daily evidence-based responses to Quick Writes to develop stronger writing fluency. The class is aimed to answer each response question with an opinion (claim) and support each claim with evidence from the text. ▇ completed work that focused on improving his grammar and writing skills; using clear descriptive words (adjectives and adverbs) and composing compound and complex sentences, as well as using proper punctuation. ▇ used these skills, along with 1-1 teacher support, to complete RAFT and HIPPO activities which assisted him in creating writing pieces that were more coherent and engaging to the reader. In the upcoming term, ▇ will take these skills learned in the previous term and apply them to the next module that he is introduced to.

In mathematics class, ▇ was provided with an Algebra 1 curriculum based on the Prentice Hall Algebra 1 Common Core edition textbook and teacher made worksheets and lessons on the white board as well as other resources. Appropriate modifications and teacher guidance are offered when needed using a variety of teaching strategies including giving clear expectations, teacher feedback, ongoing assessment, and use of behavioral management strategies such a s prompting and redirecting. ▇ also received additional supports within the classroom with a highly structured classroom, clear instructions, review and repetition of the rules, assistance with planning and organizing, and reviewing tasks in multiple ways. Comprehension on math word problems is a concern so ▇ has been provided with additional vocabulary support to address this issue. Finally, ongoing testing reveals areas of weakness which are continuously addressed to build fluency in these areas with use of computer programs such as iReady and Math Facts. This term, ▇ copied notes from the board as the teacher explained new concepts. Topics covered included The Number System, Ratio, Proportion, and Percent, and Expressions and Equations.

▇ has been addressing curriculum requirements for Global Studies II. The primary textbook has been World History (2014) by Prentice Hall. In addition to materials from the textbook, he has engaged with various teacher created primary and secondary source materials, websites, images, charts, and maps. Social Studies instructional material aligned with the curriculum was presented to ▇ on a daily basis. ▇ received support from a Special Education Teacher and the History Subject Area Teacher frequently monitored his progress. ▇ was ensured access to the content and the curriculum was modified as necessary to meet his unique needs. Content for Global Studies II this quarter has covered topics including WWI, World Revolutions, and Totalitarianism. For most lessons, ▇ participated actively and requested assistance as needed.

▇ has been addressing curriculum requirements for the Living Environment-Biology science course. The primary textbook has been Biology by Pearson. In addition to materials from the textbook, he has engaged with various teacher created materials, websites, images, videos, and experiments. Science instructional material aligned with the curriculum was presented to ▇ on a daily basis. ▇ received

Confidential

NYC_018665



**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

support from a Special Education Teacher and the Science Subject Area Teacher monitored his progress daily. ▇ was ensured access to the content and the curriculum was modified as necessary to meet his unique needs. Content for Biology this quarter covered topics surrounding the chemistry of life, ecology and ecosystems and communities. ▇ made excellent progress this quarter. He participated actively during group instruction, and displayed strong reading comprehension skills. He completed his written assignments accurately and thoroughly while needing minimal prompting. He has also shown the ability to make many connections among ideas. He was receptive to teacher feedback and was able to constructively work with his peers. ▇ was a pleasure to have in class.

In Health class, ▇ has been utilizing the Pacemaker Health textbook in addition to teacher made materials and small group activities, to meet his requirements. Topics covered this term include, the digestive and excretory system and the reproductive system. During lessons, ▇ actively participates and requests assistance as needed.

WBL (Work Based Learning) this term focused on Digital Citizenship. Lessons were accessed via the Applied Educational Systems computer program. The program requires students to watch videos, study content slides, complete worksheets and take quizzes on what was learned. In addition, concepts covered in the online course were supplemented with group lessons and activities. ▇ participated in lessons and group discussion and his work product was completed to the best of his ability.

In CTE - Business Technology, Darius completed a unit on Economics within the Applied Educational Systems computer program. The program requires students to watch videos, study content slides, complete worksheets and take quizzes on what was learned. In addition, concepts covered in the online course were supplemented with group lessons and activities. ▇ participated in all group lessons and asked for assistance as needed.

▇ began Spanish I this past quarter using Amsco's "Spanish is Fun" modified Textbook by Heywood Wald. ▇ is a conscious, pleasant student who made an outstanding progress plus he worked cooperatively with the instructor. In the first term, the students needed to complete three required units, modifications were given depending to each student. In the first chapter, he studied and reviewed the vowels and the alphabet. Also, he studied cognates and diverse vocabulary, adjectives' uses; gender and number agreement. He was offered instruction in unit two topics such as: getting to know people, greetings, responses to simple questions, leave takings. In chapter three, ▇ was introduced to "La familia"; the family, along with varied vocabulary. In grammar, the students received instruction in definite and indefinite articles, plural/ singular formation, and drills with adjectives. He could work independently or he asked for help as needed. He put forward a nice cooperative effort to finish academics on all units.

STUDENT STRENGTHS, PREFERENCES, INTERESTS:

Outside of the classroom, ▇ enjoys listening to music, playing basketball, and singing with the Glee Club.

