# Diagnostic Results



| | |
|---|---|
| **Subject** | Math |
| **Student** | ███ ███ |
| **Student ID** | 222729022 |
| **Student Grade** | 10 |
| **Diagnostic** | Diagnostic 5 (05/10/24) |

**Key**
- 🟢 Mid or Above Grade Level
- 🟢 Early On Grade Level
- 🟡 One Grade Level Below
- 🔴 Two Grade Levels Below
- 🔴 Three or More Grade Levels Below

## Diagnostic 5





| Overall Math | 🔴 Grade 3 (442) Standard Error +/- 7 |
|---|---|
| **Domain** | **Placement** |
| Number and Operations | 🔴 Grade 3 |
| Algebra and Algebraic Thinking | 🔴 Grade 2 |
| Measurement and Data | 🔴 Grade 4 |
| Geometry | 🔴 Grade 4 |

## Quantile® Performance

| **Quantile® Measure:** | **Quantile Range:** |
|---|---|
| 510Q | 460Q-560Q |

The Lexile® & Quantile® Hub provides educators, parents, and students with easy access to math tools. Discover new and enhanced Quantile tools that support student learning and growth at Hub.Lexile.com

How to use Quantile tools on the Hub 📄

Understanding Quantile measures 📄

## Placement by Domain

Test results indicate that ███ would benefit from intensive intervention focused on skills and concepts related to quantitative reasoning and representation. Instruction that connects understanding of algebraic representation, computation, and problem solving skills will strengthen ███'s math abilities across domains.

### Number and Operations
🔴 Grade 3
**433**

# Diagnostic Results

**i-Ready**

| | |
|---|---|
| **Subject** | Math |
| **Student** | ▮▮▮▮ ▮▮▮▮ |
| **Student ID** | 222729022 |
| **Student Grade** | 10 |
| **Diagnostic** | Diagnostic 5 (05/10/24) |

**Key**
- 🟢 Mid or Above Grade Level
- 🟢 Early On Grade Level
- 🟡 One Grade Level Below
- 🔴 Two Grade Levels Below
- 🔴 Three or More Grade Levels Below

## Developmental Analysis

At placement levels 3-5 this domain addresses four operations with whole numbers with an emphasis on multiplication and division, as well as understanding of and computation with decimals and fractions. Test results indicate that ▮▮▮▮ could benefit from practice using place value to add and subtract within 1,000, review of multiplication and division concepts, and review of basic fraction concepts.

## Can Do

### Base Ten

| |
|---|
| Add three-digit numbers with regrouping. |
| Know multiplication facts through 12 times 12. |

### Fractions

| |
|---|
| Identify fractions (1/2, 1/4, 3/4) as parts of a whole using pictures. |

## Next Steps & Resources for Instruction

### Base Ten

**Round whole numbers to the nearest ten and hundred.**

Round whole numbers to the nearest ten and hundred.

### Tools For Instruction

Rounding to the Nearest Ten or Hundred 📄
Redondear a la decena o a la centena más cercanas 📄

### Additional Resources

**Ready® Common Core Math Instruction**
Or
**Digital access to Ready® through Teacher Toolbox**



Grade 3

Lesson 8: Use Place Value to Round Numbers

# Diagnostic Results 

| | |
|---|---|
| **Subject** | Reading |
| **Student** | ▇▇▇▇ ▇▇▇▇ |
| **Student ID** | 222729022 |
| **Student Grade** | 10 |
| **Diagnostic** | Diagnostic 3 (05/08/24) |

**Key**
- 🟢 *Mid or Above Grade Level*
- 🟢 *Early On Grade Level*
- 🟡 *One Grade Level Below*
- 🔴 *Two Grade Levels Below*
- 🔴 *Three or More Grade Levels Below*

## Diagnostic 3





| Overall Reading | ● Grade 8 (605) Standard Error +/- 11 |
|---|---|
| **Domain** | **Placement** |
| Vocabulary | ● Grade 8 |
| Comprehension: Literature | ● Grade 8 |
| Comprehension: Informational Text | ● Grade 6 |

## Lexile® Performance

| Lexile® Reading Measure: | Lexile Range: |
|---|---|
| **1090L** | 990L–1140L |

The Lexile® Find a Book tool enables you to search for books by grade, interest, and Lexile measure. You can view a book's most challenging words and build a customized reading list. Search for books and see additional Lexile tools now at Hub.Lexile.com

How to use the Lexile Find a Book tool 📄

Understanding Lexile reading measures 📄

## Placement by Domain

Results indicate that ▇▇▇▇ is having some difficulties comprehending text at the high school level. The Vocabulary score indicates that word knowledge is not a contributing factor. ▇▇▇▇ would benefit from targeted instruction in key Comprehension strategies.

### Vocabulary
● Grade 8
**609**

# Diagnostic Results 

| | |
|---|---|
| **Subject** | Reading |
| **Student** | ▬▬▬ ▬▬▬ |
| **Student ID** | 222729022 |
| **Student Grade** | 10 |
| **Diagnostic** | Diagnostic 3 (05/08/24) |

**Key**
- 🟢 Mid or Above Grade Level
- 🟢 Early On Grade Level
- 🟡 One Grade Level Below
- 🔴 Two Grade Levels Below
- 🔴 Three or More Grade Levels Below

## Developmental Analysis

Both word knowledge and word-learning strategies are addressed in this domain. ▬▬▬ should continue to learn additional multiple-meaning words and explore finer shades of meaning among related words. This student will also benefit from reviewing the meaning of common Latin and Greek word roots such as *ast, qui, path, mand/mend, duc/duc* as well as prefixes *a-, ab-, ante-, eu-, hyper-, peri-, sym-* and suffixes *-ite, -logy, -ify, -ancy*. Finally, ▬▬▬ should continue to receive instruction in the meaning of words used in literature and content area texts.

## Can Do

**Use general academic and domain-specific vocabulary.**

Demonstrate knowledge of Grade 6 words used in literary texts, grade-level-appropriate content areas, and other academic contexts.

**Understand word relationships.**

Recognize synonyms and antonyms. Demonstrate understanding of multiple-meaning words, analogies, shades of meaning, and figurative language, such as similes, metaphors, idioms, or allusions.

## Next Steps & Resources for Instruction

**Teach vocabulary used in literary and informational texts. Introduce 10 to 15 new words per week. After reading both literary and informational text with the class, talk about some of the words ▬▬▬ encountered. Ask engaging questions and encourage this student to use new words in a small group discussion.**

**Teach vocabulary used in literary and informational texts.**
Introduce 10 to 15 new words per week. After reading both literary and informational text with the class, talk about some of the words ▬▬▬ encountered. Ask engaging questions and encourage this student to use new words in a small group discussion.

**Teach domain-specific vocabulary.**

- Discuss how some academic words, such as *clarify, convert,* and *sequence,* can be used in different content areas.
- Have ▬▬▬ and other students identify words they use in different subject areas.
- Ask engaging questions and encourage students to use the new words in group discussion and in their writing.

### Tools For Instruction

Verbal Irony 📄
Teach New Word Meanings 📄
Use Context to Find Word Meaning 📄
Use Different Strategies to Figure Out Word Meanings 📄
Use a Dictionary 📄
Verify Word Meanings 📄

### Additional Resources