UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

K.S., *et al.*,

                Plaintiff,

        -v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

------------------------------------------------------------------------ x

**ORDER**

21-cv-04649 (JSR) (SC)
24-cv-03390 (JSR) (SC)

        **SARAH L. CAVE**, United States Magistrate Judge.

        IT IS HEREBY ORDERED that the Principal or other official in charge of Judge Rotenberg Educational Center ("JRC"), 240 Turnpike St, Canton, MA 02021, produce a certified copy of the following documents to defendants at the New York City Law Department, 100 Church Street, New York, NY 10007 and plaintiffs' counsel at The Law Office of Elisa Hyman, P.C., 1115 Broadway, 12th Floor, New York, NY 10010 no later than November 15, 2024:

        Any and all records maintained by JRC from August 2020 through 2024 referencing or relating to D.S. including but not limited to:

- All emails between the New York City Department of Education and JRC concerning D.S;

- All applications submitted to JRC and documents relating to D.S.'s acceptance to JRC;

- All quarterly reports;

- All social work, mental health and medical health records;

- All records or notes relating to counseling, mental health services and/or therapy including but not limited to attendance records;

-2-

- All documents concerning behavior, including behavioral data, behavior reports and behavior-related contracts;

- All records relating to any prescriptions that were either issued or discontinued;

- All records created by or obtained by D.S.'s treatment team since D.S. has attended the program including any documents created by any and all 1-to-1 paraprofessionals and case managers assigned, including 24 hour paraprofessionals;

- All education-related records.

IT IS HEREBY FURTHER ORDERED that these documents may be provided to Plaintiffs' counsel electronically via email, FTP link or other mechanism. IT IS HEREBY FURTHER ORDERED that these documents be marked "Confidential" pursuant to the terms of the attached Protective Order which is attached hereto as Exhibit A.

Dated:  New York, New York
        November 7, 2024

SO ORDERED    November 8, 2024

_____
SARAH L. CAVE
United States Magistrate Judge