UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.S., et al.,<br><br>    Plaintiffs,<br><br>-v-<br><br>City of New York, et al.,<br><br>    Defendants. | CIVIL ACTION NOS. 21 Civ. 4649 (JSR) (SLC)<br>24 Civ. 3390 (JSR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephonic discovery conference held today, November 8, 2024 (the "Conference"), the Court continued to discuss the ongoing discovery disputes referred to the undersigned by the Honorable Jed S. Rakoff.  (See Case No. 21 Civ. 4649, ECF No. 154; Case No. 24 Civ. 3390, ECF No. 37).  As discussed at the Conference:

1. Regarding Defendants' production of documents:

    a. The City Defendants are expected to substantially complete document production by **Friday, November 22, 2024.**

    b. The Foster Care Defendants shall ensure that they have produced the requested documents regarding R.C. today**, November 8, 2024.**

2. The parties shall meet and confer regarding:

    a. Identification of additional policy and procedure documents contained in the City Defendants' production that Plaintiffs' counsel has not yet been able to identify herself.

    b. The date and time of K.S.'s deposition.

    c. Defendants' responses to Plaintiffs' requests for admissions.

   d. The ACS and DoE email custodians and search terms.

3. Regarding Plaintiffs' request for a protective order concerning D.S.'s deposition:

   a. By **Friday, November 15, 2024**, the City Defendants shall file a letter, no longer than three pages, explaining why the accommodations requested in K.S.'s declaration (ECF No. 171-4) are not warranted and why D.S. should be required to travel to New York City to be deposed in person.

   b. By **Wednesday, November 20, 2024**, Plaintiffs shall file a three-page response to the City Defendants' submission, focusing on the legal authority supporting the requested accommodations and protective order.

   c. The Court will discuss the parties' filings during the next conference scheduled below.

4. The City's Letter-Motion for reconsideration of the Court's November 1, 2024 Order (Case No. 21 Civ. 4649, ECF No. 169; Case No. 24 Civ. 3390, ECF No. 55) continues to be held in abeyance pending receipt of Plaintiffs' response, which is due on **Wednesday, November 13, 2024.** (See Case No. 21 Civ. 4649, ECF No. 173; Case No. 24 Civ. 3390, ECF No. 59).

5. A follow-up discovery conference is scheduled for **Friday, November 22, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
         November 8, 2024

SO ORDERED.

*Sarah L. Cave*

2

_____
**SARAH L. CAVE**
**United States Magistrate Judge**