At Part 4 of the Family Court, held in and for the County of Queens at 151-20 Jamaica Avenue, Jamaica, New York, on the 2nd day of July, 2012.

PRESENT: HON: MARGARET P. McGOWEN

-----------------------------------------------------------x

In the Matter of the Application of St. Vincent's
Services for the Custody and Guardianship of

Docket No. B-5073/11

D▮

FINDINGS OF FACT,
CONCLUSIONS OF LAW,
and FINAL
ORDER OF DISPOSITION

A Minor under the age of 18 years of age
pursuant to Section 384-b of the Social
Services Law of the State of New York.

-----------------------------------------------------------x

      St. Vincent's Services, having petitioned this Court for an order transferring and committing the guardianship of the person and custody of D▮ ▮, a minor under the age of 18 years (hereinafter the "child"); the summons and petition having been issued and duly served upon L▮ S▮ a/k/a L▮ S▮, the respondent mother, and said respondent mother having appeared and the Court having assigned The Center for Family Representation by Matthew Wolff; and notice having been given to J▮ S▮, the putative father, who failed to appear: and upon the Commissioner of Social Services of the City of New York; and the Court having appointed The Legal Aid Society by Gweyneth Hesser, Esq., as attorney for the child;

      NOW, the matter having come on for a hearing at Trial Term Part 4 on June 7, 2012 and petitioner having appeared by Magovern & Sclafani by Mary Jane Sclafani, Esq.; and the Commissioner of Social Services having appeared by Notice of Appearance by Gilbert Taylor, Esq., Special Assistant Corporation Counsel, and the

putative father, J███████ S███████ having failed to appear; and The Legal Aid Society by Gweyneth Hesser, Esq. having appeared as attorney for the child; and

NOW, upon all the papers heretofore filed and the proceedings had herein, and due deliberation having been had thereon, it is adjudged by clear and convincing evidence, that:

### FINDINGS OF FACT

FIRST:   D███████ was born on February 27, 2007 and was duly admitted into foster care with the Petitioner on or about September 20, 2006 and has been continuously dependent for care and support on the Petitioner to date.

SECOND:   The mother of the child is L███████ S███████ a/k/a L███████ S███████, who executed a surrender on July 14, 2011 as to the child herein.

THIRD:   The putative father of the child is J███████ S███████, who was given notice and an opportunity to be heard as to the best interests of the child.

FOURTH:   The Petitioner is a corporation duly organized under and by virtue of the laws of the State of New York, located and having its principal offices at 205 Montague Street, Brooklyn, New York 10001 and is an institution approved, visited, inspected and supervised by the State Board of Social Services of the State of New York and is an authorized agency as defined by Section 371 of the Social Services Law of the State of New York.

### CONCLUSIONS OF LAW

FIRST:   There is no other person to whom notice is required or whose consent is required for the adoption of said child, pursuant to Section 111 and 111-a of the Domestic Relations Law of the State of New York.

NOW, it is

ORDERED AND ADJUDGED that the putative father, J█████████ S█████, received notice and opportunity to be heard as to the best interests of the child, and it is further

ORDERED AND ADJUDGED that custody and guardianship are hereby transferred and committed to the Commissioner of Social Services of the City of New York and the Petitioner, St. Vincent's Services with full power and authority to place the child for legal adoption and to consent to the child's legal adoption, subject to the customary order and approval of a court of competent jurisdiction without the consent of or further notice to the putative father; and it is further

ORDERED, that the Petitioner shall give notice to the attorney for the child and the Administration for Children's Services of any further legal proceedings concerning the child; and it is further

ORDERED, that a certified copy of this order be filed in the office of the County Clerk, County of Queens, pursuant to Section 384-b of the Social Services Law of the State of New York.

ENTER:

*[signature]*

**MARGARET PARISI McGOWAN**

NOTICE: PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THIS ORDER TO APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF THE COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OF THE LAW GUARDIAN UP ON THE APPELLANT, WHICHEVER IS EARLIEST.

EXHIBIT B-3