| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | User: AHUGER (Audrey Huger)<br>Document: Assessment Planning | Letter sent today. |
| (Auto) | 11/19/2015 Thu, 09:57 AM, 2015-16<br>User: AHUGER (Audrey Huger)<br>Document: Request for Reevaluation (heartshare st. vincent) | **Request for Reevaluation for D▮▮▮▮ (222729022) Set to Final Status**<br>Status of Request for Reevaluation for D▮▮▮▮ 222729022) changed from draft to final.<br>**Notification sent to:** MCAESAR2 (Michelle Caesar)<br>**Date and Time of Event:** 11/19/2015, **Parent Principal Meeting Scheduled:** No |
| | 09/21/2015 Mon, 08:53 AM, 2015-16<br>User: MCAESAR2 (Michelle Caesar)<br>Document: Waiver of IEP Meeting to Amend IEP | **Waiver of IEP Meeting to Amend IEP: D▮▮▮▮ (222729022)**<br>Upon review of IEP it was found that a program was not completed, therefore the student do not have a special education placement. An amendment will have to be scheduled to add the program. In addition, it also seems that counseling was also not included as part of the student's services.<br>**Notification sent to:** DNEWTON3 (Desni Newton Zanders); IAULT (Ingrid Ault); CAULT (Cheryl Ault)<br>**Date and Time of Event:** 09/21/2015, 08:50 AM |
| (Auto) | 04/27/2015 Mon, 08:21 AM, 2014-15<br>User: GMOSELEY (Gwendolyn Moseley)<br>Document: Prior Notice Package for Placement | **Prior Notice Package for Placement for D▮▮▮▮ (222729022) Set to Final Status**<br>Status of Prior Notice Package for Placement for D▮▮▮▮ 222729022) changed from draft to final.<br>**Date and Time of Event:** 04/27/2015, **Parent Principal Meeting Scheduled:** No |
| | 04/27/2015 Mon, 08:15 AM, 2014-15<br>User: GMOSELEY (Gwendolyn Moseley)<br>Document: Prior Notice Package for Placement | **'Prior Notice Package for Placement' sent for D▮▮▮▮ (222729022)**<br>Letter sent today. |
| (Auto) | 04/27/2015 Mon, 08:13 AM, 2014-15<br>User: GMOSELEY (Gwendolyn Moseley) | **Individualized Education Program (IEP) for D▮▮▮▮ (222729022) Set to Final Status**<br>Status of Individualized Education Program (IEP) for D▮▮▮▮ 222729022) changed from review to final. |

**CONFIDENTIAL**     NYC_005389                    EXHIBIT C-1

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | Document: Individualized Education Program (IEP) | **Date and Time of Event**: 04/27/2015, **Parent Principal Meeting Scheduled**: No |
| (Auto) | **04/27/2015 Mon, 08:13 AM, 2014-15** User: GMOSELEY (Gwendolyn Moseley) Document: Individualized Education Program (IEP) | **Individualized Education Program (IEP) for D███████ (222729022) Set to Review Status** Status of Individualized Education Program (IEP) for D███████ 222729022) changed from draft to review. **Date and Time of Event**: 04/27/2015, **Parent Principal Meeting Scheduled**: No |
| | **04/21/2015 Tue, 10:37 AM, 2014-15** User: GMOSELEY (Gwendolyn Moseley) Document: Notice of IEP Meeting | **'Notice of IEP Meeting: Reevaluation/Annual Review' sent for D███████ 222729022)** Letter sent today. |
| (Auto) | **04/21/2015 Tue, 10:37 AM, 2014-15** User: GMOSELEY (Gwendolyn Moseley) Document: Notice of IEP Meeting | **Notice of IEP Meeting for D███████ (222729022) Set to Final Status** Status of Notice of IEP Meeting for D███████ (222729022) changed from draft to final. **Date and Time of Event**: 04/21/2015, **Parent Principal Meeting Scheduled**: No |
| (Auto) | **12/22/2014 Mon, 11:53 PM, 2014-15** User: DNEWTON3 (Desni Newton Zanders) Document: Individualized Education Program (IEP) (Revision) | **Individualized Education Program (IEP) for D███████ (222729022) Set to Final Status** Status of Individualized Education Program (IEP) for D███████ 222729022) changed from draft to final. **Date and Time of Event**: 12/22/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | **12/21/2014 Sun, 12:59 PM, 2014-15** User: DNEWTON3 (Desni Newton Zanders) Document: Waiver of IEP Meeting to Amend IEP | **Waiver of IEP Meeting to Amend IEP for D███████ (222729022) Set to Final Status** Status of Waiver of IEP Meeting to Amend IEP for D███████ 222729022) changed from draft to final. **Date and Time of Event**: 12/21/2014, **Parent Principal Meeting Scheduled**: No |
| | **12/09/2014 Tue, 12:32 PM, 2014-15** User: DMCMILLAN4 (Deborah McMillan Harvey) | **'Waiver of IEP Meeting to Amend IEP' sent for D███████ 222729022)** Letter sent today. |

