**Family Services
Progress Notes**

CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

**Case Name:** ▮▮▮▮,D▮▮▮    **Case ID:** 25480849

Ms. B▮▮▮ states that her only concerns are on receiving the proper treatment for D▮▮▮ and D▮▮▮. She states that their behavioral issues are interfering with her work and that they need to receive treatment. Ms. B▮▮▮ states that she will follow up with her caseworker supervisor about her concerns when she brings D▮▮▮ to his appointment.

*********************************************End of Note*********************************************

| | | |
|---|---|---|
| **Event Date:** 12/23/2013 | **Event Time:** 5:00 PM | **Duration:** |
| **Entry Date:** 1/7/2014 | **Dist.Agy:** B04 | **Note Status:** Final |
| **Author:** Edwards, Nichole | | **Entered By:** Edwards,Nichole |
| **Method:** Face To Face | | |
| **Location:** Foster Home | | |
| **Type(s):** Casework Contact | | |
| **Purpose(s):** Case Planning | | |
| **Other Participant(s):** Foster/Adoptive Parent | | |
| **Family Participant(s):** ▮▮▮▮,D▮▮▮ | | |
| **Focus:** ▮▮▮▮,D▮▮▮ | | |

**Progress Notes Narrative:**

Foster/Adoptive Home visit

Purpose: Introduce new adoption worker, follow up on needed documents for adoption, assess for safety, support family, deliver holiday gift cards.

Home Observation:

The family resides in a small private home in the South Jamaica area of Queens. As you enter the home you walk into the living room area. The room is furnished with a love seat and various children's toys. CW Edwards observed a Christmas tree on the left wall of the living room. On the right wall was the entrance to the basement. FP Mrs. M▮▮▮ reported that her daughter's bedroom is in the basement. As you pass through the living room toward the rear of the house is the kitchen. CW Edwards noticed that the kitchen appeared a bit cluttered. FP Mrs. M▮▮▮ reported that she had just been cleaning up the home prior to CW Edwards arriving so some things were out of sorts. BP Ms. M▮▮▮ reported that there were 3 bedrooms upstairs, however it was very messing as she was in the process of cleaning and having the children clean their rooms. FP Mrs. M▮▮▮ reported that the family is also still in the process of moving their things back from Pa. CW Edwards observed and adequate supply of food in the kitchen cabinets and refrigerator.

Interview with Foster Parent Mrs. M▮▮▮

FP Mrs. M▮▮▮ reported that she is currently dissatisfied with SVS. She stated that she feels that she is getting no assistance with the children and that the adoption process is taking too long. FP Mrs. M▮▮▮ was able to reflect and accept some responsibility stating that she knew that she was partially to blame for the delay in the adoption. CW Edwards Attempted to assist FP Mrs M▮▮▮ with her other issues. CW Edwards provided her with the childcare paperwork that she and her employer need to fill out for her to receive childcare assistance for FC Z▮▮▮ and FC D▮▮▮. CW Edwards also presented FP Mrs. M▮▮▮ with the gift cards for all of the children. FP Mrs. M▮▮▮ reported that FC D▮▮▮ is having significant troubles in school. She stated that the school has completed testing on him, however since she has not been assigned as the surrogate parent, the school will not convene and IEP meeting with her, nor will they classify him or place him a special education setting.. CW Edwards agreed to contact the school once the break is over and obtain information on what needs to be done for FC D▮▮▮ to receive the services in school that he needs. FP Mrs. M▮▮▮ reports that she continues to receive board rate for FC D▮▮▮ even though he should be getting special rate. She stated that she had a fair hearing about the matter in June and was informed that he needed to have a new evaluation. She stated that he was re-evaluated in September, yet the rate has not been adjusted. CW Edwards agreed to follow up on this as well. FP Mrs. M▮▮▮ confirmed that the boys have other siblings in the system, however she is not willing to comply with sibling visits between the siblings in her home and the

**Case Name:** ▮▮▮▮,D▮▮▮   **Case ID:** 25480849

three other siblings in the system. She stated that her reason is that she does not want to have anything to do with the birth mother and she knows that the other children have not been freed and still have visits with the birth mother.

Interview with Foster Child D▮▮▮▮▮▮

FC D▮▮▮ is a brown skinned year old African American child of average height and weight. FC D▮▮▮ appeared to be in good health at the time of the visit.. After prompting form FP, FC D▮▮▮ explained that he gets into a lot of trouble at school because he makes jokes with his friends instead of doing his work, CW Edwards asked FC D▮▮▮ if his friends get into trouble and he said no. CW Edwards asked if they do their work and he said yes. CW Edwards attempted to get him to see that while e is busy being the class clown his friends are doing their work and passing, so they will be moving to the next grade and he won't be. FC D▮▮▮ stated that he often does not understand what he teacher is teaching and finds it difficult to stay focused and in his seat.

Recreation:

FC D▮▮▮ participates in community activities with his siblings.

Education:

FC D▮▮▮ attends P>S. 123 where he is a regular education first grade student. FP Mrs. M▮▮▮ reported that FC D▮▮▮ has a lot of struggles in school, academically and behaviorally. She stated that she school will not convene and IEP meeting as she is not assigned as the surrogate parent and they have been unable to reach anyone at the agency.

Medical:

There are no medical concerns for FC D▮▮▮ at this time, his immunizations are reported as up to date.

Developmental:

FC D▮▮▮ has no reported developmental delays

Mental Health:

FC D▮▮▮ is diagnosed with ADHD. He receives weekly therapy and is on psychotropic medication.

**Family Services
Progress Notes**

**Case Name:** ▮▮▮▮,D▮▮▮   **Case ID:** 25480849

Milestones to adoption:

FP Mrs. M▮▮▮ stated that due to the continued moving process she was unable to collect the outstanding documentation for CW Edwards as she reported she would. FP Mrs. M▮▮▮ stated that she would bring the documents to the agency on 12/27/13.

**************************************************End of Note**************************************************