

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**COURTNEY M. SOLIDAY**
*Special Assistant Corporation Counsel*
Tel: (212) 356-8761
email:csoliday@law.nyc.gov

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Cave_NYSChambers@nysd.uscourts.gov

> The parties' Letter-Motion for Extension of Time is GRANTED, and the briefing schedule set forth therein is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 178 and 64 on their respective dockets.
>
> SO ORDERED.   11/14/2024
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re: *K.S., et al., v. City of New York, et al.*, 21-cv-4649 (JSR)/24-cv-3390(JSR)(SLC)

Dear Judge Cave:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants City of New York, The Administration for Children's Services ("ACS"), David Hansell, New York City Department of Education ("DOE"), The Board of Education of the City School District of the City of New York ("BOE"), David C. Banks (collectively "City Defendants") in the above-referenced matter.

I write, with all parties' consent, to respectfully request a two-day extension of the schedule for the parties' respective letter submissions due November 15 (City Defendants) and November 20 (Plaintiff) so that City Defendants have sufficient time to review documents expected to be received from ███████████████████████████ by this coming Friday, pursuant to Your Honor's November 8, 2024 Order (ECF 176). These documents are relevant to Plaintiff's limiting requests for the deposition of D.S. and may inform Defendant's position.

Therefore, City Defendants respectfully request that their time to submit their position letter be extended to November 19, 2024 and Plaintiff's submission date be extended to November 22, 2024.

Thank you for considering this submission.

Respectfully submitted,

/s/

Courtney M. Soliday
Assistant Corporation Counsel

Cc:   All parties *via* ECF