UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
K.S. et al.,                         :
                Plaintiffs,          :
                                     :          21-cv-04649 (JSR)
                -v-                  :          24-cv-03390 (JSR)
                                     :
CITY OF NEW YORK ET AL.,             :
                Defendants.          :          ORDER
------------------------------------ :
                                     x

JED S. RAKOFF, U.S.D.J.

       In connection with an Order of the Honorable Sarah L. Cave
dated November 1, 2024 (Dkts. 52, 168), adjusting the close of the
discovery in the above-captioned cases to March 10, 2025, this
Court hereby modifies the parties' joint case management plan
(Dkts. 10, 133) as follows:

   • The Court grants the parties' joint application to
     schedule the post-discovery summary judgment briefing
     after thirty days from the close of the discovery.
     Accordingly, the moving papers must be served by
     4/9/2025, answering papers by 4/23/2025, and reply by
     4/30/2025. Each party must file its respective papers
     with the Clerk of the Court on the same date that such
     papers are served.

   • A final pre-trial conference, as well as oral argument
     on any post-discovery summary judgment motions, shall be
     held on 05/7/2025 at 4:00p.m., at which time the Court

shall set a firm trial date. The timing and other requirements for the Joint Pretrial Order and/or other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.

All motions and applications shall be governed by Judge Rakoff's Individual Rules of Practice.

SO ORDERED.

Dated:    New York, NY
          November 14, 2024          JED S. RAKOFF, U.S.D.J.