## PhaseLines Based On Filters

| Ref# | Type | Date | PhaseLine Text | Rationale |
|---|---|---|---|---|
| 2075856 | Add/Drop from Category | 10/2/2024 | DROP-rubbing his private area in front of others. Masturbating at inappropriate times, exposing himself, | Student has not exhibited behaviors in a long period of time. Behaviors will be removed as they are no longer being tracked. |
| 2072316 | Staff/Class/Residence | 9/11/2024 | ▮▮▮ (from ▮▮▮) | The apartment is switching over to a DDS licensed home for adults. |
| 2071159 | Add/Drop from Category | 9/6/2024 | Remove: Throwing bodily fluids at others from AGG 1. | ▮▮▮ has not engaged in this behavior. It will be removed from his program. |
| 2071158 | Add/Drop from Category | 9/6/2024 | Remove: smearing bodily fluids on the walls from Dest 1. | ▮▮▮ has not engaged in this behavior and it will be removed from his program |
| 2065344 | Contract Change | 8/11/2024 | Create SPC-K5: targeting majors for 7 days earns NBA cards | NBA Cards have been identified as a reinforcer. NBA cards will be utilized to further decrease major behaviors. |
| 2061837 | Staff/Class/Residence | 7/20/2024 | B. ▮▮▮ (from ▮▮▮) | ▮▮▮ case is being transferred to ▮▮▮. |
| 2059784 | Staff/Class/Residence | 7/8/2024 | Classroom Change from ▮ to ▮ | Best Fit Classroom |
| 2041064 | Staff/Class/Residence | 3/12/2024 | ▮▮▮ | ▮▮▮ is doing very well and is able to reside at ▮▮▮. |
| 2037795 | Contract Change | 2/1/2024 | Add: SPCK 4- earns playing basketball on the team. | A special criteria was added to determine the eligibility to play basketball on ▮▮▮'s team. |
| 2035940 | Contract Change | 1/4/2024 | Drop SPCK 4 | ▮▮▮ has a reinforcer that allows this reward. |
| 2035901 | Medication Change | 1/3/2024 | Discharged from Dr. ▮▮▮'s care. Please reconsult PRN. | |
| 2032730 | Medication Change | 11/17/2023 | 11/17, ▮▮▮ 3mg/day | |
| 2032298 | Staff/Class/Residence | 11/15/2023 | Classroom change from ▮ to ▮ | Best fit classroom |
| 2031495 | Contract Change | 11/6/2023 | Add: SPCK 4- earns a golden token. | ▮▮▮ asked for a daily contract to earn a token. We will add this to his program. |
| 2031566 | Medication Change | 11/3/2023 | 11/3, ▮▮▮ 3mg/day (decrease from 6mg/day) | |
| 2031401 | Level | 11/2/2023 | Level Advance (7 - 8) | ▮▮▮ has met the criteria to reach level 8 |
| 2030855 | Add/Drop from Category | 10/30/2023 | Add: Maintaining appropriate behavior when his peers are instigating him or engaging in behaviors to positive behavior 1. | Observation has shown ▮▮▮ beginning to engage in problem behaviors when his peers are having behaviors. The positive behavior will be added to encourage him to maintain appropriate behavior. |

