# Clinician Notes

| | | |
|---|---|---|
| | ███ ███ | |
| **10/20/2024** | **Bi-Weekly** | ████████████████████████████ |
| ███ demonstrated few behaviors during this period. These mostly include a small combination of less intense behaviors. He has stayed free from the emission of aggressive and health dangerous behaviors. He remained on the level 8 status and engaged in his rewards when he passed the required criteria. ███ attended school daily from monday to friday and worked on his IEP goals in the classroom. When eligible, he also went on field trips on a consistent basis. He continued to work in school at the cafeteria on a part-time basis. ███ continued to reside at the ███████ residence. | | |
| **10/6/2024** | **Bi-Weekly** | ██████████████████████████████ |
| ███ continued to do well overall and remained free from the emission of all major behaviors for this reporting period. He remained on the level 8 status of ███ level system and was able to engage in his rewards on a consistent basis. ███ continued to work as well at the ███ cafeteria. He continued to attend the school daily and worked on his IEP goals in the classroom. ███ continued to reside at the ███ residence and was able to attend many individual field trips. Progress remains satisfactory, no further news with him at this time. | | |
| **9/22/2024** | **Bi-Weekly** | ████████████████████████████ |
| ███ continues to do well overall and had a satisfactory period behaviorally and remained free from the emission of all major behaviors. As a result, he was able to engage in his rewards and remain eligible for other activities on a regular basis. He remained on the level 8 status and had access to rewards for passing the required criteria. ███ attended school daily from Monday to Friday and worked on his IEP goals in the workshop. He continued to work at his in-school job. He stayed at the residence on the weekends at the ████████ residence. | | |
| **9/8/2024** | **Bi-Weekly** | ████████████████████████████ |
| ███ remains at baseline levels behaviorally and has remained major behavior free for this reporting period. He remains on the level 8 status and engages in his rewards on a regular basis. Health remains ok. Works on his IEP goals in his classroom. ███ continues to attend the school daily from Monday to Friday. He continues to reside at the ███████ residence. Continues to work at ███ cafeteria and works for several hours per week. No further news with him at this time. | | |
| **8/26/2024** | **Bi-Weekly** | ████████████████████████████ |
| ███ continues to remain at baseline behaviorally. He is maintaining a lower rate of behavior across most categories. As a result, he has been able to engage in his rewards on a consistent basis and remain eligible for all other ███ activities. He continues to play basketball and works in school for his student job in the cafeteria. He continues to come to school daily from Monday to Friday and remains at his residence on the weekends. ███ continues to reside at the ███ residence. ███ had a visit from his parents during this past weekend and reportedly everything went well. | | |
| **8/11/2024** | **Bi-Weekly** | ████████████████████████████ |
| ███ continues to do well behaviorally and remains free from major behaviors during this reporting period. As a result, he continues to engage in his favorite rewards and remains eligible for ███ activities. He attends school daily from Monday to Friday and works on his IEP goals in the workshop. He remains at the residence on the weekends and usually goes on field trips with his peers. ███ works at the kitchen for his job and maintains his independence. He will be visiting with his parents at the end of the month when they visit ███ . He continues to reside at the ███ residence. His overall progress remains satisfactory. | | |
| **7/27/2024** | **Bi-Weekly** | ████████████████████████████ |
| ███ remains at baseline levels behaviorally and continues to have a low frequency pattern in his behavior. This is noticed across all behavioral categories. He remains on the level 8 status and engages in his rewards on a regular basis. Health remains ok. Works on his IEP goals in his classroom. ███ continues to attend the school daily from Monday to Friday. He continues to reside at the ███ residence. No further news with him at this time. | | |
| **7/13/2024** | **Bi-Weekly** | ████████████████████████████ |
| ███ remains at baseline levels behaviorally and continues to have a low frequency pattern in his behavior. This is noticed across all behavioral categories. He remains on the level 8 status and engages in his rewards on a regular basis. Health remains ok. Works on his IEP goals in his classroom. ███ continues to attend the school daily from Monday to Friday. He continues to reside at the ███ residence. Progress remains satisfactory. | | |

| 6/25/2024 | Bi-Weekly |
|---|---|

██████ remains at baseline levels behaviorally and continues to have a low frequency pattern in his behavior. This is noticed across all behavioral categories. He remains on the level 8 status and engages in his rewards on a regular basis. Health remains ok. Works on his IEP goals in his classroom. ████ continues to attend the school daily from Monday to Friday. He continues to reside at the ██ residence. Continues to work at ██████ cafeteria and works for several hours per week. ████ attended the ████ prom and had lots of fun.

