Program Description For

CityLaper00008

Note: Document covers only aspects of the individual's program particularly related to the deceleration of problem behaviors. All information relating to teaching of new skills is found in the Individual Education Program, Individual Support Plan or Individual Habilitation Plan. For an understanding of the individual's total program the IEP/ISP/IHP, Program Description and the Treatment Plan (if court authorized procedures are in place) must be reviewed.

Name: ███ ███
Date of Birth: ███
Date of Admission: ███
Residence: ███
Room: ███
Clinician: ███
Case Manager: ███

## I. IDENTIFICATION OF PROBLEM BEHAVIORS

### A. Aggress1

Aggression towards others to include punch, kick, push and spit at others, sexually grabbing others, possession of weapons.

**Standard:** NO

### B. Aggress2

Aggressive posturing, verbal/written threats to aggress.

**Standard:** NO

### C. Destroy1

Destruction of property, punching/kicking holes in the wall, overturn tables.

**Standard:** NO

### D. HDB 1

Self injurious behaviors to include picking skin or open wounds, banging his head, punching self, attempts to wrap cords/ties around his neck, threats to harm self, earing inedibles, suicidal gestures, attempts to elope, leave supervised area,

**Standard:** NO

### E. MDIS1

Swear, yell, instigate others, manipulate others, racial comments, arguing with others.

**Standard:** NO

### F. MDIS2

Accessing/watching pornography, inappropriate sexual comments towards others.

**Standard:** NO

### G. NCMP1

Blatant no, refusing to go to school, refusing to work on academics, refusing to follow staff direction, refusing supportive guide, failure to evacuate on time during a fire drill.

**Standard:** NO

### H. EdSoc1

Personal space violation.

**Standard:** NO

### I. IVB1

Inappropriate tone of voice, talking out during academic time, use of slang, nagging, interrupting others, rude comments.

**Standard:** NO

## II. IDENTIFICATION OF POSITIVE BEHAVIORS

### A. Positive Behavior1

Maintaining appropriate behavior when his peers are instigating him or engaging in behaviors.

**Standard:**

## III. REWARD PROCEDURES

DRO contracts: Contracts in which if ▮▮▮▮ can go for certain periods of time without showing certain inappropriate behaviors, he earns certain special rewards.

| | |
|---|---|
| **1. LTD Contract** | [No AGG(all), HDB(all), DEST(all), MDIS(all), NCMP(all), IVB(all), EDSOC(all),& do assigned task] for 50min -> 10' break w. preferred activity at desk/residence (magazines, MP3, TV, etc). |
| **2. MTD Contract** | No AGG (all), DEST(all), HDB(all), MDIS(all), NCMP(all) for 7 days and No more than 2 IVB(all)/EDSOC(all) combined on current recording sheet earns-> Passing at least 1 MTDK earns 30 min on YBR and token M-F. If staff is not available to take him on the YBR, he may have an additional token. |
| **3. Special Contract 1** | No (Aggress1)(Aggress2)(Destroy1)(HDB 1)(MDIS1)(MDIS2)(NCMP1) and completion of academics from Monday through Friday earns $1 passing day one. Passing two consecutive days earns $2. Passing three consecutive days earns $4. Passing four consecutive days earns $8. Passing five consecutive earns $16. Contract automatically resets itself back to $1 on Monday. |
| **4. Special Contract 2** | No (Aggress1)(Aggress2)(Destroy1)(HDB 1)(MDIS1)(MDIS2)(NCMP1) and completion of academics from Thurs to Thurs earns online shopping using earned academic money ($50 limit). |
| **5. Special Contract 3** | No (Aggress1)(Aggress2)(Destroy1)(HDB 1)(MDIS1)(MDIS2)(NCMP1) and completion of academics for 14 days (level 6 and above) earns a community outing using academic money. |
| **6. Special Contract 4** | No (MDIS1)(MDIS2)(NCMP1) for 24 hrs. and compliance with academics, earns playing basketball with the JRC team. Must be free of any aggressive, destructive and heath dangerous behaviors for 7 days. Must not be below level 4 or safety protocol. Must be free of AGG 1 for 30 days to travel to away games. |
| **7. Special Contract 5** | No (Aggress1)(Aggress2)(Destroy1)(HDB 1)(MDIS1)(MDIS2)(NCMP1) every seven days can purchase a pack of NBA Cards |
| **8. Field Day K** | [No AGG(all), DEST(all), HDB(all), MDIS(all) and NCMP(all)] for 7 days from (Monday to Monday) -> earns the opportunity to participate in field day activities. |
| **9. Take Out K** | [No AGG(all), DEST(all), HDB(all), MDIS(all) and NCMP(all)] for 7 days (Friday to Friday) -> Earns the opportunity to use earned academic money for take-out on Friday ($10 limit). |

**Preferred Rewards**

**Misc. Reward Notes**

## IV. HEALTH/MEDICAL INFORMATION

**Allergies**

(NKA)

**Current Medications**

| Type | Prescription |
|---|---|
| Medication | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ by mouth daily |
| Medication | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ by mouth every evening |

**Medical Protocols**

**Medical Diagnosis**

| Type | Diagnosis |
|---|---|

## V. DIETARY INFORMATION

### Portions

Breakfast: 1.00 portion(s) required
Lunch: 1.00 portion(s) required
Dinner: 1.00 portion(s) required

### Supplements

## VI. LEGAL INFORMATION

## VII. SAFETY PROTOCOLS

Will be on safety protocol with an emission of AGG1/DEST/HDB behavior.

## VIII. SWIMMING SKILLS

███ is a swimmer. He must pass the swim test each time he goes to the pool. He may only be in the pool when a lifeguard is present and on duty.

## IX. OTHER

### GED Note

### Latency

### Staffing Needs

Although ███ is 1:1 for 24 hrs, when his behavior is stable and he is passing his contracts, his staff may be utilized for other tasks in the classroom and residence. This will be done in an effort to promote independence for ███ and have him move forward with being independent, achieving higher levels and possibly obtaining employment. In an event ███ begins to exhibit dangerous behaviors such as aggression, destroy or self-injury it is recommended that he receives 1:1 staffing.

### Level of Independence

No independence.

### Treatment Notes

### Self Management

### Adaptive Skills

### Communication

███ is verbal and is able to verbally communicate his needs and wants.

### LOP / Reset Criteria

AGG-Treatment team reset only
DEST, HDB -24 hr reset
NCMP/ MDIS - 8 hours.

### Special Considerations

### Token System

### Electronic Belongings

### Special Considerations

### Bathroom Opportunities / Hygiene

every 2 hours or upon request.

### Bed Times

███ may go to bed at 12am if on contract.

### Wake-Up Times

## Restraint Issues

CityLetter000011

Supine position only.

## Health Related Supports