**QUARTERLY PROGRESS REPORT**
**September 03, 2023 - December 02, 2023**

|   |   |
|---|---|
| Student: | ███ ███ |
| Teacher(s): | ███████████████ |
| Clinician: | ███████████████ |
| Case Manager: | ███████████ |

|   |   |   |
|---|---|---|
| Date of Birth: | ███████ | |
| Date of Admission: | 7/17/2023 | |
| IEP Dates: | 7/17/2023 - 7/10/2024 | |
| Statewide Assessment Type: | Regents Examinations | |
| Report Sent To: | ███ ███████ | Adoptive Parent |
|  | ███████ | IEP Contact |

### General Classroom-Introduction

████ made progress towards meeting the goals and objectives outlined in his current Individualized Education Plan (IEP) this term, while assigned to ██████████ ██████ played an integral role within the ██████ community and built strong, respectful relationships with staff and peers. During the term, ████ participated in multiple group activities, lessons, and projects, in supplementation to his independent learning tasks, which enriched the learning experience. This increase in collaborative learning opportunities helps to prepare students for successful post-secondary experiences. ████ was an active participant in group instruction, often volunteering answers and ideas. Outside of the classroom, ████ enjoys listening to music, playing basketball, and singing with the Glee Club.

### English Language Arts

In English Language Arts, ████ continued to build and improve strong close reading skills, and began learning to create evidence-based claims this term via the i-Ready curriculum and teacher made materials. The i-Ready Reading Lesson Program focuses on vocabulary, reading comprehension, both literary and informational, and phonics. As part of the curriculum requirements, ████ completed assignments from the student toolbox tailored to his individual learning needs, based on his most current i-Ready Reading Diagnostic scores. In addition, as a class, we began a unit on primary sources which began with reading *The Diary of Anne Frank*. In addition to reading the diary, students also worked with timelines, personal letters, newspaper articles and historical artifacts to provide them with perspective and information about the time the diary was written. These tasks were accompanied by vocabulary reinforcement activities, text-dependent discussion questions, and writing prompts. ████ has performed these tasks at 75-80 percent proficiency, requiring moderate teacher assistance and reinforcement. Students also continued their unit on Literary Devices with a focus on literal and figurative language. As a class, we classified passages from text, poems, and even popular memes, into their correct form of figurative language; personification, idiom, metaphor, simile, hyperbole, and understatement. In addition, ████ also utilized tiered vocabulary activities and Board–work, choral responding activities, to build his academic vocabulary and decoding skills. ████ also continued to

**QUARTERLY PROGRESS REPORT**
**September 03, 2023 - December 02, 2023**

participate in daily evidence-based responses to Quick Writes to develop stronger writing fluency. As a class we aimed to answer each response question with an opinion (claim) and support each claim with evidence from the text. ▇▇▇ completed work that focused on improving his grammar and writing skills; using clear descriptive words (adjectives and adverbs) and composing compound and complex sentences, as well as using proper punctuation. ▇▇▇ used these skills, along with 1-1 teacher support, to complete RAFT and HIPPO activities which assisted him in creating writing pieces that were more coherent and engaging to the reader. In the upcoming term, ▇▇▇ will take these skills learned in the previous term and apply them to the next module that he is introduced to.

## Mathematics

In mathematics class, ▇▇▇ was provided with an Algebra 1 curriculum based on the *Prentice Hall Algebra 1* Common Core edition textbook and teacher made worksheets and lessons on the white board as well as other resources. Appropriate modifications and teacher guidance are offered when needed using a variety of teaching strategies including giving clear expectations, teacher feedback, ongoing assessment, and use of behavioral management strategies such as prompting and redirecting. ▇▇▇ also received additional supports within the classroom with a highly structured classroom, clear instructions, review and repetition of the rules, assistance with planning and organizing, and reviewing tasks in multiple ways. Comprehension on math word problems is a concern so ▇▇▇ has been provided with additional vocabulary support to address this issue. Finally, ongoing testing reveals areas of weakness which are continuously addressed to build fluency in these areas with use of computer programs such as iReady and Math Facts. This term, ▇▇▇ copied notes from the board as the teacher explained new concepts. Topics covered included The Number System, Ratio, Proportion, and Percent, and Expressions and Equations.

