UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.S., et al.,

                        Plaintiffs,

        -v-

City of New York, et al.,

                        Defendants.

CIVIL ACTION NOS. 21 Civ. 4649 (JSR) (SLC)
                    24 Civ. 3390 (JSR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 14, 2024, the Court granted the parties' request for an extension of time to file letters regarding D.S.'s deposition and Plaintiffs' related request for a protective order (the "Deposition Dispute"). (See Case No. 21 Civ. 4649, ECF No. 180; Case No. 24 Civ. 3390, ECF No. 66 (the "Nov. 14 Order")). Consistent with the Nov. 14 Order, Plaintiff's letter is now due on November 22, 2024 (see id.), the date the Court originally scheduled a telephone conference to hear argument regarding the Deposition Dispute. To ensure that the Deposition Dispute is fully briefed before the Court hears argument, the telephone conference scheduled for Friday, November 22, 2024 is ADJOURNED to **Tuesday, November 26, 2024 at 2:30 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:        New York, New York
              November 20, 2024

                        SO ORDERED.

2

_____
**SARAH L. CAVE**
**United States Magistrate Judge**