UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K.S., et al.,<br><br>                        Plaintiffs,<br><br>  -v-<br><br>City of New York, et al.,<br><br>                        Defendants. | CIVIL ACTION NOS. 21 Civ. 4649 (JSR) (SLC)<br>24 Civ. 3390 (JSR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephonic discovery conference held today, November 26, 2024 (the "Conference"), the Court continued to discuss the ongoing discovery disputes referred to the undersigned by the Honorable Jed S. Rakoff. (See Case No. 21 Civ. 4649, ECF No. 154; Case No. 24 Civ. 3390, ECF No. 37). Pursuant to the discussion at the Conference, the Court orders as follows:

1. The City Defendants shall produce a list of unsealed deposition transcripts from the Elisa W. case by tomorrow, **Wednesday, November 27, 2024.**

2. The parties shall continue to meet and confer regarding:

    a. The authenticity of documents to be used at trial. To the extent the parties cannot agree on the authenticity of any such document, Defendants represented at the Conference that they will not oppose any request by Plaintiffs to depose a document custodian after the close of fact discovery;

    b. Identification of additional policy and procedure documents produced by the City Defendants that Plaintiffs' counsel has not yet been able to identify herself; and

   c. The date and time of K.S.'s deposition.

3. A further discovery conference is scheduled for **Monday, December 9, 2024 at 2:30 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: **(646) 453-4442**; access code: **789-196-103#**, at the scheduled time.

Dated:   New York, New York
         November 26, 2024

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**

2