UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.S., et al.,

                        Plaintiffs,

   -v-

City of New York, et al.,

                        Defendants.

CIVIL ACTION NOS. 21 Civ. 4649 (JSR) (SLC)
24 Civ. 3390 (JSR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephonic discovery conference held today, December 9, 2024 (the "Conference"), the Court continued to discuss the ongoing discovery disputes referred to the undersigned by the Honorable Jed S. Rakoff. (See Case No. 21 Civ. 4649, ECF No. 154; Case No. 24 Civ. 3390, ECF No. 37). Pursuant to the discussion at the Conference, the Court orders as follows:

1. To the extent the parties have been unable to contact any nonparties or former employees of the Defendants regarding the scheduling of depositions, the parties may file by **Wednesday, December 11, 2024,** a joint proposed subpoena seeking those individuals' depositions.

2. The City Defendants are not required to produce all exhibits referenced in the Elisa W. deposition transcripts. To the extent that Plaintiffs identify but cannot themselves locate specific exhibits mentioned in those transcripts, Plaintiffs may request that the City Defendants search for and produce those exhibits.

3. By **Monday, December 23, 2024**:

    a. Plaintiffs shall serve on Defendants their written objections and responses to Defendants' second set of requests for production.

    b. The City Defendants shall serve their written objections and responses to Plaintiffs' outstanding requests for production.

4. By **today, December 9, 2024**, the City Defendants shall provide to Plaintiffs the information received from their e-discovery team regarding ACS email custodians, as well as a proposed list of the ACS email custodians. The parties shall continue to meet and confer to narrow the list of custodians and search terms, as well as the temporal scope of the search.

5. A further discovery conference is scheduled for **Monday, December 23, 2024 at 10:00 a.m.** on the Court's Microsoft Teams platform (the "Dec. 23 Conference"). The parties are directed to call: **(646) 453-4442**; access code: **757-347-172#**, at the scheduled time.

6. To the extent that any party wishes to file a motion with respect to the completeness of any other party's document production, all such motions are held in abeyance until the Dec. 23 Conference.

Dated:    New York, New York
           December 9, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**