UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.S., et al.,

                              Plaintiffs,

   -v-

City of New York, et al.,

                              Defendants.

CIVIL ACTION NOS. 21 Civ. 4649 (JSR) (SLC)
24 Civ. 3390 (JSR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the telephonic conference held today, December 23, 2024 (the "Conference"), the Court continued to discuss ongoing discovery disputes referred to the undersigned by the Honorable Jed S. Rakoff. (See Case No. 21 Civ. 4649, ECF No. 154; Case No. 24 Civ. 3390, ECF No. 37). Pursuant to the discussion at the Conference, the Court orders as follows:

1. By **midnight on Friday, December 27, 2024**, counsel for Plaintiffs shall file letters no longer than five pages in length—one letter with respect to the City Defendants and a second with respect to the Foster Care Defendants—describing any and all remaining issues regarding fact discovery (the "Dec. 27 Letters"). By **midnight on Monday, December 30, 2024**, counsel for the City and Foster Care Defendants shall file any response to the Dec. 27 Letters.

2. A further discovery conference is scheduled for **Thursday, January 2, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform (the "Jan. 2 Conference"). The parties are directed to call: **(646) 453-4442**; access code: **400-820-115#**, at the scheduled time.

3. At the Jan. 2 Conference, the parties shall be prepared to discuss the issues identified in the Dec. 27 Letters.

Dated: New York, New York
December 23, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2