UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.S., et al.,

                        Plaintiffs,

          -v-

City of New York, et al.,

                        Defendants.

CIVIL ACTION NOS. 21 Civ. 4649 (JSR) (SLC)
                        24 Civ. 3390 (JSR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' Letters regarding the Rule 30(b)(6) topics Plaintiffs

claim they were unable to exhaust at the depositions of the Foster Care Defendants' witnesses.

(ECF Nos. 243, 246).   To enable a definitive ruling, the Court directs Plaintiffs and the Foster Care

Defendants to submit the final transcripts of the Foster Care Defendants' Rule 30(b)(6) witnesses'

depositions referenced in ECF No. 246 by **Wednesday, January 15, 2025.**

Dated:      New York, New York
            January 13, 2025

                        SO ORDERED.

                        _____

                        **SARAH L. CAVE**
                        **United States Magistrate Judge**