```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
K.S. et al.,                          :
              Plaintiffs,             :    21-cv-04649(JSR)(SLC)
                                      :    24-cv-03390(JSR)(SLC)
         -v-                          :
                                      :
CITY OF NEW YORK et al.,              :          ORDER
              Defendants.             :
------------------------------------- :
                                      x
```

JED S. RAKOFF, U.S.D.J.

  Before this Court are the timely objections of plaintiffs in the above-captioned consolidated cases to a January 27, 2025, order ("the Order") issued by Magistrate Judge Sarah L. Cave denying plaintiffs' application to re-open the deposition of the 30(b)(6) witnesses offered by certain of the defendants. (Dkts. 257, 258). The relevant defendants oppose plaintiffs' objections to the Order. (Dkt. 260).

  By way of background, in October 2024, this Court designated Magistrate Judge Cave to oversee certain discovery issues in these cases (Dkt. 154). Since then, Judge Cave has patiently presided over the parties' numerous discovery disputes, of which this appears to be the latest. In their objections to the Order, plaintiffs raise essentially the same arguments as they did in their submission to Judge Cave: that the defendants failed to produce 30(b)(6) witnesses to testify in connection with certain topics plaintiffs identified in their Revised Notice of Deposition

and that the witnesses the defendants did produce were unprepared to testify. See Dkts. 243, 258. Having carefully considered these matters, however, the Court concludes that Judge Cave properly rejected plaintiffs' arguments for the reasons carefully set forth in her excellent Order. Accordingly, the Order is affirmed in its entirety, and the plaintiffs' objections are hereby DENIED.

Dated:  New York, NY
        February 18, 2025

_____
JED S. RAKOFF, U.S.D.J.