UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| K.S., *et al.*,<br><br>                              Plaintiffs,<br><br>         v.<br><br>The City of New York, *et al.*,<br><br>                              Defendants. | <u>ORDER</u><br>21-CV-4649 (JSR) |
| K.S., *et al.*,<br><br>                              Plaintiffs,<br><br>         v.<br><br>The New York City Department of Education, *et al.*,<br><br>                              Defendants. | 24-CV-3390 (JSR) |

JED S. RAKOFF, U.S.D.J.

WHEREAS, the parties have requested an adjournment of 30 days of the summary judgment schedule for the purposes of

finalizing the terms of the stipulations and related documents relating to a settlement in principle of claims for monetary damages, equitable relief and attorney's fees raised by Plaintiffs in the above-captioned actions consolidated for pretrial purposes;

IT IS THEREFORE ORDERED:

1. The Plaintiffs' claims for monetary damages are dismissed without prejudice as of May 29, 2025 and until June 30, 2025 (32 days) ("Dismissal Period");

2. If the parties have not submitted a stipulation of settlement to the Court by June 30, 2025, the claims raising monetary damages will be automatically reinstated and reopened and the Court will set a schedule for completion of the case;

3. The statute of limitations on all claims raising monetary damages will be tolled during the Dismissal Period;

4. The remaining claims for equitable and injunctive relief will not be dismissed during the Dismissal Period;

5. The Court reserves judgment on whether the Court will agree to retain jurisdiction beyond 30 days as set forth in the Court's Individual Rules, upon review of any stipulation of dismissal and settlement agreement submitted by the parties for the Court's endorsement.

SO ORDERED.

_____

JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York

    5/29/25

3