```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
K.S. et al.,                            :
            Plaintiffs,                 :
                                        :     21-cv-04649 (JSR)
            -v-                         :     24-cv-03390 (JSR)
                                        :
CITY OF NEW YORK ET AL.,                :
            Defendants.                 :     ORDER
--------------------------------------- :
                                        x
```

JED S. RAKOFF, U.S.D.J.

The parties submitted by telephone conference on August 21, 2025, a joint application to extend the time to file a stipulation of dismissal ("Dismissal Period II") to August 28, 2025.

The Court orders as follows: The dismissal period is extended until September 5, 2025, on which date the parties are directed to appear for a conference at 10:30 a.m. in Courtroom 14B, 500 Pearl St., New York, N.Y.

If the parties finalize settlement and file a stipulation of dismissal in advance of that date, they need not appear for the September 5, 2025, conference. If no stipulation of dismissal is filed, the parties must appear in court, along with a representative from Foster Care Defendants' insurer. No adjournments will be granted.

SO ORDERED.

Dated:   New York, NY                      /s/ Jed S. Rakoff
         August 22, 2025                  JED S. RAKOFF, U.S.D.J.