According to the psycho educational evaluation dated 1/11/24, ▇ reported that his favorite subject is history. His least favorite subject is

Confidential     NYC_018666

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

art because he "is not very artistic." He reported that he can work either by himself or in a group but prefers to work in a group so he can add his ideas to those of others and "get a bigger idea." He participates on the basketball team. In his free time, he enjoys playing video games and reading. ▮ was interested in becoming a lawyer and reported that he will have to study a lot in order to do so. ▮ reported that he does best with arguing. He finds listening to be difficult. At school, he helps out with a variety of household chores, including sweeping and mopping.

▮ was given an informal vocational assessment on 12/12/23, The Career Assessment Inventory - Enhanced Version. ▮ scored highest on the Artistic theme indicates he has interests somewhat similar to people who have an artistic bent and prefer jobs that allow them to express themselves by creating works of art. They usually like to work alone and tend to wrap themselves up in what they are doing. Occupations such as artist, author, cartoonist, singer, poet, interior designer, baker, art appraiser, caterer, dance teacher, floral designer, graphic designer, photo journalist, and technical writer reflect this theme.

ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:

Parents expressed concerns regarding ▮ overall academic performance, particularly in the area of mathematics. Parents have seen significant progress ▮ has made since his admittance in the current program.

## SOCIAL DEVELOPMENT

THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS; FEELINGS ABOUT SELF; AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:

According to a Psychiatric Assessment conducted on 3/1/24, ▮ has the following diagnoses: Post-Traumatic Stress Disorder; Attention Deficit Hyperactivity Disorder (by history) and Unspecified Mood Disorder. ▮ is a young man who has a long history of extensive trauma, beginning in his formative years. Reportedly, his frequent sexualized acting out, aggression and unsafe behaviors resulted in numerous psychiatric hospitalizations and residential treatment centers throughout the years. He appears motivated and invested in coping and processing his trauma, which is a struggle for him. ▮ needs time and extensive trauma informed treatment, which would support and develop his coping skills, while allowing him to grow and mature. Additionally, his ability to form secure, stable, trusting, lasting attachments was likely hindered by his early experiences, and would need ongoing assistance.

This report also indicated the following: ▮ was forthcoming, appropriate and engaged in the evaluation. He explained that in his early years, he lived with his biological family in PA. There was so much abuse going on, so he left at age 5, and went with his little brother to his now adoptive mom, but started having flashbacks causing him to act out, so he went to the hospital. Reportedly, he stated that this caused him to change foster families often, until eventually finding his adoptive family who adopted him at age 11. He has lost contact with his biological siblings. He stated that he is happy to be at the current program, as it is, good compared to the other places he lived before. He left his adopted home at age 13, to attend a residential center. Reportedly, that did not work out well because he attacked a teacher, so he needed to go to juvenile detention for a year. Reportedly the teacher did not get him lunch so he attacked her. Reportedly, he said, "it was a crazy thing to do, I

Confidential

NYC_018667

**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

know". He then transferred to a residential center in Texas where he stayed for 2 weeks prior to being hospitalized for 3 months. He then transferred to a residential center in Florida, He reported, "I acted out there because it was the quickest way to leave the situation, I was there for only 3 days, it was not the right fit". He feels it is easier to be at the current program, "because I have seen it all before, and I matured. I am just chilling now, it hit me differently, I didn't realize consequences until juvenile detention". He explained that he realizes that he wants something different in life, so he now behaves, "I didn't have an incident for 115 days before getting in trouble for cussing." The nightmares and flashbacks he experienced in his early years are resolving. Sometimes he gets anxious, but not depressed. He usually becomes anxious when he is around men, this is a big trigger for him, as it brings back triggers from when he was living with his biological parents, "I get into fight or flight mode". He used to take medications, but they were stopped when he arrived at the current program, "I am OK without them". He aspires to go to college, to study psychology and become a mental health tech. He denied all drug use, (with a big smile). He denied any thoughts to harm himself or die, "Living is amazing". He reports that he has a girlfriend, "she's my friend, but we talk like serious". He has many friends, "everybody knows me, they are good with me".

According to the psychoeducational evaluation conducted on 1/11/24, one of ███████ teachers was administered the BASC-3 to assess areas that may be currently impacting ███████ academic performance. Validity scales on this report fell within the adequate range, indicating that the scores obtained are an accurate reflection of ███████ strengths and weaknesses. According to his teacher, most scales fell within the average range. ███████ is described as capable of listening to staff members and completing his work. Most concerns fell within the externalizing composite, including hyperactivity, aggression and conduct difficulties. ███████ sometimes argues when denied his own way, teases others, threatens to hut others or loses his temper easily (Aggression – At Risk range). He sometimes may disobey, break rules or use things without permission (Conduct Problems – At-Risk range). ███████ was reported to often struggle to wait his turn and almost always seeks attention when working. He sometimes disrupts others, struggles to stay in his seat or acts without thinking (Hyperactivity – At Risk range). Additionally, concerns with attention and anxiety were noted. ███████ often listens to directions but can be easily distracted. He often has a short attention span. He is only organized sometimes and can miss deadlines or make careless mistakes. ███████ is often easily stressed and worries about things that cannot change. He sometimes is fearful or appears nervous. While average, ███████ scores on study skills, leadership and social skills fell just within the average range. ███████ is able to make decisions easily but is only sometimes able to work under pressure and demonstrate a motivation to succeed. He is almost always polite and often accepts people who are different from himself; however, he only sometimes shows interest in others' ideas or makes them feel welcome. ███████ often turns in work on time and tries to do well. He struggles to stay on task, think about a strategy before starting to solve a problem and demonstrate organization.