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | Document: Waiver of IEP Meeting to Amend IEP | |
| (Auto) | **06/09/2014 Mon, 04:10 PM, 2013-14** User: JBART3 (James Bart) Document: Authorization to Attend | **Authorization to Attend for D▮▮▮▮ (222729022) Set to Final Status** Status of Authorization to Attend for D▮▮▮▮ ▮▮▮▮ 222729022) changed from draft to final. **Notification sent to:** RGREENFELD (Rachel Greenfeld); THECTOR (Tanyia Hector); FWATSON5 (Felisa Watson) **Date and Time of Event**: 06/09/2014, **Parent Principal Meeting Scheduled**: No |
| | **06/09/2014 Mon, 04:07 PM, 2013-14** User: JBART3 (James Bart) Document: Authorization to Attend | **'Authorization to Attend' sent for D▮▮▮▮ ▮▮▮▮(222729022)** Letter sent today. **Notification sent to:** RGREENFELD (Rachel Greenfeld); THECTOR (Tanyia Hector); FWATSON5 (Felisa Watson) **Date and Time of Event**: 06/02/2014, 04:06 PM |
| | **06/09/2014 Mon, 03:58 PM, 2013-14** User: JBART3 (James Bart) Document: Prior Notice Package for Placement | **'Prior Notice Package for Placement' sent for D▮▮▮▮ ▮▮▮▮ 222729022)** Letter sent today. **Notification sent to:** THECTOR (Tanyia Hector); RGREENFELD (Rachel Greenfeld) **Date and Time of Event**: 06/09/2014, 03:58 PM |
| | **06/03/2014 Tue, 02:01 PM, 2013-14** User: RGREENFELD (Rachel Greenfeld) Document: Prior Notice Package for Placement | **'Prior Notice Package for Placement' sent for D▮▮▮▮ ▮▮▮▮ 222729022)** Letter sent today. |
| (Auto) | **06/03/2014 Tue, 02:01 PM, 2013-14** User: RGREENFELD (Rachel Greenfeld) Document: Prior Notice Package for Placement | **Prior Notice Package for Placement for D▮▮▮▮ ▮▮▮▮ (222729022) Set to Final Status** Status of Prior Notice Package for Placement for D▮▮▮▮ ▮▮▮▮ 222729022) changed from draft to final. **Date and Time of Event**: 06/03/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | **06/03/2014 Tue, 01:57 PM, 2013-14** | **Individualized Education Program (IEP) for D▮▮▮▮ ▮▮▮▮(222729022) Set to Final Status** |

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | User: RGREENFELD (Rachel Greenfeld) Document: Individualized Education Program (IEP) | Status of Individualized Education Program (IEP) for D█████ (222729022) changed from draft to final. **Notification sent to:** DOVEREEM (Darlene Overeem); THECTOR (Tanyia Hector); FWATSON5 (Felisa Watson); JDASILVA3 (Janine Dasilva); YGARCIA14 (Yudelka Ramirez); AHOOKS (Anthony Hooks) **Date and Time of Event**: 06/03/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | 05/27/2014 Tue, 11:47 AM, 2013-14 User: RGREENFELD (Rachel Greenfeld) Document: Documents Related to Assessment (Transfer of Custody) | **Documents Related to Assessment for D█████ (222729022) Set to Final Status** Status of Documents Related to Assessment for D█████ (222729022) changed from draft to final. **Date and Time of Event**: 05/27/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | 05/09/2014 Fri, 08:29 AM, 2013-14 User: RGREENFELD (Rachel Greenfeld) Document: Assessment Planning | **Assessment Planning for D█████ (222729022) Set to Final Status** Status of Assessment Planning for D█████ (222729022) changed from draft to final. **Date and Time of Event**: 05/09/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | 05/08/2014 Thu, 03:50 PM, 2013-14 User: RGREENFELD (Rachel Greenfeld) Document: Psychoeducational | **Psychoeducational for D█████ (222729022) Set to Final Status** Status of Psychoeducational for D█████ (222729022) changed from draft to final. **Date and Time of Event**: 05/08/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | 05/08/2014 Thu, 02:33 PM, 2013-14 User: RGREENFELD (Rachel Greenfeld) Document: Generic (for all other assessments) (Social History Update) | **Generic (for all other assessments) for D█████ (222729022) Set to Final Status** Status of Generic (for all other assessments) for D█████ 222729022) changed from draft to final. **Date and Time of Event**: 05/08/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | 05/08/2014 Thu, 11:22 AM, 2013-14 User: JSAVASTANO2 (Janine Savastano) | **Progress Report for D█████ 222729022) Set to Final Status** Status of Progress Report for D█████ (222729022) changed from draft to final. |