| Ref# | Type | Date | PhaseLine Text | Rationale |
|---|---|---|---|---|
| 2030178 | Other/Miscellaneous | 10/23/2023 | Bedtime: 11pm on weekdays, 12am on weekends/DAR's (from 10pm week days and 11pm on weekends/ DARS) | ▇▇ has moved to a less restrictive residence and has requested to have his bedtime increased on weekends and week days. He will now have a bedtime of 11 pm on weekdays and 12 am on weekends and DARs. |
| 2029903 | Staff/Class/Residence | 10/19/2023 | ▇▇ | ▇▇ was moved to ▇▇ due to him maintaining safe behavior and being able to move to a less restrictive residence. |
| 2029190 | Medication Change | 10/6/2023 | 10/6, ▇▇ 40mg/day. | |
| 2027935 | Medication Change | 9/21/2023 | 9/21, ▇▇ 600mg/day | |
| 2026972 | Medication Change | 9/7/2023 | 9/7, ▇▇ 600mg/day (decrease from 900mg/day) | |
| 2025731 | Medication Change | 8/11/2023 | 8/11, ▇▇ 50mg/day for 1 week, then ▇▇ (from 100mg/day) | |
| 2024336 | Add/Drop from Category | 8/10/2023 | Add: failure to evacuate on time during a fire drill to NCMP. | Reports indicated that ▇▇ took an hour to leave his residence during a fire drill. This will be a behavior and will be added to the NCMP category. |
| 2023549 | Contract Change | 7/31/2023 | Add to Take Out K ($10) | ▇▇ in now in program and he will like to have this motivation to sustain good conduct. |
| 2023537 | Contract Change | 7/31/2023 | Add to SPCK 3: (community) | ▇▇ in now in program and he will like to have this motivation to sustain good conduct. |
| 2023536 | Contract Change | 7/31/2023 | Add to SPCK 2 | ▇▇ in now on program and he will like to have this motivation to sustain good conduct. |
| 2023535 | Contract Change | 7/31/2023 | Add to SPCK 1: (extra $) | ▇▇ in now in program and he will like to have this motivation to sustain good conduct. |
| 2023102 | Level | 7/25/2023 | Begin Level System (7) | ▇▇ is now off "Welcome Week" and he will now be in program starting at the standard level 7. |
| 2022415 | Add/Drop from Category | 7/19/2023 | Add: Destruction of property, punching/kicking holes in the wall, overturn tables, smearing bodily fluids on the walls. | ▇▇ will be a new student at ▇▇ The above behaviors will be added to his program. |
| 2031660 | Medication Change | 7/17/2023 | On admission: ▇▇ 6mg/day, ▇▇ 40mg/day, ▇▇ 150mg/day, ▇▇ 900mg/day. | |
| 2022551 | Staff/Class/Residence | 7/17/2023 | Assigned to G | Best Fit Room |
| 2022057 | Staff/Class/Residence | 7/17/2023 | Intake residence: ▇▇ t | Intake residence is ▇▇ |
| 2022080 | Add/Drop from Category | 7/16/2023 | Begin IVB1; Cons: NO | ▇▇ is a new student at ▇▇ The above behaviors will be added to his program. |

| Ref# | Type | Date | PhaseLine Text | Rationale |
|------|------|------|----------------|-----------|
| 2022079 | Add/Drop from Category | 7/16/2023 | Begin EDSOC1; Cons: NO | ▇▇▇ is a new student at ▇▇▇ The above behaviors will be added to his program. |
| 2022078 | Add/Drop from Category | 7/16/2023 | Begin MDIS2; Cons: NO | ▇▇▇ will be a new students at ▇▇▇ Due to his history the following behaviors will be added to his program |
| 2022077 | Add/Drop from Category | 7/16/2023 | Begin NCMP1; Cons: NO | ▇▇▇ will be a new students at ▇▇▇ Due to his history the following behaviors will be added to his program. |
| 2022076 | Add/Drop from Category | 7/16/2023 | Begin MDIS1; Cons: NO | ▇▇▇ will be a new students at ▇▇▇ Due to his history the following behaviors will be added to his program. |
| 2022075 | Add/Drop from Category | 7/16/2023 | ADD: to HDB 1 : Self injurious behaviors to include picking skin or open wounds, banging his head, punching self, attempts to wrap cords/ties around his neck, threats to harm self, earing inedibles, suicidal gestures, attempts to elope, leave supervised area, | ▇▇▇ will be a new students at ▇▇▇ Due to his history the following behaviors will be added to his program. |
| 2022074 | Add/Drop from Category | 7/16/2023 | Begin: AGG 2; Cons: NO | ▇▇▇ will be a new students at ▇▇▇ Due to his history the following behaviors will be added to his program. |
| 2022073 | Add/Drop from Category | 7/16/2023 | Begin AGG1; Cons:NO | ▇▇▇ will be a new students at ▇▇▇ Due to his history the following behaviors will be added to his program. |

CityLetter000003