| 6/13/2024 | Bi-Weekly |
|---|---|

██████ remains at baseline levels behaviorally and continues to have a low frequency pattern in his behavior. This is noticed across all behavioral categories. He remains on the level 8 status and engages in his rewards on a regular basis. Health remains ok. Works on his IEP goals in his classroom. ████ continues to attend the school daily from Monday to Friday. He continues to reside at the ██ residence. He recently got a job at ████ cafeteria and works for several hours per week. Progress remains satisfactory.

| 5/22/2024 | Bi-Weekly |
|---|---|

No major changes behaviorally for ████ during this period. He remains off the ████ level system and consistently engages in his rewards. He continues to maintain a low frequency across all category of behaviors. ██████ still attends school daily from Monday to Friday and works on his IEP goals in the classroom. He is looking forward to the upcoming prom during the month of June. ██████ recently obtained a part-time job in the school. On the weekends, he remains at the ████ residence.

| 5/22/2024 | Bi-Weekly |
|---|---|

██████ continues to do well behaviorally and has maintained a very low frequency across all categories. He continues to enjoy his rewards on a regular basis and remains on the level 8 status . He attends school daily from Monday to Friday and remains at the residence on the weekends. When eligible he attends weekend outings with his residence. ████ will be attending the ████ prom on June 13th and seems to be very happy to go to his first dance at ██ He remains at the ██ residence.

| 4/29/2024 | Bi-Weekly |
|---|---|

██████ continues to remain at baseline behaviorally. He maintains a low frequency across categories and consistently passes his contracts. He continues to have independence and is on the level 9 status and is doing well overall. He continues to play basketball for the ████ team. ████ attends school daily from Monday to Friday and works on his IEP goals in the classroom. ██████ remains at the residence at the ████ on the weekends.

| 4/22/2024 | Bi-Weekly |
|---|---|

██████ remains at baseline levels behaviorally and continues to have a low frequency pattern in his behavior. This is noticed across all behavioral categories. He remains on the level 7 status and engages in his rewards on a regular basis. Health remains ok. Works on his IEP goals in his classroom. ████ continues to attend the school daily from Monday to Friday. He continues to reside at the ██ residence. No further news with him at this time.

| 3/31/2024 | Bi-Weekly |
|---|---|

██████ continues to do well behaviorally and has maintained a very low frequency across all categories. He continues to enjoy his rewards on a regular basis and remains on the level 8 status . He attends school daily from Monday to Friday and remains at the residence on the weekends. When eligible he attends weekend outings with his residence. He did not go home for the Easter holiday but received a gift box for his birthday. He continues to reside at the ████ residence.

| 3/26/2024 | Bi-Weekly |
|---|---|

Attends the school daily from monday to friday and remains at the residence on the weekends. He remains off the ████ level system, no further news at this time.

| 3/10/2024 | Bi-Weekly |
|---|---|

██████ continues to remain at baseline behaviorally. He is maintaining a lower rate of behavior across most categories. As a result, he has been able to engage in his rewards on a consistent basis and remain eligible for all other ████ activities. He continues to play basketball for the ██ team and travels with the team to the away games. He continues to come to school daily from Monday to Friday and remains at his residence on the weekends. ██████ continues to reside at the ████ residence.

| 2/29/2024 | Weekly/Biweekly Note |
|---|---|

██████ continues to do well overall and maintains a low frequency across all category of behaviors. He did have one instance where he argued with a peer and locked himself in the bathroom for a short period. ████ was able to get back on track following that incident and continued to do well. He remained on the level 8 status and consistently engaged in his rewards. ██████ attended school on a daily basis and remained at the residence on the weekends. He continued to reside at the ████ residence.

CONFIDENTIAL

CityLetter000006

| 2/16/2024 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

█████ continues to remain at baseline behaviorally. He maintains a low frequency across categories and consistently passes his contracts. He continues to have independence and is doing well overall. He continues to play basketball for the ███ team. ████ attends school daily from Monday to Friday and works on his IEP goals in the classroom. ████ remains at the residence at the ████ on the weekends. He recently had a visit from his parents at ████ and the visit went well.

| 1/31/2024 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

Overall, █████ continued to do well behaviorally. He maintained a very low frequency in behavior and consistently engaged in his rewards. He remained on the level 8 status which granted him bathroom independence at the residence. ████ would like to continue moving up the level system to earn higher levels of independence. He attended school daily from Monday to Friday and worked on his IEP goals in the classroom. ████ was also part of the ████ basketball team and frequently traveled with the team to the "away" games. He remained at the residence on the weekends. He continued to reside at the ████ residence.