## Social Studies

▇▇▇ has been addressing curriculum requirements for Global Studies II. The primary textbook has been World History (2014) by Prentice Hall. In addition to materials from the textbook, he has engaged with various teacher created primary and secondary source materials, websites, images, charts, and maps. Social studies instructional material aligned with the curriculum was presented to ▇▇▇ on a daily basis. ▇▇▇ received support from a Special Education Teacher and the History Subject Area Teacher frequently monitored his progress. ▇▇▇ was ensured access to the content and the curriculum was modified as necessary to meet his unique needs. Content for Global Studies II this quarter has covered topics including WWI, World Revolutions, and Totalitarianism. For most lessons, ▇▇▇ participated actively and requested assistance as needed.

## Science

▇▇▇ has been addressing curriculum requirements for the Living Environment-Biology science course. The primary textbook has been Biology by Pearson. In addition to materials from the textbook, he has engaged with various teacher created materials, websites, images, videos, and experiments. Science instructional material aligned with the curriculum was presented to ▇▇▇ on a daily basis. ▇▇▇ received support from a Special Education Teacher and the Science Subject Area Teacher monitored his progress daily. ▇▇▇ was ensured access to the content and

**QUARTERLY PROGRESS REPORT**
**September 03, 2023 - December 02, 2023**

the curriculum was modified as necessary to meet his unique needs. Content for Biology this quarter covered topics surrounding the chemistry of life, ecology and ecosystems and communities. ▮ made excellent progress this quarter. He participated actively during group instruction, and displayed strong reading comprehension skills. He completed his written assignments accurately and thoroughly while needing minimal prompting. He has also shown the ability to make many connections among ideas. He was receptive to teacher feedback and was able to constructively work with his peers. ▮ was a pleasure to have in class.

### Health

In Health class, ▮ has been utilizing the Pacemaker Health textbook in addition to teacher made materials and small group activities, to meet his requirements. Topics covered this term include, the digestive and excretory system and the reproductive system. During lessons, ▮ actively participates and requests assistance as needed.

### Work Based Learning

WBL (Work Based Learning) this term focused on Digital Citizenship. Lessons were accessed via the Applied Educational Systems computer program. The program requires students to watch videos, study content slides, complete worksheets and take quizzes on what was learned. In addition, concepts covered in the online course were supplemented with group lessons and activities. ▮ participated in lessons and group discussion and his work product was completed to the best of his ability.

### CTE: Business Technology

In CTE (business Tech 3), ▮ completed a unit on Economics within the Applied Educational Systems computer program. The program requires students to watch videos, study content slides, complete worksheets and take quizzes on what was learned. In addition, concepts covered in the online course were supplemented with group lessons and activities. ▮ participated in all group lessons and asked for assistance as needed.

### Spanish

▮ began Spanish I this past quarter using Amsco's "Spanish is Fun" modified Textbook by Heywood Wald. ▮ is a conscious, pleasant student who made an outstanding progress plus he worked cooperatively with the instructor. In the first term, the students needed to complete three required units, modifications were given depending to each student. In the first chapter, he studied and reviewed the vowels and the alphabet. Also, he studied cognates and diverse vocabulary, adjectives' uses; gender and number agreement. He was offered instruction in unit two topics such as: getting to know people, greetings, responses to simple questions, leave takings. In chapter three, ▮ was introduced to "La familia"; the family, along with varied vocabulary. In grammar, the students received instruction in definite and indefinite articles, plural/ singular formation, and drills with adjectives. He could work independently or he asked for help as needed. He put forward a nice cooperative effort to finish academics on all units.

## QUARTERLY PROGRESS REPORT
### September 03, 2023 - December 02, 2023

Overall, ▮ progressed very well, his effort earned him a very high percentage accuracy rate. He will continue Spanish I in the next quarter. Congratulations ▮

### General Classroom-Conclusion

▮ continues to be an integral member of the ▮ community. He is able to appropriately self-advocate for his academic needs while working towards mastery of the goals and objectives outlined in his current IEP. Outside of classroom activities, ▮ is a member of the varsity basketball team, the Glee club and select choir.

### Residential Status

▮ resided at the ▮ residences of ▮ and was able to engage in rewards at the residence as well when he passed the required contingency. ▮ assisted with the chores at the residence and was generally compliant with all residential procedures. He went on several field trips during the quarter which included going to the trampoline park, to the movies, out to eat and to the Celtics game. He did not go home for the holidays, but was visited by his parents on two occasions during the quarter.