███████ Functional Behavior Assessment dated 10/12/23 has several identified targeted behaviors that are being monitored. The first identified behavior is aggression defined as aggression towards others to include punch, kick, push and spit at others; throwing bodily fluids at others, sexually grabbing others; possession of weapons; aggressive posturing, verbal/written threats to aggress. ███████ exhibited a total of 3 aggressive behaviors since his admission at the currently program in July of 2023. Generally, aggressive behaviors occurred in conjunction with other major behaviors. The second identified behavior is health dangerous behaviors defined as self injurious behaviors to include picking skin

Confidential                                                                                                                 NYC_018668

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

or open wounds, banging his head, punching self, attempts to wrap cords/ties around his neck, threats to harm self, eating inedibles, suicidal gestures, attempts to elope, leave supervised area. ▆▆▆ has not exhibited any health dangerous behaviors since his admission to the current program. The third identified behavior is destruction described as destruction of property, punching/kicking holes in the wall, overturn tables, smearing bodily fluids on the walls. ▆▆▆ has not exhibited any destructive behaviors since his admission to the current program. The fourth identified behavior is major disruptive behavior described as swearing, yelling, instigating others, manipulating others, racial comments, arguing with others; masturbating at inappropriate times, exposing himself, accessing/watching pornography, inappropriate sexual comments towards others, rubbing his private area in front of others. ▆▆▆ exhibited a total of 15 major disruptive behaviors since his admission to the current program in July of 2023. The fifth identified behavior according to the FBA is non-compliance and is described by blatant no, refusing to go to school, refusing to work on academics, refusing to follow staff direction, refusing supportive guide, failure to evacuate on time during a fire drill. ▆▆▆ has not exhibited any noncompliant behaviors since his admission to the current program. The sixth identified behavior is educationally/socially interfering behavior and is described as personal space violation. The last identified behavior is inappropriate verbal behavior and is described as inappropriate tone of voice, talking out during academic time, use of slang, nagging, interrupting others and rude comments. ▆▆▆ exhibited a total of 2 inappropriate verbal behaviors since his admission to the current program.

According to his quarterly progress report dated 12/22/23, ▆▆▆' program consisted of behavioral counseling sessions, self management tactics and differential reinforcement procedures. He was able to practice coping mechanism, learn frustration tolerance techniques and replacement behaviors which he could utilize during a challenging situation. ▆▆▆ has access to his rewards for meeting the behavioral contingencies and by abstaining from problematic behaviors.
STUDENT STRENGTHS:
▆▆▆ is described as capable of listening to staff members and completing his work. He is able to advocate for his needs. Reportedly, ▆▆▆ has complied with residence rules and was noted to maintain a low frequency in behavior. In class he has built strong, respectful relationships with staff and peers. Since his admission to the current program, ▆▆▆ has not exhibited any health dangerous behaviors; has not exhibited any destructive behaviors; has not exhibited any noncompliant behaviors and has not exhibited any educationally/socially interfering behaviors.
SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
According to the social history update dated 2/20/24, Ms. ▆▆▆ shared that it is probably the first time in a long time that ▆▆▆ is eager and motivated to learn. Ms. ▆▆▆ reported that the family is maintaining close and consistent contact with ▆▆▆. They visit him at least five times per year and are on the phone with him 2-3 times per week. The mother reflected that their conversations are mostly positive and comfortable. ▆▆▆ shared with the family that he is happy in the program. The mother reported that she wants him to continue at the current program as it is the most appropriate educational placement for ▆▆▆ at this time.

### PHYSICAL DEVELOPMENT
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS:

Confidential    NYC_018669

| PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS |
| --- |

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

███ overall health is reported to be satisfactory. ███ hearing is within normal limits. ███ wear glasses.
STUDENT STRENGTHS:
Fine and gross motor skills seems to be within normal limits.
PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
At this time no concerns were mentioned regarding ███ physical develop.

**MANAGEMENT NEEDS**
███ benefits from:
Highly structured therapeutic setting
Multi-sensory approach
Repetition
Redirection
Scaffolding
Break up questions and information
Preview of what to expect
Extra time for responses
Check-ins
Flexible seating
Preferential seating
Breaks
Movement
Fidgets
Prompts
Daily schedule
Positive reinforcement
Encouragement
Recognition
Full time Behavior Support Para Professional
Behavior Intervention Plan
Testing Accommodations
Counseling both individual and in a group

**EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN APPROPRIATE ACTIVITIES**

Confidential NYC_018670

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

▉ requires the support of a Special Class, within a NYSED Approved NPS Residential Program to receive intensive, specialized, and ongoing interventions and supports. He also requires the support of individual and group counseling and an individual paraprofessional to address his behavioral, social, emotional, and learning needs. ▉ also benefits from flexible seating, breaks, movement, prompts, encouragement, recognition, and positive reinforcement.

Given that ▉ has made significant progress thus far, it is recommended that ▉ continue to remain within the current program for continuity of progress and to receive the supports provided within the current program.