**CONFIDENTIAL**   NYC_005392   EXHIBIT C-4

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | Document: Progress Report (Counseling May 2014) | **Date and Time of Event**: 05/08/2014, **Parent Principal Meeting Scheduled**: No |
| | **05/02/2014 Fri, 11:46 AM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Notice of IEP Meeting | **'Notice of IEP Meeting: Reevaluation/Annual Review' sent for D▓▓▓▓▓▓ 222729022)** Letter sent today. |
| (Auto) | **05/02/2014 Fri, 11:46 AM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Notice of IEP Meeting | **Notice of IEP Meeting for D▓▓▓▓▓ (222729022) Set to Final Status** Status of Notice of IEP Meeting for D▓▓▓▓▓ (222729022) changed from draft to final. **Date and Time of Event**: 05/02/2014, **Parent Principal Meeting Scheduled**: No |
| | **05/02/2014 Fri, 10:18 AM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓▓ 222729022) School psychologist and Ms. Edwards (case worker) attempted to reach Ms. M▓▓▓▓ about the meeting for next Friday 5/9/14. Both individuals were not able to reach her. Meeting will take place on 5/9/14 and both school psychologist and Ms. Edwards will make follow up phone calls to try to reach Ms. M▓▓▓▓ **Date and Time of Event**: 05/02/2014, 10:15 AM, **Process Type**: IEP, **Process Stage**: Reevaluation, **Response Type**: Parent did not answer phone call, **Log Type**: Phone Call |
| | **05/02/2014 Fri, 10:16 AM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓▓ (222729022) Ms. M▓▓▓ contacted Nichole Edwards (case worker) and indicated that she is going to be out of town and will not be able to make the meeting, and asked if the meeting be rescheduled. Ms. Edwards contacted school psychologist, and it was decided that Friday 5/9/14 will be an appropriate date for the meeting. School psychologist attempted to call Ms. M▓▓▓▓ o see whether she will attend the meeting. Ms. M▓▓▓ voicemail was full so a message was not left on the voicemail. School psychologist will attempt to make another phone call tomorrow. **Date and Time of Event**: 05/01/2014, 02:30 PM, **Process Type**: IEP, **Process Stage**: Reevaluation, |

**CONFIDENTIAL**     NYC_005393     EXHIBIT C-5

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | | **Response Type**: Parent did not answer phone call, **Log Type**: Phone Call |
| | 04/30/2014 Wed, 01:17 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Notice of IEP Meeting | **'Notice of IEP Meeting: Reevaluation/Annual Review' sent for D█████████ 222729022)**<br>Letter sent today via mail and a copy was put in D████' book bag.<br>**Date and Time of Event**: 04/30/2014, 01:17 PM, **Process Type**: IEP, **Process Stage**: Reevaluation, **Response Type**: Other |
| (Auto) | 04/30/2014 Wed, 01:16 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Notice of IEP Meeting | **Notice of IEP Meeting for D█████████ (222729022) Set to Final Status**<br>Status of Notice of IEP Meeting for D█████████ (222729022) changed from draft to final.<br>**Date and Time of Event**: 04/30/2014, **Parent Principal Meeting Scheduled**: No |
| (Auto) | 04/24/2014 Thu, 06:00 PM, 2013-14<br>User: RERRICO (Rosa Errico)<br>Document: Speech and Language | **Speech and Language for D█████████ (222729022) Set to Final Status**<br>Status of Speech and Language for D█████████ (222729022) changed from draft to final.<br>**Notification sent to:** LCALLIS (Lesley Calliste); EGUILBA (Eric Guilbaud)<br>**Date and Time of Event**: 04/24/2014, **Parent Principal Meeting Scheduled**: No |
| | 04/08/2014 Tue, 04:18 PM, 2013-14<br>User: KFERNANDEZ4 (Keila Fernandez)<br>Document: Assessment Planning | **'Appointment Letter' sent for D█████████ (222729022)**<br>Parent walked in. Without appointment letter. |
| | 04/03/2014 Thu, 03:27 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | D█████████ 222729022)<br>Another appointment (final appointment) was scheduled for D████ speech/language evaluation. It will be on 4/8/14 at 4PM. Ms. Edwards stated she will be taking him to the evaluation.<br>**Date and Time of Event**: 04/03/2014, 02:00 PM |
| | 04/03/2014 Thu, 01:14 PM, 2013-14<br>User: JSAVASTANO2 (Janine Savastano) | D█████████ 222729022)<br>Mrs. DaSilva and Dr. Greenfeld contacted caseworker Ms. Edwards from St. Vincent's Foster Agency. We notified her that the speech evaluation appointment was missed on April 1, 2014. |