| 1/15/2024 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

█████ had a satisfactory period behaviorally and remained free from the emission of all major behaviors. As a result, he was able to engage in his rewards and remain eligible for other activities on a regular basis. He remained off the ███ level system and had access to rewards for passing the required criteria. ████ attended school daily from Monday to Friday and worked on his IEP goals in the workshop. He stayed at the residence on the weekends at the ████████ residence.

| 12/29/2023 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

The available data for this period which is only available from 12/15/-12/23, shows that ████ has remained free from the emission of all major behaviors. As a result, he was able to engage in his rewards on a consistent basis and remain eligible for other ███ activities. ████ remained on the level 7 ████ level system and attended the school daily from Monday to Friday. On the weekends and holidays he stayed back at the residence at ████. ████ will not go home for the holidays and will celebrate the festivities with his housemates at ████ His overall behavior and status remains satisfactory.

| 11/29/2023 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

█████ continued to do well behaviorally and remained free from the emission of major behaviors for this period. He remained on the level 7 status and was able to consistently engage in his rewards. ████ attended school on a daily basis from Monday to Friday and worked on his IEP goals in his classroom. He remained at the ████ residence and regularly went on field trips during the weekends. ████ did not go home for the Thanksgiving holidays.

| 11/17/2023 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

█████ continues to do very well and has refrained from the emission of all major behaviors. As a result, he has been able to engage in his rewards and participate in other ███ activities on a consistent basis. He remained off the ███ level system and attended school daily. In the classroom, he worked on his IEP goals and engaged in rewards as well. ████ will not go a home for the Thanksgiving holidays. He remains at the ████ residence.

| 10/31/2023 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

█████ continues to exhibit behaviors, however the overall frequency/rate remains low. During this reporting period he exhibited 1 aggressive and 1 destructive behavior and 5 major disruptive behavior. He remained free from the emission of health dangerous behaviors. He remains off the ███ level system and earns access to rewards when he passes the required contingency. At this time he resides at ████████████ and remains there on the weekends. He attends school daily from Monday to Friday. Currently he is on the level 7 status. He will be able to earn the level 8 status at the beginning of November if he remains behavior free until that time.

| 10/16/2023 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

█████ showed an increase in behavior during this period with over 17 major disruptive behaviors. In addition to that he exhibited 5 aggressive and 2 health dangerous behaviors. Due to these behaviors he has not been able to engage in his rewards on a consistent basis. He remained off the ███ level system and had access to rewards when he passed the required criteria. . He continued to reside at the ████████ and attended school daily from Monday to Friday. When eligible he attended weekend field trips with his residence.

| 9/30/2023 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

█████ exhibited 5 major behaviors during this period to include one aggression ( low intensity). Apart from those behaviors he remained at baseline and maintained an overall low frequency in behavior. He remains off the ███ level system and is generally able to access rewards on a regular basis. ████ attends school daily from Monday to Friday and works on his IEP goals. No further news with him at this time.

| 9/15/2023 | Weekly/Biweekly Note | █████████████████████ |
|---|---|---|

CONFIDENTIAL

CityLetter000007

████ had a few major behaviors during this reporting period, however these behaviors were mild in nature. Otherwise, he is doing well and earns his rewards for passing the required contracts. Currently, he continues to have the 1:1 staff in his program for 16 hrs a day. He compliantly attends school from Monday to Friday and remains at the residence on the weekends. No further news with him at this time.

| 8/31/2023 | Weekly/Biweekly Note | ████████████ |
|---|---|---|

Overall, ████ continued to do well. During this reporting period he exhibited several noncompliant behaviors but remained free of other major behaviors. Due to the overall low occurrence of behavior, he was able to engage in rewards on a regular basis. He continued to remain off the ████ level system. ████ attends school daily from Monday to Friday and remains at the residence on the weekends. At this time he remains at the ████ residence. No further news with him at this time.

| 7/24/2023 | Weekly/Biweekly Note | ████████████ |
|---|---|---|

Behaviorally, ████ did very well during this reporting period. He has shown satisfactory level of adjustment at ████ He remained free from the emission of major behaviors and was able to engage in his rewards on a consistent basis. He participated in many events at ████ and overall seemed very happy. He attended school daily from Monday to Friday and worked on his IEP goals in his classroom. On the weekends he remained at the residence and engages in his rewards. He remained off the ████ level system during this time. He continued to reside at the ████ residence.

| 7/17/2023 | Weekly/Biweekly Note | ████████████ |
|---|---|---|

████ was admitted to ████ on 7/17/23/. He was transported by a transportation company and was without parents. He was well behaved and was given a tour of ████ He will begin his welcome week and become familiar with ████ He is assigned to ████████ and will reside in ████

CONFIDENTIAL