### Behavioral Progress

Overall, ▮ maintained a low frequency in behavior. The most frequent occurring category was the major disruptive one with 25 total occurrences for the quarter. The total number of behaviors for each category remained under 10 episodes respectively. ▮ was generally eligible in consistently being able to engage in his rewards and remain eligible for other ▮ activities. He was able to gradually move up the level system and by the quarters end he was on the level 8 status. ▮ continued to have one to one staffing per his IEP, however given the improvement in behavior the extra staffing is not clinically recommended. The staffing levels will be discussed during his next IP meeting. ▮ program consisted of behavioral counseling sessions, self-management tactics and differential reinforcement procedures. He was able to practice coping mechanisms, learn frustration tolerance techniques and replacement behaviors which he could utilize during challenging situations. ▮ had access to his rewards for meeting the behavioral contingencies and by abstaining from problematic behaviors.

### Medical Issues

No major medical issues during the quarter. Routine medical check-ups.

### Replacement Behaviors

Replacement behaviors consisted of appropriate interaction with staff and treatment team members. These included raising his hand or writing a business letter instead of nagging or talking out. Additionally, he was taught to identify the triggers that were causing his frustration and learning to walk away instead of confronting others or getting into an altercation. Self-management practices were also available to ▮ through his behavioral program.

## QUARTERLY PROGRESS REPORT
### September 03, 2023 - December 02, 2023

**Topography Changes**

Programmatic changes with done with respect to his behavioral contracts.

**Transition/Discharge Plan**

▇ worked on the goals outlined in his IEP. He also worked on transitional material within the classroom setting. Currently, there are no discharge plans and his guardian would like for him to remain at ▇ to continue working on his goals. In an event ▇ departs from ▇ he will require appropriate supports to assist him with having a smooth transition. He will require counseling services to target his behavioral disorder and to regulate his mood fluctuation. He may also benefit from case management which will be able to assist him with obtaining a job in the community. Additionally, he will also benefit from a vocational program that will teach him skills that he can utilize towards his preparation for the job market.

**Summary**

▇ maintained a low frequency across all behaviors and earned the level 8 status. He continued to engage in programming rewards on a consistent basis and had two visits by his parents during the quarter. It remains highly recommended that ▇ remains at ▇ in order to continue working on his behavioral, academic and vocational goals.

### ANNUAL GOAL: English Language Arts

▇ will increase his English language arts skills.

### MEASURABLE OBJECTIVE:

▇ will answer comprehension questions based on non-fiction texts that make connections as evidenced by: reading to confirm initial predictions, explaining the sequence of events, and answering text-based questions using complex sentences that contain new vocabulary words with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | At this time, given guidance and support, as needed, ▇ is able to answer comprehension questions based on non-fiction texts that make connections as evidenced by: reading to confirm initial predictions, explaining the sequence of events, and answering text-based questions using complex sentences that contain new vocabulary words with about 65% accuracy for most opportunities. He will continue to work on this in the upcoming quarter. |
| 09/23-12/23 | At this time, given guidance and support as needed, ▇ is able to answer comprehension questions based on non-fiction texts that make connections as evidenced by, reading to confirm initial predictions, explaining the sequence of events, and answering text-based questions using complex sentences that contain new vocabulary words with about 65-70% accuracy for most opportunities. He will continue to work on this in the upcoming term. |

### MEASURABLE OBJECTIVE:

## QUARTERLY PROGRESS REPORT
### September 03, 2023 - December 02, 2023

When given a topic, graphic organizer, and rubric, ▆ will increase his use of detailed language when developing essays by organizing his thoughts and ideas, demonstrating organization in multi-paragraph essays, developing an introduction/body of text/conclusion with clear sequencing of ideas and use of transitional words and phrases, and proofreading/revising his writing for development and details with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | At this time, when given a topic, graphic organizer, and rubric, ▆ will increase his use of detailed language when developing essays by organizing his thoughts and ideas, demonstrating organization in multi-paragraph essays, developing an introduction/body of text/conclusion with clear sequencing of ideas and use of transitional words and phrases, and proofreading/revising his writing for development and details with about 60% accuracy for most opportunities. He will continue to work on this in the upcoming term. |
| 09/23-12/23 | At this time, when given a topic, graphic organizer and rubric, ▆ is able to increase his use of detailed language when developing essays by organizing his thoughts and ideas, demonstrating organization in multi-paragraph essays, developing an introduction/body/conclusion with clear sequencing of ideas and use of transitional words and phrases, and utilizes ratiocination techniques to proofread, and edit his work with about 60% accuracy for most opportunities. He will continue to work on this in the upcoming term. |

**ANNUAL GOAL: Mathematics**

▆ will increase his math skills.