**STUDENT NAME:** ▉▉

**NYC ID:**222729022

## STUDENT NEEDS RELATING TO SPECIAL FACTORS

BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED:

Does the student need strategies, including positive behavioral interventions, supports and other strategies to address behaviors that impede the student's learning or that of others? ☑Yes ☐No

Does the student need a behavioral intervention plan? ☐No ☑Yes

Due to ▉ emotional and behavioral needs, he requires the support of a behavioral intervention plan.

For a student with limited English proficiency, do they need a special education service to address their language needs as they relate to the IEP? ☐Yes ☐No ☑ Not Applicable

For a student who is blind or visually impaired, do they need instruction in Braille and the use of Braille? ☐Yes ☐No ☑ Not Applicable

Does the student need a particular device or service to address their communication needs? ☐Yes ☑No

In the case of a student who is deaf or hard of hearing, does the student need a particular device or service in consideration of the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode?
☐Yes ☐No☑ Not Applicable

Does the student need an assistive technology device and/or service? ☐Yes ☑No

Confidential

NYC_018671

---

**STUDENT NEEDS RELATING TO SPECIAL FACTORS**

BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED:

If yes, does the Committee recommend that the device(s) be used in the student's home? ☐Yes ☐No

---

**STUDENT NAME:**                                                                                              **NYC ID:**222729022

---

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE IF DETERMINED APPROPRIATE)

### MEASURABLE POSTSECONDARY GOALS

LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT

**EDUCATION/TRAINING:** After graduation from high school,          will attend vocational school/training and take courses related to animal care or child advocacy.

**EMPLOYMENT:** After graduation from high school,          will be employed in the field of animal care or child advocacy.

**INDEPENDENT LIVING SKILLS (WHEN APPROPRIATE):** After graduation from high school,          will live in a residential program until he is ready to live independently. He will support with preparing meals, washing the dishes, and cleaning his room. He will manage personal finances by preparing and following a weekly budget. He will maintain organization and time management by developing and following a personal daily/weekly schedule. He will visit his Psychiatrist and Therapist and participate in therapy on a consistent basis to manage his medication and address his needs.

**TRANSITION NEEDS**

In consideration of present levels of performance, transition service needs of the student that focus on the student's courses of study, taking into account the student's strengths, preferences and interests as they relate to transition from school to post-school activities:

It is expected that          will graduate high school and earn a High School Diploma. Currently,          is expected to earn a High School Diploma that will allow him to attend vocational school/training and take courses related to animal care or child advocacy.          needs to take academic courses which are credit bearing. He also needs to take vocational school/training and career preparation courses.          residential program will support his academic, emotional, social, and behavioral needs in order to earn his High School Diploma.          must pass all his classes, earn credits, and pass his Regents exams.

         will need to complete all necessary coursework to graduate High School with a High School Diploma. Furthermore, in order to create more opportunities after High School,          needs to meet with his teacher, academic advisor, counselor, and transition coordinator to

Confidential                                                                                                            NYC_018672

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE IF DETERMINED APPROPRIATE)

## MEASURABLE POSTSECONDARY GOALS

LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT

discuss vocational school/training and career options in a field related to animal care or child advocacy. He needs to complete a learning styles inventory to identify preferences, strengths, and interests in vocational school/training study related to animal care or child advocacy. ▇ will need to apply for volunteer and part-time work experiences to gain knowledge and experience in determining his strengths and preferences for future vocational school/training and career options related to animal care or child advocacy.

▇ needs to meet with his counselor in order to address his emotional, social, and behavioral needs. He also needs to meet with his counselor to receive support with independent living skills to be successful after completing high school. He needs to meet with his counselor to receive support with managing personal finances by preparing a weekly budget, maintaining organization and time management by developing and following a personal daily/weekly schedule, visiting his Psychiatrist and Therapist and participating in weekly therapy to manage his medication and address his needs, and household management by preparing meals, washing dishes, and cleaning his room.

**STUDENT NAME:** ▇               **NYC ID:**222729022

## MEASURABLE ANNUAL GOALS

THE FOLLOWING GOALS ARE RECOMMENDED TO ENABLE THE STUDENT TO BE INVOLVED IN AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM, ADDRESS OTHER EDUCATIONAL NEEDS THAT RESULT FROM THE STUDENT'S DISABILITY, AND PREPARE THE STUDENT TO MEET THEIR POSTSECONDARY GOALS.

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Within one year, ▇ will increase his socially appropriate behaviors while decreasing her socially inappropriate behaviors by reducing the frequency of aggressive, health dangerous behaviors and destructive behaviors to a mean of 0 per week; by reducing the frequency of major disruptive behaviors, noncompliant behaviors, educationally and socially interfering and inappropriate verbal behaviors to a mean equal to or less than of 1 or less per week. | With 80% success and 3 out 5 consecutive trials | Verbal Explanation<br>Check Lists<br>Teacher/Provider Observations | 1 time per quarter |