**CONFIDENTIAL**   NYC_005394   EXHIBIT C-6

| Event Date/User/Document | Subject/Description |
|---|---|
| | 718-522-3700 ext 3257<br>This is the second appointment missed.<br>**Date and Time of Event**: 04/03/2014, 01:00 PM, **Process Type**: Evaluation, **Process Stage**: Reevaluation, **Response Type**: Other, **Log Type**: Phone Call, **Meeting Type**: Other |
| 04/01/2014 Tue, 01:09 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓ 222729022)<br>School psychologist called Ms. M▓▓ to remind her of the appointment this afternoon. Could not leave a message because the voicemail was full.<br>**Date and Time of Event**: 04/01/2014, 12:45 PM |
| 03/27/2014 Thu, 02:18 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Assessment Planning | **Assessment Planning: D**▓▓▓▓▓ **(222729022)**<br>Letter for speech appointment was put in D▓▓ bookbag. In addition, school psychologist called Ms. M▓▓ and left a voice message for her regarding the Speech/Language Evaluation on April 1st.<br>**Date and Time of Event**: 03/27/2014, 01:30 PM, **Process Type**: Evaluation, **Process Stage**: Reevaluation, **Response Type**: Left message on answering machine, **Log Type**: Phone Call |
| 03/15/2014 Sat, 12:56 PM, 2013-14<br>User: KFERNANDEZ4 (Keila Fernandez)<br>Document: Assessment Planning | **'Appointment Letter' sent for D**▓▓▓▓▓ **(222729022)**<br>Second and final appointment letter sent today.<br>**Notification sent to:** RGREENFELD (Rachel Greenfeld); MDESIMONE (Maria DeSimone); RERRICO (Rosa Errico); JAHAMED (Jareena Ahamed); AHOOKS (Anthony Hooks); YMARRERO3 (Yvette Marrero) |
| 03/12/2014 Wed, 02:38 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓ 222729022)<br>School psychologist called Ms. M▓▓ and left a voice message on her machine. Discussed speech/language evaluation.<br>**Date and Time of Event**: 03/12/2014, 02:35 PM, **Process Type**: Evaluation, **Process Stage**: Reevaluation |
| 03/05/2014 Wed, 10:49 AM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓ 222729022)<br>School psychologist attempted to contact Ms. M▓▓ to remind her of the speech evaluation tomorrow. Ms. M▓▓'s voice mailbox was full and school psychologist could not leave a message. Copy of |

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | | appointment letter was sent with D▓▓▓ n his bookbag. School psychologist also called the agency and left a message with Mr. Olufemi.<br>**Date and Time of Event**: 03/05/2014, 10:30 AM, **Response Type**: Parent did not answer phone call, **Log Type**: Phone Call |
| | **02/28/2014 Fri, 05:00 PM, 2013-14**<br>User: JGERACI4 (Joy Geraci) | **Revision:** D▓▓▓▓▓▓▓▓▓▓▓▓ 222729022)<br>Revision: Speech request has been submitted for evaluation at per-session.<br>**Notification sent to:** RGREENFELD (Rachel Greenfeld) |
| | **02/26/2014 Wed, 11:57 AM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓▓▓▓▓▓▓▓ (222729022)<br>FBA meeting held. In attendance were Ms. Ahamed (teacher), Dr. Greenfeld (school psychologist), Ms. DaSilva (guidance counselor).<br>**Date and Time of Event**: 02/26/2014, 11:00 AM |
| | **02/25/2014 Tue, 02:43 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓▓▓▓▓▓▓▓ (222729022)<br>Assistant principal left a message for Ms. M▓▓▓ FBA meeting is to be held on Wednesday February 26th at 11:05AM.<br>**Date and Time of Event**: 02/14/2014, **Response Type**: Left message on answering machine, **Log Type** Phone Call |
| | **02/25/2014 Tue, 02:41 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▓▓▓▓▓▓▓▓▓▓▓▓ 222729022)<br>School psychologist left message for Ms. M▓▓▓ regarding scheduling an FBA meeting. Left a message.<br>**Date and Time of Event**: 02/11/2014, **Response Type**: Left message on answering machine, **Log Type** Phone Call |
| | **02/15/2014 Sat, 01:12 PM, 2013-14**<br>User: KFERNANDEZ4 (Keila Fernandez)<br>Document: Assessment Planning | **'Appointment Letter' sent for** D▓▓▓▓▓▓▓▓▓▓▓▓ **(222729022)**<br>Letter sent today.<br>**Notification sent to:** RGREENFELD (Rachel Greenfeld); RERRICO (Rosa Errico); AHOOKS (Anthony Hooks); YMARRERO3 (Yvette Marrero) |
| | **02/11/2014 Tue, 02:06 PM, 2013-14**<br>User: JGERACI4 (Joy Geraci) | D▓▓▓▓▓▓▓▓▓▓▓▓ (222729022)<br>Speech request has been submitted for evaluation at per-session.<br>**Notification sent to:** EGUILBA (Eric Guilbaud) |