**MEASURABLE OBJECTIVE:**

▆ will improve his math and algebraic skills by accurately solving arithmetic questions that involve fractions, decimals, and percent, interpreting multi-step word problems, and using the correct method to accurately isolate variables with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | At this time, ▆ is able to accurately solve arithmetic questions that involve fractions, decimals, and percent's, interpreting multi-step word problems, and using the correct method to isolate variables with about 60% accuracy for most opportunities. He will continue to work on this in the upcoming quarter. |
| 09/23-12/23 | At this time, given guidance and support, via the i-Ready math lessons, teacher made worksheets and activities, and small group instruction, ▆ is able to accurately solve math questions that involve fractions, decimals, and percent's, interpreting multi-step word problems and using the correct method to accurately isolate variables with about 65-70% accuracy for most opportunities. He will continue to work on this in the upcoming term. |

**ANNUAL GOAL: Executive Functioning**

▆ will improve his executive functioning skills.

**QUARTERLY PROGRESS REPORT**
**September 03, 2023 - December 02, 2023**

**MEASURABLE OBJECTIVE:**

▇ will improve his organizational skills by organizing his materials prior to beginning work, beginning working on his assignments with no more than 2 prompts, and completing his assignments with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | At this time, given guidance and support, as needed, ▇ is able to begin his work assignments with no more than two prompts, and completing his assignments with 80% accuracy for most opportunities. This goal has been mastered as written. |
| 09/23-12/23 | At this time, given guidance and support, when provided with an assignment tracker and binder to organize his assignments, ▇ is able to organize his materials to start working on his assignments with no more than 2 prompts and completing his assignments with about 75-80% accuracy for most opportunities. He will continue to work on this in the upcoming term. |

**ANNUAL GOAL:  Counseling**

**MEASURABLE OBJECTIVE:**

▇ will control impulsive behavior as evidenced by verbalizing the difference between impulsive and self-controlled behavior, identifying impulsive behaviors and potential consequences in real and simulated situations, and practicing self-controlled behaviors in real situations with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | In counseling, through discussions of past behavioral episodes, ▇ is verbalizing the difference between impulsive and self-controlled behaviors, identifying impulsive behaviors, and potential consequences for his actions. Being that ▇ is new to the program, more observation and participation is need to accurately measure this goal. |
| 09/23-12/23 | ▇ has no met this goal. In counseling, through discussion of past behavioral challenges and episodes, ▇ shows understanding of the difference between impulsive and self-controlled behaviors. There has been some minor situation in which ▇ has had difficulty applying learned skills in challenging situations. However, ▇ is actively working towards completion of this goal. |

**MEASURABLE OBJECTIVE:**

▇ will cope with his emotions as evidenced by identifying and expressing his feelings, identifying and expressing his thoughts associated with his feelings, identifying and expressing his triggers, identifying coping skills he can use during the day, utilizing effective emotional regulation skills when feeling dysregulated, and persisting through challenges with 80% accuracy in 4 out of 5 consecutive trials.

| | |
|---|---|
| 06/23-09/23 | ▇ is at the beginning of treatment and session are more focused on engagement and assessment. However, ▇ is building and developing a better |

**QUARTERLY PROGRESS REPORT**
**September 03, 2023 - December 02, 2023**

understanding of appropriate use of coping skills and how to utilize those skills to self-regulate. More observation and participation are needed to accurately measure this goal.

| | |
|---|---|
| 09/23-12/23 | ▉ has not met this goal. ▉ is capable of identifying his feelings, thoughts, triggers, and use of coping skills in counseling when challenging situations are not present. He is working on applying learned skills in real life situations outside of the session. |

**MEASURABLE OBJECTIVE:**

▉ will increase his self-esteem and self-confidence as evidenced by his ability to understand patterns of self-destructive/self-defeating feelings, thoughts, and behaviors and explore personal strengths. He will identify 5 positive characteristics about himself, implement 5 changes to enhance self-perception and identify 5 attributes that can influence others in a positive way with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | ▉ is at the beginning of treatment and sessions has focused more on engagement and assessment. However, he has not displayed any self-destructive behaviors or expressed self-defeating thoughts or feelings. A strength-based approach will be utilized   More observation and participation is needed to accurately measure this goal. |
| 09/23-12/23 | ▉ has not displayed any self-destructive behaviors or expressed self-defeating thoughts or feelings in counseling. A strength-based approach will be utilized in treatment to access his needs and build on his strengths. More observation and participation are needed to complete this goal. |