Confidential

NYC_018673

| IEP PROGRESS REPORT |
|---|
| **1st Progress report for this IEP** ☐ |
| **2nd Progress report for this IEP** ☐ |
| **3rd Progress report for this IEP** ☐ |
| **4th Progress report for this IEP** ☐ |
| **5th Progress report for this IEP** ☐ |
| **6th Progress report for this IEP** ☐ |
| **7th Progress report for this IEP** ☐ |
| **8th Progress report for this IEP** ☐ |

| **ANNUAL GOALS**<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | **CRITERIA**<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | **METHOD**<br>HOW PROGRESS WILL BE MEASURED | **SCHEDULE**<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Within one year, ▮▮▮▮ will be able to determine two or more themes or central ideas in a text and analyze their development, including how they emerge and are shaped and refined by specific details; objectively and accurately summarize a complex 11th grade text. | with 80% accuracy and within 5 consecutive trials | Teacher Made Materials<br>Standardized Test<br>Class Activities<br>Teacher/Provider Observations<br>Performance Assessment Task<br>Check Lists<br>Verbal Explanation | 1 time per quarter |
| **IEP PROGRESS REPORT** | | | |
| **1st Progress report for this IEP** ☐ | | | |

Confidential    NYC_018674

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE<br>BY THE END OF THE YEAR IN WHICH THE IEP IS IN<br>EFFECT | CRITERIA<br>MEASURE TO DETERMINE<br>IF GOAL HAS BEEN<br>ACHIEVED | METHOD<br>HOW PROGRESS WILL BE<br>MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE<br>MEASURED |
|---|---|---|---|
| Within one year, ▊ will be able to evaluate an argument in an applicable text (e.g. study of government, legal reasoning, scientific theories) to assess the validity of key arguments, determining whether the supporting evidence, data, and conclusions are relevant and sufficient. | with 80% accuracy and within 5 consecutive trials | Teacher Made Materials<br>Standardized Test<br>Class Activities<br>Teacher/Provider<br>Observations<br>Performance Assessment<br>Task<br>Check Lists<br>Verbal Explanation | 1 time per quarter |
| **IEP PROGRESS REPORT** | | | |

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

Confidential

NYC_018675

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Within one year, ▆▆▆ will be able to draw evidence from grade-appropriate literary or informational texts to support analysis, reflection, and research in a published piece of writing (e.g. formal essay, research project). | with 80% accuracy and within 5 consecutive trials | Teacher Made Materials<br>Standardized Test<br>Class Activities<br>Teacher/Provider Observations<br>Performance Assessment Task<br>Check Lists<br>Verbal Explanation | 1 time per quarter |
| **IEP PROGRESS REPORT** | | | |

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

Confidential

NYC_018676

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE<br>BY THE END OF THE YEAR IN WHICH THE IEP IS IN<br>EFFECT | CRITERIA<br>MEASURE TO DETERMINE<br>IF GOAL HAS BEEN<br>ACHIEVED | METHOD<br>HOW PROGRESS WILL BE<br>MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE<br>MEASURED |
|---|---|---|---|
| For successful completion of his algebra course, ▆▆▆▆ will demonstrate his ability to analyze and explain precisely the process of solving an equation and reason abstractly and quantitatively by choosing and interpreting units in the context of creating equations in two variables to represent relationships between quantities. | with 80% accuracy and within 5 consecutive trials | Teacher Made Materials<br>Standardized Test<br>Class Activities<br>Teacher/Provider<br>Observations<br>Performance Assessment<br>Task<br>Check Lists<br>Verbal Explanation | 1 time per quarter |

### IEP PROGRESS REPORT

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

Confidential

NYC_018677

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE<br>BY THE END OF THE YEAR IN WHICH THE IEP IS IN<br>EFFECT | CRITERIA<br>MEASURE TO DETERMINE<br>IF GOAL HAS BEEN<br>ACHIEVED | METHOD<br>HOW PROGRESS WILL BE<br>MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE<br>MEASURED |
|---|---|---|---|
| In one year, ▮▮▮▮ will be able to demonstrate mastery of the Next Generation Mathematical Practices including: 1. Make sense of problems and persevere in solving them. 2. Reason abstractly and quantitatively. 3. Construct viable arguments and critique the reasoning of others. 4. Model with mathematics. 5. Use appropriate tools strategically. 6. Attend to precision. 7. Look for and make use of structure. 8. Look for and express regularity in repeated reasoning | with 80% accuracy and within 5 consecutive trials | Teacher Made Materials<br>Standardized Test<br>Class Activities<br>Teacher/Provider Observations<br>Performance Assessment Task<br>Check Lists<br>Verbal Explanation | 1 time per quarter |

| IEP PROGRESS REPORT |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

Confidential     NYC_018678

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Within one year, ▮▮▮ will develop work habits and attitudes necessary for school/vocational success | with 80% accuracy | Verbal Explanation Check Lists Performance Assessment Task Teacher/Provider Observations Class Activities | 1 time per quarter |

| IEP PROGRESS REPORT |
|---|
| 1st Progress report for this IEP ☐ |
| 2nd Progress report for this IEP ☐ |
| 3rd Progress report for this IEP ☐ |
| 4th Progress report for this IEP ☐ |
| 5th Progress report for this IEP ☐ |
| 6th Progress report for this IEP ☐ |
| 7th Progress report for this IEP ☐ |
| 8th Progress report for this IEP ☐ |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|