| Event Date/User/Document | Subject/Description |
|---|---|
| 02/06/2014 Thu, 04:15 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | **D▓▓▓▓▓▓▓▓ 222729022)**<br>School psychologist requested for speech/language evaluation to be completed through per session. D▓▓▓ was screened in school, and a full evaluation is warranted to determine whether he would require speech/language services at this time.<br>**Date and Time of Event**: 01/15/2014 |
| 02/06/2014 Thu, 04:14 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | **D▓▓▓▓▓▓▓▓(222729022)**<br>School psychologist receive paperwork from agency regarding transfer of custody.<br>**Date and Time of Event**: 01/14/2014 |
| 02/06/2014 Thu, 04:12 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | **D▓▓▓▓▓▓▓▓(222729022)**<br>School psychologist spoke with Supervisor of School Psychologists. As this is a reevaluation, and several outreach attempts have been recorded, once we receive the paperwork from the agency, it was stated that testing can process since this is a reevaluation. School psychologist will make another outreach attempt to the agency.<br>**Date and Time of Event**: 01/07/2014 |
| (Auto) 01/31/2014 Fri, 01:08 PM, 2013-14<br>User: MDESIMONE (Maria DeSimone)<br>Document: *Speech and Language Deleted* | **Deleted for D▓▓▓▓▓▓▓▓222729022)**<br>Deleted Draft for D▓▓▓▓▓▓▓▓222729022)<br>**Date and Time of Event**: 01/31/2014, **Parent Principal Meeting Scheduled** No |
| 01/16/2014 Thu, 03:11 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Assessment Planning | **Assessment Planning: D▓▓▓▓▓▓▓▓ (222729022)**<br>Passive consent obtained, as other events indicate. As per SESIS helpdesk, all events for consents should be linked to the "consent for additional addessments". This event links previous events to this document.<br>**Date and Time of Event**: 01/15/2014, **Response Type**: Left message on answering machine, **Log Type**: Phone Call |
| 01/15/2014 Wed, 02:00 PM, 2013-14<br>User: RGREENFELD (Rachel Greenfeld) | **Assessment Planning: D▓▓▓▓▓▓▓▓ (222729022)**<br>Parent called.<br>**Response Type**: Spoke with parent, **Log Type** Phone Call |

**CONFIDENTIAL**   NYC_005397   EXHIBIT C-9

| Event Date/User/Document | Subject/Description |
|---|---|
| Document: Assessment Planning | |
| **01/15/2014 Wed, 12:03 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Assessment Planning | **Assessment Planning: D▮▮▮▮▮▮▮▮▮ (222729022)**<br>School psychologist attempted to call Ms. M▮▮▮ n three separate occasions to complete a social history update, discuss being a surrogate parent, and obtain consent.<br>11/15/13, Ms. M▮▮▮ tated she will call back.<br>11/18/13, school psychologist called and left a message to schedule a meeting for sometime this week.<br>11/20/13, school psychologist left a message for Ms. M▮▮▮ |
| **01/15/2014 Wed, 12:00 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▮▮▮▮▮▮▮▮▮ (222729022)<br>School psychologist and Assistant Principal met with Ms. M▮▮▮. Ms. M▮▮▮ stated that she is not comfortable with becoming a serrogate parent and suggested we contact the agency. School psychologist is still waiting for paperwork from the agency that states that Ms. M▮▮▮ is D▮▮▮ pre-adoptive parent.<br>**Date and Time of Event**: 12/19/2013, 09:00 AM |
| **12/18/2013 Wed, 11:52 AM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▮▮▮▮▮▮▮▮▮ (222729022)<br>Ms. Hector, Assistant Principal and Dr. Greenfeld, School Psychologist, spoke with Ms. M▮▮▮. Ms. M▮▮▮ was unable to make it to the appointment today. Appointment was rescheduled for tomorrow 12/19/13 at 8:30AM.<br>**Date and Time of Event**: 12/18/2013, 09:50 AM, **Process Type**: Evaluation, **Process Stage**: Reevaluation, **Response Type**: Spoke with parent |
| **12/18/2013 Wed, 10:11 AM, 2013-14**<br>User: THECTOR (Tanyia Hector) | D▮▮▮▮▮▮▮▮▮ (222729022)<br>Tanyia Hector, assistant principal called Ms. M▮▮▮ the foster parent of D▮▮▮▮▮▮▮▮▮ at 10: 15 AM on December 16, 2013 because she did not come in for the scheduled appointment. The appointment was scheduled for Monday, December 16, 2013. Ms. M▮▮▮ stated that she thought the appointment was Wednesday, December 18, 2013 at 9:00 AM. We then rescheduled for Wednesday at 9:00 AM. |