**MEASURABLE OBJECTIVE:**

▉ will establish and maintain positive relationships as evidenced by recognizing what a true friendship entails, interpreting social cues, understanding the intention behind what others are saying or doing, recognizing his part in success and difficulties, taking accountability for his actions, and resolving conflicts in an effective manner with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| 06/23-09/23 | ▉ is at the beginning of treatment and sessions has focused more on engagement and assessment. However, he is working on identifying healthy friendships, social cues pertaining to the actions of others, peer issues, conflict, and resolution. More observation and participation are needed to accurately measure this goal. |
| 09/23-12/23 | ▉ has not met this goal. ▉ has poor insight into building and sustaining healthy peer relationships. When ▉ is made aware of the role he plays in situations, he is more likely to acknowledge and take accountability for his actions. More participation and work are needed to make progress on this goal. |

**MEASURABLE OBJECTIVE:**

▉ will improve his behavior by identifying his thinking errors, accepting responsibility for

**QUARTERLY PROGRESS REPORT**
**September 03, 2023 - December 02, 2023**

his part in conflict, and listening/accepting another's point of view, even when he does not agree with it with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | ▇ is at the beginning of treatment and sessions has focused more on engagement and assessment. ▇ has been involved in some minor situations in which he accepted feedback and took some accountability for his behavioral choices. More observation in session as well as outside of session is needed to accurately measure this goal. |
| **09/23-12/23** | ▇ has not met this goal. However, he is capable of identifying thinking errors and accepting responsibility for his part in conflict, and listening/accepting another point of view that differs from his own half of the time. More work is needed this upcoming quarter to master this goal. |

**MEASURABLE OBJECTIVE:**

With the support of his behavioral paraprofessional, ▇ will demonstrate greater compliance with routines, rules, and expectations, increased ability to cope and persist through challenges and dysregulation, and improved motivation, engagement, and work completion with 80% accuracy in 4 out of 5 trials over 4 consecutive weeks.

| | |
|---|---|
| **06/23-09/23** | ▇ is at the beginning of treatment and sessions has focused more on engagement and assessment. ▇ consistently attends and participates in individual counseling as well as group and this will be beneficial to his progress. ▇ is actively working on this goal. |
| **09/23-12/23** | ▇ has not met this goal. However, he demonstrates the ability follow day to day routines and expectations, and cope through challenges with support from counselor, treatment team, and staff. More work is needed this upcoming quarter to make progress in this goal. |

**ANNUAL GOAL: Behavioral**

**MEASURABLE OBJECTIVE:**

▇ will increase his socially appropriate behaviors while decreasing his socially inappropriate behaviors.

| Behavioral Category | Current Behavioral Data Weekly Mean (Frequency) | Data Period | PASS/FAIL |
|---|---|---|---|
| Will reduce the frequency of **Total Aggression** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.69 (9) | 09/03/23 - 12/02/23 | FAIL |
| Will reduce the frequency of **Total Destroy** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.31 (4) | 09/03/23 - 12/02/23 | FAIL |
| Will reduce the frequency of **Total Health Dangerous** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.15 (2) | 09/03/23 - 12/02/23 | FAIL |

## QUARTERLY PROGRESS REPORT
### September 03, 2023 - December 02, 2023

| Behavior | | | |
|---|---|---|---|
| Will reduce the frequency of **Total Major Disruptive Behavior** | 1 (7) | 06/04/23 - 09/02/23 | n/a |
| | 2.08 (27) | 09/03/23 - 12/02/23 | FAIL |
| Will reduce the frequency of **Total Non-Compliant Behavior** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.85 (11) | 09/03/23 - 12/02/23 | FAIL |
| Will reduce the frequency of **Total Ed/Soc Interfering** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.08 (1) | 09/03/23 - 12/02/23 | FAIL |
| Will reduce the frequency of **Total Inappropriate Verbal** | 0 (0) | 06/04/23 - 09/02/23 | n/a |
| | 0.38 (5) | 09/03/23 - 12/02/23 | FAIL |