Confidential    NYC_018679

| | | Verbal Explanation<br>Check Lists<br>Performance Assessment<br>Task<br>Teacher/Provider<br>Observations<br>Class Activities<br>Teacher Made Materials | 1 time per quarter |
|---|---|---|---|
| will learn how to read a pay stub, including withholding tax, gross pay, net pay, FICA, health insurance with 100% independence, | and 90% accuracy | | |

| **IEP PROGRESS REPORT** |
|---|
| **1st Progress report for this IEP** ☐ |
| **2nd Progress report for this IEP** ☐ |
| **3rd Progress report for this IEP** ☐ |
| **4th Progress report for this IEP** ☐ |
| **5th Progress report for this IEP** ☐ |
| **6th Progress report for this IEP**☐ |
| **7th Progress report for this IEP** ☐ |
| **8th Progress report for this IEP**☐ |

| **ANNUAL GOALS**<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | **CRITERIA**<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | **METHOD**<br>HOW PROGRESS WILL BE MEASURED | **SCHEDULE**<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| will develop work habits and attitudes necessary for adult life by successfully completing assignments and activities without incident and have the opportunity to earn an in-school job . | with 80% accuracy | Teacher Made Materials<br>Class Activities<br>Teacher/Provider Observations<br>Performance Assessment | 1 time per quarter |

Confidential

NYC_018680

|  |  | Task<br>Check Lists<br>Verbal Explanation |  |
|---|---|---|---|

| **IEP PROGRESS REPORT** |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| **ANNUAL GOALS**<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | **CRITERIA**<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | **METHOD**<br>HOW PROGRESS WILL BE MEASURED | **SCHEDULE**<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Given a personal data sheet, ▇ will compose a professional resume | with 100% accuracy | Class Activities<br>Teacher/Provider<br>Observations<br>Performance Assessment<br>Task<br>Check Lists<br>Verbal Explanation | 1 time per quarter |
| **IEP PROGRESS REPORT** | | | |
| **1st Progress report for this IEP** ☐ | | | |

Confidential

NYC_018681

2nd Progress report for this IEP ☐

3rd Progress report for this IEP ☐

4th Progress report for this IEP ☐

5th Progress report for this IEP ☐

6th Progress report for this IEP ☐

7th Progress report for this IEP ☐

8th Progress report for this IEP ☐

**STUDENT NAME:** ████ ████      **NYC ID:** 222729022

| REPORTING PROGRESS TO PARENTS |
|---|
| Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents: at the same time school report cards are issued |

**STUDENT NAME:** ████ ████      **NYC ID:** 222729022

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| **SPECIAL EDUCATION PROGRAM/SERVICES** | **SERVICE DELIVERY RECOMMENDATIONS*** | **FREQUENCY** HOW OFTEN PROVIDED | **DURATION** LENGTH OF SESSION | **LOCATION** WHERE SERVICE WILL BE PROVIDED | **PROJECTED BEGINNING / SERVICE DATE(S)** |
| **SPECIAL EDUCATION PROGRAM:** Special Class NYS Approved Non-Public School, | 10:1+1 | 35 time(s) per week | Period | Special Education Classroom | 07/01/2024 |

Confidential                    NYC_018682

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| Residential | Language of Service: English | | | | |
| **RELATED SERVICES:** | | | | | |
| Counseling Services | Individual service<br>Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location Provider Discretion | 07/01/2024 |
| Counseling Services | Group service<br>Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location Provider Discretion | 07/01/2024 |
| **SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| 1:1 Beh. Para Ed. | Individual | Monday-Friday | 6 hours | School | 07/01/2024 |
| 1:1 Beh. Para Maintenance | Individual | Monday-Friday | 18 hours | School Grounds/Residence | 07/01/2024 |
| 1:1 Beh. Para Maintenance | Individual | Saturday & Sunday | 24 hours | School Grounds/Residence | 07/01/2024 |
| **ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:** | | | | | |
| **SUPPORTS FOR SCHOOL PERSONNEL ON BEHALF OF THE STUDENT:** | | | | | |

\* Identify, if applicable, class size (maximum student-to-staff ratio), language if other than English, group or individual services, direct and/or indirect consultant teacher services or other service delivery recommendations.

**STUDENT NAME:** ▮▮▮ ▮▮▮

**NYC ID:**222729022

Confidential

NYC_018683

**12-MONTH SERVICE AND/OR PROGRAM** - Student is eligible to receive special education services and/or program during July/August: ☐ No
☑ Yes

If yes:

☑ Student will receive the same special education program/services as recommended above.

OR

☐ Student will receive the following special education program/services:

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS | FREQUENCY | DURATION | LOCATION | PROJECTED BEGINNING / SERVICE DATE(S) |
|---|---|---|---|---|---|
| | | | | | |

For a preschool student, reason(s) the child requires services during July and August:

**STUDENT NAME:** ▉ ▉

**NYC ID:**222729022

| **COMPENSATORY SERVICES** |
|---|

**Compensatory Services -** Does the student require additional services to address lost skills and/or lack of expected progress due to the periods of remote and blended learning beginning in March 2020? ☑ No ☐ Yes

The student does not require compensatory services for the following reason(s):

• The student made expected progress toward IEP goals and did not experience a loss in skills during blended and remote learning.