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | | **Date and Time of Event**: 12/16/2013, 10:15 AM, **Process Type**: Evaluation, **Process Stage**: Reevaluation, **Response Type**: Spoke with parent, **Log Type**: Phone Call |
| | 12/16/2013 Mon, 11:20 AM, 2013-14 User: RGREENFELD (Rachel Greenfeld) | D█████████(222729022) Ms. M████ did not show up to second appointment for Social History Update. **Date and Time of Event**: 12/16/2013, 09:00 AM |
| | 12/16/2013 Mon, 11:20 AM, 2013-14 User: RGREENFELD (Rachel Greenfeld) | D█████████(222729022) Another appointment for social history update was made for 12/16/13 at 9:00AM. Ms. M████ was sent a letter with D████ and via postal mail (certified return receipt). Ms. M████ was called on 12/13/13 to confirm the appointment for 12/16/13. School psychologist and Ms. Hector (Assistant Principal) spoke with Ms. M████. Ms. M████ stated that she will be coming. **Date and Time of Event**: 12/13/2013, 01:00 PM |
| | 12/06/2013 Fri, 09:10 AM, 2013-14 User: RGREENFELD (Rachel Greenfeld) Document: Notice of Social History (Social history update) | **'Notice of Social History Meeting' sent for** D█████ █████ **(222729022)** Letter sent today. **Date and Time of Event**: 12/06/2013, 09:10 AM |
| (Auto) | 12/06/2013 Fri, 09:10 AM, 2013-14 User: RGREENFELD (Rachel Greenfeld) Document: Notice of Social History (Social history update) | **Notice of Social History for** D█████████ **(222729022) Set to Final Status** Status of Notice of Social History for D█████████ (222729022) changed from draft to final. This is second appointment for social history update. Ms. M████ did not attend the first appointment. **Date and Time of Event**: 12/06/2013, **Parent Principal Meeting Scheduled**: No |
| | 12/03/2013 Tue, 01:38 PM, 2013-14 User: RGREENFELD (Rachel Greenfeld) | D█████████(222729022) Ms. M████ did not show up to the social history update meeting. School psychologist called Ms. M████ with Ms. Hector (Assistant Principal) to follow up. Message was left on (347)866-2561 to call school psychologist back. School psychologist also stated that another appointment for social history update will be made. |

| Event Date/User/Document | Subject/Description |
|---|---|
| | **Date and Time of Event**: 12/03/2013, 10:30 AM |
| **12/03/2013 Tue, 01:34 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▇▇▇▇▇▇▇ 222729022)<br>School psychologist sent notice for social history update. Letter was sent via mail and letter was given to the teacher. D▇▇ was not in today, so teacher stated that she will put it in his book bag tomorrow. School psychologist also called Ms. M▇▇ and left her a message letting her know of the social history update meeting that will take place next week.<br>**Date and Time of Event**: 11/26/2013 |
| **12/03/2013 Tue, 01:31 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▇▇▇▇▇▇▇(222729022)<br>School psychologist called Ms. M▇▇ and spoke to her briefly. Ms. M▇▇ asked that school psychologist call her back.<br>**Date and Time of Event**: 11/25/2013 |
| **11/26/2013 Tue, 01:46 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld)<br>Document: Notice of Social History (Social history update) | **'Notice of Social History Meeting' sent for D▇▇▇▇▇▇▇ (222729022)**<br>Letter sent today. |
| **11/25/2013 Mon, 02:23 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▇▇▇▇▇▇▇(222729022)<br>As per supervisor of school psychologists, surrogate parent should be sought. School psychologist attempted to call Ms. M▇▇ on three separate occasions to complete a social history update, discuss being a surrogate parent, and obtain consent. 11/15/13, Ms. M▇▇ stated she will call back. 11/18/13, school psychologist called and left a message to schedule a meeting for sometime this week.<br>11/20/13, school psychologist left a message for Ms. M▇▇.<br>**Date and Time of Event**: 11/20/2013 |
| **11/25/2013 Mon, 02:16 PM, 2013-14**<br>User: RGREENFELD (Rachel Greenfeld) | D▇▇▇▇▇▇▇(222729022)<br>School psychologist spoke with Mr. Olasemy, case worker for D▇▇ at St. Vincent's Cervices in order to get additional information for D▇▇ guardianship information. According to Mr. Olasemy, parents' |