**STUDENT NAME:** ▉ ▉

**NYC ID:**222729022

Confidential

NYC_018684

**TESTING ACCOMMODATIONS** (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL CHILDREN): INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY BY THE STUDENT IN THE RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT AND, IN ACCORDANCE WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT.

| TESTING ACCOMMODATIONS | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| ☐ NONE | | |
| Extended Time | On all state, city, and school-wide assessments, including computer based tests | time and a half |
| Separate Location/Room | On all state, city, and school-wide assessments, including computer based tests | Small group of no more than 8 students in separate location with minimal distractions. |
| Breaks | On all state, city, and school-wide assessments, including computer based tests | 5 minute break every 30 minutes. |
| Revised Test Directions | On all state, city, and school-wide assessments, including computer based tests | Directions read and reread aloud. |
| Use of Calculator | On all state, city, and school-wide assessments, including computer based tests | graphic/scientific<br>Use of calculator to computations except as specifically prohibited on the Mathematics tests |

*Conditions — Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.

**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

**STUDENT NAME:** ▓▓ ▓▓                                                              **NYC ID:**222729022

Confidential                                                                                          NYC_018685

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

| COORDINATED SET OF TRANSITION ACTIVITIES | | |
|---|---|---|
| **NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES** | **SERVICE/ACTIVITY** | **SCHOOL DISTRICT/AGENCY RESPONSIBLE** |
| **Instruction** | will receive instruction in his NYSED Approved NPS Residential Program to help him improve overall academic performance and earn required credits towards his High School Diploma.<br><br>will receive instruction preparing him for the Regents exams. He will attend Regents preparation classes to assist in him passing the Regents.<br><br>needs to take required academic courses as part of his High School instruction. He also needs to take post-secondary school and career preparation courses. Through participating in these courses, will set goals and determine appropriate vocational school/training and career transition plans, as he works on achieving a High School Diploma. Through participating in these courses, will research vocational schools/trainings of interest that include animal care or child advocacy programs, create vocational school/trainings accounts, complete applications, attend fairs, and research scholarship opportunities. | Special Education Teacher, Paraprofessional, Academic Advisor, Mandated Counselor, Transition Coordinator |
| **Related Services** | continues to require support with emotional regulation, persistence, impulse | Mandated Counselor |

Confidential

NYC_018686

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

## COORDINATED SET OF TRANSITION ACTIVITIES

| NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES | SERVICE/ACTIVITY | SCHOOL DISTRICT/AGENCY RESPONSIBLE |
|---|---|---|
| | control, socialization, self-esteem, and motivation/engagement. With the support of his Counselor, he will receive Counseling at his NYSED Approved NPS Residential Program to help him improve his emotional, social, and behavioral needs. ▊ needs to learn how to utilize effective coping mechanisms to regulate his emotions and persist through challenges. He needs to learn how to control impulsive behaviors and demonstrate compliance with routines, rules, and expectations. He needs to increase his self-esteem and self-confidence and improve his level of motivation, engagement, and work completion. ▊ needs to learn how to establish and maintain positive relationships.<br><br>▊ will engage in role play activities to develop interpersonal skills required for vocational school/training and career interviews. ▊ will learn about potential post school providers for medication management and therapy. | |
| **Community Experiences** | With the support of the Transition Coordinator, ▊ will participate in community recreation programs of interest, such as music, theater, basketball, and football. ▊ will participate in field trips | Special Education Teacher, Paraprofessional, Academic Advisor, Mandated Counselor, Transition Coordinator |

Confidential

NYC_018687

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

| | COORDINATED SET OF TRANSITION ACTIVITIES | |
| --- | --- | --- |
| **NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES** | **SERVICE/ACTIVITY** | **SCHOOL DISTRICT/AGENCY RESPONSIBLE** |
| | and volunteer work to gain knowledge and experience in determining his strengths and preferences for future vocational school/training and career options related to animal care or child advocacy. | |
| **Development of Employment and Other Post-school Adult Living Objectives** | will research skills and qualifications necessary for a career in animal care or child advocacy, as well as post secondary schools that provide instruction and skills necessary for employment in animal care or child advocacy.     will participate in job opportunities and volunteer work related to animal care or child advocacy. | Special Education Teacher, Paraprofessional, Academic Advisor, Mandated Counselor, Transition Coordinator |
| **Acquisition of Daily Living Skills (if applicable)** | will request Counseling services to assist in daily living skill acquisition, to help him acquire, practice, and generalize daily living skills. He will develop organization and time management skills by developing and following a personal daily/weekly schedule. He will develop financial management skills by preparing and following a weekly budget. He will develop household management skills by practicing to prepare meals, wash dishes, and clean his area while participating in class community trips. | Special Education Teacher, Paraprofessional, Academic Advisor, Mandated Counselor, Transition Coordinator |
| **Functional Vocational Assessment (if applicable)** | will complete vocational assessments annually. | Special Education Teacher, Academic Advisor |

Confidential

NYC_018688

**STUDENT NAME:** ▮▮▮ ▮▮▮

**NYC ID:**222729022

---

### PARTICIPATE IN STATE AND DISTRICT-WIDE ASSESSMENTS
(TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS)

☑The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

☐The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement.