**CONFIDENTIAL**       NYC_005400       EXHIBIT C-12



# NYC Department of Education

Date: 11/19/2015

Student Name: ▓▓▓▓ ▓▓▓▓▓▓▓▓

NYC ID: ▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓▓

Dear J▓▓▓▓ A▓▓▓▓

After a review of ▓▓▓▓ ▓▓▓▓▓▓▓▓ current educational and evaluation information, it has been determined that additional assessments are required as part of a requested reevaluation or mandated three-year-evaluation. The assessment process may include a psycho-educational evaluation, a classroom observation, and other appropriate assessments or evaluations as necessary to determine your child's educational needs.

The nature and purpose of each of these assessments is to provide important information about whether or not your child continues to have an educational disability and the continued need for special education and related services, if your child continues to require special education services, these assessments will provide important information regarding your child's present levels of performance, and whether modification to your child's Individualized Education Program (IEP) are necessary.

If you consent to the assessment process, check the box below and provide your signature below. Retain a copy for your records and return to us in the enclosed envelope.

☒ I give my consent for new testing and assessments to be given to my child, as described above
☒ I do not give my consent for new testing and assessments to be given to my child, as described above.

_Lydia King_ / Parent/Signature

Date: 12/15/2015

Print Name: Lydia King, consento-

If you have private evaluation material which may assist the IEP Team, please send or bring the information to:

~~75K004: P.S. K004~~ P-81
~~530 Stanley Avenue~~ 990 Dekalb Ave
~~Brooklyn, NY 11207~~ Brooklyn, NY 11221

If you would like specific assessments to be conducted, please immediately contact:

Michelle Caesar — Name

718-498-6680 — Phone

<u>Please Note:</u> If you do not respond to this letter by 12/03/2015, we will attempt to contact you by phone. If you do not reply, the IEP Team will conduct the necessary evaluations without written consent. You will be invited to participate in all future planning meetings regarding the education of your child.

EXHIBIT C-13

Assessment Planning

# NYC Department of Education

Date: 09/22/2016

Student Name: ▉▉▉▉ ▉▉▉▉▉▉▉

NYC ID: ▉▉▉▉▉▉▉

DOB: ▉▉▉▉▉▉▉

Dear ▉▉▉▉ P▉▉▉▉▉

After a review of ▉▉▉▉ ▉▉▉▉▉▉▉ current educational and evaluation information, it has been determined that additional assessments are required as part of a requested reevaluation or mandated three-year-evaluation. The assessment process may include a psycho-educational evaluation, a classroom observation, and other appropriate assessments or evaluations as necessary to determine your child's educational needs.

The nature and purpose of each of these assessments is to provide important information about whether or not your child continues to have an educational disability and the continued need for special education and related services. If your child continues to require special education services, these assessments will provide important information regarding your child's present levels of performance, and whether modification to your child's Individualized Education Program (IEP) are necessary.

If you consent to the assessment process, check the box below and provide your signature below. Retain a copy for your records and return to us in the enclosed envelope.

[✓] I give my consent for new testing and assessments to be given to my child, as described above
[ ] I do not give my consent for new testing and assessments to be given to my child, as described above.

Parent Signature: _[signature]_       Date: 10/20/2016

Print Name: Lydia King

If you have private evaluation material which may assist the IEP Team, please send or bring the information to:

75K036: P.S. 36
2045 ~~LINDEN BOULEVARD~~   4715 18th Avenue
~~BROOKLYN, NY 11207~~    Brooklyn, NY 11204

If you would like specific assessments to be conducted, please immediately contact:

Name: Sindy Ocampo          Phone: ~~718-272-6485~~ 633-3061 ext 5023

**Please Note:** If you do not respond to this letter by 10/07/2016, we will attempt to contact you by phone. If you do not reply, the IEP Team will conduct the necessary evaluations without written consent. You will be invited to participate in all future planning meetings regarding the education of your child.