---

**STUDENT NAME:** ▮▮▮ ▮▮▮

**NYC ID:**222729022

Confidential    NYC_018689

---

### PARTICIPATION WITH STUDENTS WITHOUT DISABILITIES

REMOVAL FROM THE GENERAL EDUCATION ENVIRONMENT OCCURS ONLY WHEN THE NATURE OR SEVERITY OF THE DISABILITY IS SUCH THAT, EVEN WITH THE USE OF SUPPLEMENTARY AIDS AND SERVICES, EDUCATION CANNOT BE SATISFACTORILY ACHIEVED.

#### FOR THE PRESCHOOL STUDENT:

Explain the extent, if any, to which the student will not participate in appropriate activities with age-appropriate nondisabled peers (e.g., percent of the school day and/or specify particular activities):

#### FOR THE SCHOOL-AGE STUDENT:

Explain the extent, if any, to which the student will not participate in regular class, extracurricular and other nonacademic activities (e.g., percent of the school day and/or specify particular activities):
███ will participate in school activities as designed by the current program.

If the student is not participating in a regular physical education program, identify the extent to which the student will participate in specially-designed instruction in physical education, including adapted physical education:
███ will participate in physical education activities as designed by the current program.

EXEMPTION FROM LANGUAGE OTHER THAN ENGLISH DIPLOMA REQUIREMENT:
☑ No ☐ Yes - The Committee has determined that the student's disability adversely affects their ability to learn a language and recommends the student be exempt from the language other than English requirement.

---

**STUDENT NAME:** ███ ███                                    **NYC ID:**222729022

---

### SPECIAL TRANSPORTATION

TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO THEIR DISABILITY

☑ None.
☐ Student needs special transportation accommodations/services as follows:

☐ Student needs transportation to and from special classes or programs at another site:

---

Confidential                                    NYC_018690

---

### SPECIAL TRANSPORTATION

TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO THEIR DISABILITY

---

### PLACEMENT RECOMMENDATION

NYSED-Approved Non Public School - Residential

---

### SUMMARY

#### STUDENT INFORMATION

**Student Name:**

**NYC ID:** 222729022

**DOB:** 02/27/2007

**Parents Language(s) Spoken/Mode Communication:** English

#### IEP INFORMATION

**Date of IEP Meeting:** 03/05/2024

**IEP Amendment:** ☐Yes ☑No

**Reconvene of IEP Meeting:** ☐Yes ☑No

#### INSTRUCTIONAL/FUNCTIONAL LEVELS

| **Reading:** | 9th Grade |
|---|---|
| **Math:** | 6th Grade |

#### SUMMARY OF RECOMMENDATIONS

**Classification of Disability:** Emotional Disability

**Recommended Services:**

| Special Education Programs |
|---|

| Special Class | English |
|---|---|

Confidential

NYC_018691

| Related Services | |
|---|---|
| Counseling Services | English |
| Counseling Services | English |
| **12-Month Services:** | |
| Special Class | English |
| Counseling Services | English |
| Counseling Services | English |

**Participate in State and District-Wide Assessments:**

The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

**Does ▮▮▮ have a Behavioral Intervention Plan?** Yes
**Recommended for Specialized Transportation:** ☑ None ☐ Student needs specialized transportation
**School Type:** NYSED-Approved Non Public School - Residential
**Medical Alert:** The student has ☐ medical conditions and/or ☐ physical limitations which affect their ☐ learning, ☐ behavior and/or ☐ participation in school activities.
The student requires ☐ medical and/or ☐ health care treatment(s) or procedure(s) during the school day.
**Accessibility:**
Does the student need an accessible school building? No
Does the student have limited mobility? No

| PROMOTION CRITERIA | |
|---|---|
| **CURRENT YEAR** | |
| ☐ Standard ☐ Modified | |
| **NEXT YEAR** | |
| ☐ Standard ☐ Modified | |

**Parent Concerns:**
Parent reported concerns regarding ▮▮▮ math difficulties and requested a new i-Ready assessment to be conducted with ▮▮▮ Parents

Confidential     NYC_018692

requested the continuation of counseling mandates as per the current IEP along with the continuation of the 24 hour, behavior support para professional and would like to revisit at a later time, current progress ▮▮▮▮ has made before decreasing these supports.

## OTHER OPTIONS CONSIDERED

NYSED-Approved Non Public School - Day

**Reason(s) for Rejection:** NYSED-Approved Non Public School - Day was rejected at this time as ▮▮▮ benefits from the supports of a 24 hour, therapeutic, special education setting in order to address his needs.

**STUDENT NAME:** ▮▮▮ ▮▮▮                                                         **NYC ID:**222729022

**DATE OF IEP MEETING:** 03/05/2024

| ATTENDANCE PAGE |
| --- |

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
| --- | --- | --- |
| **Related Service Provider/Special Education Teacher** | Irina Kaganskaya | Participated by telephone |
| **Parent/Legal Guardian** | ▮▮▮ ▮▮▮ | Participated by telephone |
| **District Representative** | Cindy Caceres | Participated by telephone |
| **Parent, Father** | ▮▮▮▮▮ | Participated by telephone |
| **IEP Coordinator, JRC**<br>**Special Education Teacher, JRC** | Ms. Holland & Mr. Donecker | Participated by telephone |
| **Transition Coordinator, JRC**<br>**Clinician, JRC**<br>**Case Manager, JRC** | Ms. Hanley, Mr. Apinian & Mr. Bonsu | Participated by telephone |

Confidential

NYC_018693