EXHIBIT C-14

Individualized Education Program (IEP) for D████ ████████                                                Page 1 of 1

**STUDENT NAME:** D████ ████████  
**DATE OF IEP:** ████████  
**NYC** ████████

| ATTENDANCE PAGE | | |
|---|---|---|
| PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM. | | |
| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
| Related Service Provider/Special Education Teacher | Elnora Mitchel Kennedy | *Elnora Kennedy* |
| Parent/Legal Guardian | ████ P████ | |
| District Representative | Sindy Ocampo | *[signature]* |
| Speech Therapist | Valerie Aliffi | *[signature]* |
| School Psychologist (Bilingual) | Sindy Ocampo | *[signature]* |
| Social Worker | Beatrice Segal | *[signature]* |
| Other: *Lydia King* | HeartShare Supervisor Foster Care Agency | (718) 522-3700 |

01/26/2017  15:42    7188718721                                                    PAGE  02/02

Individualized Education Program (IEP) for
Case 1:21-cv-04649-JSR-SLC   Document 179-3   Filed 11/13/24   Page 16 of 17 Page 1 of 1

**STUDENT NAME:** D████████  
**DATE OF IEP** ████████  
**NYC ID:** ████████

## ATTENDANCE PAGE

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
|---|---|---|
| Related Service Provider/Special Education Teacher | Elnora Mitchel Kennedy | /s/ Elnora Kennedy |
| Parent/Legal Guardian (Participated by telephone) | C██████ P██████ | [redacted] |
| District Representative | Sindy Ocampo | /s/ |
| School Psychologist (Bilingual) | Sindy Ocampo | /s/ |
| Social Worker | Beatrice Segal | /s/ Beatrice Segal |
| Speech Therapist | Frank LoRusso | /s/ Frank LoRusso |
| Other: HeartShare St. Vincents | Janel Clarke | /s/ Janel Clarke |
| Other: | | |

EXHIBIT C-16

| | Event Date/User/Document | Subject/Description |
|---|---|---|
| | User: MCAESAR2 (Michelle Caesar) | regarding social history meeting over the phone on 12/23/15 @11:30 am<br>**Date and Time of Event**: 12/21/2015, 01:25 PM |
| | **12/16/2015 Wed, 09:50 AM, 2015-16**<br>User: AHUGER (Audrey Huger)<br>Document: Notice of IEP Meeting | **'Notice of IEP Meeting: Reevaluation/Annual Review' sent for** ▇▇▇▇ ▇▇▇▇ **222729022)**<br>Letter sent today. |
| (Auto) | **12/16/2015 Wed, 09:50 AM, 2015-16**<br>User: AHUGER (Audrey Huger)<br>Document: Notice of IEP Meeting | **Notice of IEP Meeting for** ▇▇▇▇ ▇▇▇▇ **(222729022) Set to Final Status**<br>Status of Notice of IEP Meeting for ▇▇▇▇ ▇▇▇▇ (222729022) changed from draft to final.<br>**Notification sent to:** MCAESAR2 (Michelle Caesar); JMENDLOWITZ (Jonathan Mendlowitz); IAULT (Ingrid Ault)<br>**Date and Time of Event**: 12/16/2015, **Parent Principal Meeting Scheduled**: No |
| (Auto) | **12/16/2015 Wed, 09:06 AM, 2015-16**<br>User: AHUGER (Audrey Huger)<br>Document: *Notice of IEP Meeting Deleted* | **Deleted for** ▇▇▇▇ ▇▇▇▇ **(222729022)**<br>Deleted Draft for ▇▇▇▇ ▇▇▇▇ (222729022)<br>**Date and Time of Event**: 12/16/2015, **Parent Principal Meeting Scheduled**: No |
| | **12/03/2015 Thu, 12:56 PM, 2015-16**<br>User: MCAESAR2 (Michelle Caesar)<br>Document: Assessment Planning | **'Consent for Additional Assessments' sent for** ▇▇▇▇ ▇▇▇▇ **(222729022)**<br>Letter sent today to agency for signature. Foster parent signed and was not supposed to. Agency has rights to sign. . |
| (Auto) | **11/23/2015 Mon, 11:39 AM, 2015-16**<br>User: MCAESAR2 (Michelle Caesar)<br>Document: *Individualized Education Program (IEP) Deleted* | **Deleted for** ▇▇▇▇ ▇▇▇▇ **(222729022)**<br>Deleted Draft for ▇▇▇▇ ▇▇▇▇ (222729022)<br>**Date and Time of Event**: 11/23/2015, **Parent Principal Meeting Scheduled**: No |
| | **11/19/2015 Thu, 09:58 AM, 2015-16** | **'Consent for Additional Assessments' sent for** ▇▇▇▇ ▇▇▇▇ **(222729022)** |